UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; JAMES BARNES; and ANYTHING GOES LLC d/b/a MAIL BOXES ETC., on behalf of themselves and all others similarly situated,<br><br>    Plaintiffs,<br><br>vs.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD.; PANALPINA, INC.; KUHNE + NAGEL, INC.; EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; EGL, INC.; EGL EAGLE GLOBAL LOGISTICS, LP; SCHENKER, INC.; DEUTSCHE POST AG; DHL EXPRESS (USA), INC.; UTi WORLDWIDE INC.; and SPEDLOGSWISS, a/k/a THE ASSOCIATION OF SWISS FORWARDERS,<br><br>    Defendants. | Case No. 1:08-cv-00042-JG-VVP |

**NOTICE OF WITHDRAWAL BY ZELLE HOFMANN VOELBEL & MASON LLP AS ONE OF THE PROPOSED INTERIM CO-LEAD COUNSEL FOR PLAINTIFFS**

**TO THE COURT AND ALL PARTIES OF RECORD:**

The law firm of Zelle Hofmann Voelbel & Mason LLP (formerly Zelle Hofmann Voelbel Mason & Gette LLP) ("Zelle Hofmann") hereby notifies the Court and all parties in this matter that it wishes to withdraw from consideration for appointment as Interim Co-Lead Counsel for Plaintiffs, due to a potential conflict. Zelle Hofmann and four other firms were proposed as Interim Co-Lead Counsel for Plaintiffs in a stipulation and proposed order submitted to the Court on January 29, 2009 (Doc. # 99), a copy of which is attached hereto as Exhibit A. Should the Court choose to execute the January 29, 2009 stipulation and proposed order, Zelle Hofmann respectfully requests that it not be named as one of the Interim Co-Lead Counsel for Plaintiffs.

In a separate filing, Zelle Hofmann will move to withdraw from representation of the individual named plaintiffs.

DATED:  March 23, 2009                                        Respectfully submitted,

**ZELLE HOFMANN VOELBEL & MASON LLP**

By:     */s/ Craig C. Corbitt*
         Craig C. Corbitt (*pro hac vice*)
         Patrick B. Clayton (*pro hac vice*)
         44 Montgomery Street, Suite 3400
         San Francisco, CA 94104
         (415) 693-0700
         ccorbitt@zelle.com

         *Attorneys for Plaintiffs*

3216490v1