# EXHIBIT A

Kenneth I. Schacter
BINGHAM McCUTCHEN LLP
399 Park Avenue
New York, NY 10022
*Attorneys for Defendants Panalpina, Inc. and Panalpina World Transport (Holding) Ltd.*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

---

PRECISION ASSOCIATES, INC.; JAMES BARNES; and ANYTHING GOES LLC d/b/a MAIL BOXES ETC., on behalf of themselves and all others similarly situated,

    Plaintiffs,

vs.

PANALPINA WORLD TRANSPORT (HOLDING) LTD.; PANALPINA, INC.; KÜHNE + NAGEL INTERNATIONAL AG; KUEHNE + NAGEL, INC.; EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; EGL, INC.; EGL EAGLE GLOBAL LOGISTICS, LP; DEUTSCHE BAHN AG; SCHENKER AG; SCHENKER, INC.; DEUTSCHE POST AG; DHL EXPRESS (USA), INC.; UTI WORLDWIDE INC.; AND SPEDLOGSWISS, AKA THE ASSOCIATION OF SWISS FORWARDERS,

    Defendants.

Case No. 08 Civ. 0042 (JG) (VVP)

---

## STIPULATION AND ORDER

A/72792291.1

IT IS HEREBY STIPULATED AND AGREED THAT:

## ORGANIZATION OF PLAINTIFFS' COUNSEL

1. Subject to Court approval pursuant to Fed. R. Civ. P. 23(g)(2), plaintiffs request the appointment of the law firms of Lovell Stewart Halebian LLP; Zelle, Hofmann, Voelbel, Mason & Gette, LLP; Lockridge Grindal Nauen P.L.L.P.; Cotchett, Pitre & McCarthy; and Gustafson Gluek PLLC as Interim Co-Lead Counsel to act on behalf of all plaintiffs, with the responsibilities hereinafter described. *See* Manual on Complex Litigation (Fourth), § 21.272. Defendants do not object to this request.

2. Interim Co-Lead Counsel shall have sole authority over the following matters on behalf of all plaintiffs: (a) the initiation, response, scheduling, briefing and argument of all motions; (b) the scope, order and conduct of all discovery proceedings; (c) such work assignments to other plaintiffs' counsel as they may deem appropriate; (d) the retention of experts; (e) designation of which attorneys may appear at hearings and conferences with the Court; (f) the timing and substance of any settlement negotiations with Defendants; and (g) other matters concerning the prosecution or resolution of this action.

3. No motion shall be initiated or filed on behalf of any plaintiff in the case except through Interim Co-Lead Counsel.

4. Interim Co-Lead Counsel shall have sole authority to communicate with Defendants' counsel and the Court on behalf of all plaintiffs unless that authority is expressly delegated to other counsel. Defendants' counsel may rely on all agreements made with Interim Co-Lead Counsel.

## AMENDED CLASS ACTION COMPLAINT

5. Interim Co-Lead Counsel for plaintiffs plan to file an Amended Class Action Complaint ("Amended Complaint") in this action. The parties have agreed that Defendants need

not respond to the existing Complaint, and that Plaintiffs shall file an Amended Complaint no later than 42 days after the date this Stipulation and Order is signed by the Court. Defendants shall serve their responses to the Amended Complaint no later than 42 days after the date that the Amended Complaint is filed. The parties agree that these are firm dates and the parties shall not seek to extend such dates absent good cause shown.

6. The parties agree that service of the Amended Complaint may be made on counsel for each Defendant by any of the following means: (a) hand delivery; (b) overnight courier (*e.g.*, FedEx); (c) email or (d) facsimile.

7. The parties agree that, in executing this stipulation by their counsel, all defendants preserve and do not waive any defenses, including, without limitation, the defense of lack of personal jurisdiction.

### STAY OF DISCOVERY

8. The parties agree that discovery in this action will be stayed until the resolution of any motions filed by Defendants in response to the Amended Complaint, subject to modification by order of the Court.

Dated: January 29, 2009

LOVELL STEWART HALEBIAN LLP

By: _____
Christopher Lovell [CL-2595]
Imtiaz A. Siddiqui
500 Fifth Avenue, Floor 58
New York, New York 10110
(212) 608-1900
clovell@lshllp.com

*Attorneys for Plaintiffs*

KATTEN MUCHIN ROSENMAN LLP

By: _____
James J. Calder [JC-8695]
575 Madison Avenue
New York, New York 10022
(212) 940-6460
james.calder@kattenlaw.com

*Attorneys for Defendant Schenker, Inc.*

_____
Craig C. Corbitt
Francis O. Scarpulla
Henry A. Cirillo
Patrick B. Clayton
ZELLE, HOFMANN, VOELBEL, MASON &
GETTE LLP
44 Montgomery Street, 34th Floor
San Francisco, CA 94104-4249
Telephone: (415) 693-0700
Facsimile: (415) 693-0770

_____
W. Joseph Bruckner
Heidi M. Silton
Lisa M. Pollard
R. Reid LeBeau II
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981

_____
Steven N. Williams (SW-6198)
COTCHETT, PITRE & MCCARTHY
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577

_____
Daniel C. Hedlund
Sungyun K. Smith (SS-4399127)
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
*Counsel for Plaintiffs and the Proposed Direct
Purchaser Plaintiff Class*

BINGHAM MCCUTCHEN LLP

By: _____
Kenneth I. Schacter
399 Park Avenue
New York, New York 1022
(212) 705-7000
kenneth.schacter@bingham.com

*Attorneys for Defendant Panalpina, Inc. and Panalpina World Transport (Holding) Ltd.*

VENTURINI & ASSOCIATES

By: _____
August C. Venturini
Sean W. Higgins
230 Park Avenue, Suite 545
New York, New York 10169
(212) 826-6800
acv@venturini-law.com

*Attorneys for Defendant UTI Worldwide, Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By: _____
Mark Leddy
Jeremy Calsyn
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1522
mleddy@cgsh.com

*Attorneys for Defendants DHL Express (USA), Inc. and Deutsche Post AG*

HAYNES AND BOONE, LLP

By: _____
Jonathan D. Pressment (JP-1819)
1221 Avenue of the Americas
26th Floor
New York, NY 10020
212-659-8961
jonathan.pressment@haynesboone.com

*Attorneys for Defendants EGL, Inc. and EGL Eagle Global Logistics L.P.*

GALLAND KHARASCH GREENBERG, ET AL.

By: _____
David K. Monroe
1054 Thirty-first Street, NW
Washington, DC 20007
(202) 342-5235
dmonroe@gkglaw.com

*Attorneys for Kuehne + Nagel, Inc. and Kuehne + Nagel International AG*

WHITE & CASE LLP

By: _____
J. Mark Gidley
Peter J. Carney (admitted *pro hac vice*)
701 Thirteenth Street, N.W.
Washington, DC 20005
(202) 626-3600
pcarney@whitecase.com

*Attorneys for Deutsche Bahn AG and Schenker AG*

| | |
|---|---|
| BINGHAM MCCUTCHEN LLP | HAYNES AND BOONE, LLP |
| By:_____<br>Kenneth I. Schacter<br>399 Park Avenue<br>New York, New York 1022<br>(212) 705-7000<br>kenneth.schacter@bingham.com<br><br>*Attorneys for Defendant Panalpina, Inc. and Panalpina World Transport (Holding) Ltd.* | By:_____<br>Jonathan D. Pressment<br>1221 Avenue of the Americas<br>26th Floor<br>New York, NY 10020<br>212-659-8961<br>jonathan.pressment@haynesboone.com<br><br>*Attorneys for Defendants EGL, Inc. and EGL Eagle Global Logistics L.P.* |
| VENTURINI & ASSOCIATES<br><br>By: *[signature]*<br>August C. Venturini<br>Sean W. Higgins<br>230 Park Avenue, Suite 545<br>New York, New York 10169<br>(212) 826-6800<br>acv@venturini-law.com<br><br>*Attorneys for Defendant UTI Worldwide, Inc.* | GALLAND KHARASCH GREENBERG, ET AL.<br><br>By:_____<br>David K. Monroe<br>1054 Thirty-first Street, NW<br>Washington, DC 20007<br>(202) 342-5235<br>dmonroe@gkglaw.com<br><br>*Attorneys for Kuehne + Nagel, Inc. and Kuehne + Nagel International AG* |
| CLEARY GOTTLIEB STEEN & HAMILTON LLP<br><br>By:_____<br>Mark Leddy<br>Jeremy Calsyn<br>2000 Pennsylvania Ave., NW<br>Washington, DC 20006<br>(202) 974-1522<br>mleddy@cgsh.com<br><br>*Attorneys for Defendants DHL Express (USA), Inc. and Deutsche Post AG* | WHITE & CASE LLP<br><br>By:_____<br>J. Mark Gidley<br>Peter J. Carney (admitted *pro hac vice*)<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005<br>(202) 626-3600<br>pcarney@whitecase.com<br><br>*Attorneys for Deutsche Bahn AG and Schenker AG* |

| BINGHAM MCCUTCHEN LLP | HAYNES AND BOONE, LLP |
|---|---|
| By:_____<br>Kenneth I. Schacter<br>399 Park Avenue<br>New York, New York 1022<br>(212) 705-7000<br>kenneth.schacter@bingham.com<br><br>*Attorneys for Defendant Panalpina, Inc. and Panalpina World Transport (Holding) Ltd.* | By:_____<br>Jonathan D. Pressment<br>1221 Avenue of the Americas<br>26th Floor<br>New York, NY 10020<br>212-659-8961<br>jonathan.pressment@haynesboone.com<br><br>*Attorneys for Defendants EGL, Inc. and EGL Eagle Global Logistics L.P.* |
| **VENTURINI & ASSOCIATES**<br><br>By:_____<br>August C. Venturini<br>Sean W. Higgins<br>230 Park Avenue, Suite 545<br>New York, New York 10169<br>(212) 826-6800<br>acv@venturini-law.com<br><br>*Attorneys for Defendant UTI Worldwide, Inc.* | **GALLAND KHARASCH GREENBERG, ET AL.**<br><br>By: /s/ David K. Monroe<br>David K. Monroe<br>1054 Thirty-first Street, NW<br>Washington, DC 20007<br>(202) 342-5235<br>dmonroe@gkglaw.com<br><br>*Attorneys for Kuehne + Nagel, Inc. and Kuehne + Nagel International AG* |
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP**<br><br>By:_____<br>Mark Leddy<br>Jeremy Calsyn<br>2000 Pennsylvania Ave., NW<br>Washington, DC 20006<br>(202) 974-1522<br>mleddy@cgsh.com<br><br>*Attorneys for Defendants DHL Express (USA), Inc. and Deutsche Post AG* | **WHITE & CASE LLP**<br><br>By:_____<br>J. Mark Gidley<br>Peter J. Carney (admitted *pro hac vice*)<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005<br>(202) 626-3600<br>pcarney@whitecase.com<br><br>*Attorneys for Deutsche Bahn AG and Schenker AG* |

| | |
|---|---|
| **BINGHAM MCCUTCHEN LLP** | **HAYNES AND BOONE, LLP** |
| By:_____<br>Kenneth I. Schacter<br>399 Park Avenue<br>New York, New York 1022<br>(212) 705-7000<br>kenneth.schacter@bingham.com<br><br>*Attorneys for Defendant Panalpina, Inc. and Panalpina World Transport (Holding) Ltd.* | By:_____<br>Jonathan D. Pressment<br>1221 Avenue of the Americas<br>26th Floor<br>New York, NY 10020<br>212-659-8961<br>jonathan.pressment@haynesboone.com<br><br>*Attorneys for Defendants EGL, Inc. and EGL Eagle Global Logistics L.P.* |
| **VENTURINI & ASSOCIATES** | **GALLAND KHARASCH GREENBERG, ET AL.** |
| By:_____<br>August C. Venturini<br>Sean W. Higgins<br>230 Park Avenue, Suite 545<br>New York, New York 10169<br>(212) 826-6800<br>acv@venturini-law.com<br><br>*Attorneys for Defendant UTI Worldwide, Inc.* | By:_____<br>David K. Monroe<br>1054 Thirty-first Street, NW<br>Washington, DC 20007<br>(202) 342-5235<br>dmonroe@gkglaw.com<br><br>*Attorneys for Kuehne + Nagel, Inc. and Kuehne + Nagel International AG* |
| **CLEARY GOTTLIEB STEEN & HAMILTON LLP** | **WHITE & CASE LLP** |
| By: /s/ *[signature]*<br>Mark Leddy<br>Jeremy Calsyn<br>2000 Pennsylvania Ave., NW<br>Washington, DC 20006<br>(202) 974-1522<br>mleddy@cgsh.com<br><br>*Attorneys for Defendants DHL Express (USA), Inc. and Deutsche Post AG* | By:_____<br>J. Mark Gidley<br>Peter J. Carney (admitted *pro hac vice*)<br>701 Thirteenth Street, N.W.<br>Washington, DC 20005<br>(202) 626-3600<br>pcarney@whitecase.com<br><br>*Attorneys for Deutsche Bahn AG and Schenker AG* |

BINGHAM MCCUTCHEN LLP

By:_____
    Kenneth I. Schacter
399 Park Avenue
New York, New York 1022
(212) 705-7000
kenneth.schacter@bingham.com

*Attorneys for Defendant Panalpina, Inc. and Panalpina World Transport (Holding) Ltd.*

VENTURINI & ASSOCIATES

By:_____
    August C. Venturini
    Sean W. Higgins
230 Park Avenue, Suite 545
New York, New York 10169
(212) 826-6800
acv@venturini-law.com

*Attorneys for Defendant UTI Worldwide, Inc.*

CLEARY GOTTLIEB STEEN & HAMILTON LLP

By:_____
    Mark Leddy
    Jeremy Calsyn
2000 Pennsylvania Ave., NW
Washington, DC 20006
(202) 974-1522
mleddy@cgsh.com

*Attorneys for Defendants DHL Express (USA), Inc. and Deutsche Post AG*

HAYNES AND BOONE, LLP

By: /s/ Jonathan D. Pressment (JP-1819)
    Jonathan D. Pressment
1221 Avenue of the Americas
26th Floor
New York, NY 10020
212-659-8961
jonathan.pressment@haynesboone.com

*Attorneys for Defendants EGL, Inc. and EGL Eagle Global Logistics L.P.*

GALLAND KHARASCH GREENBERG, ET AL.

By:_____
    David K. Monroe
1054 Thirty-first Street, NW
Washington, DC 20007
(202) 342-5235
dmonroe@gkglaw.com

*Attorneys for Kuehne + Nagel, Inc. and Kuehne + Nagel International AG*

WHITE & CASE LLP

By: /s/ Peter J. Carney
    J. Mark Gidley
    Peter J. Carney (admitted *pro hac vice*)
701 Thirteenth Street, N.W.
Washington, DC 20005
(202) 626-3600
pcarney@whitecase.com

*Attorneys for Deutsche Bahn AG and Schenker AG*

HOWREY LLP

By: /s/ Ethan E. Litwin
Ethan E. Litwin (EL-7083)
Citigroup Center
153 East 53rd Street, 54th Floor
New York, New York 10022
(212) 896-6500
litwine@howrey.com

Alan Wiseman (admitted *pro hac vice*)
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004
(202) 383-6638
wisemana@howrey.com

*Attorneys for Defendant Expeditors*
*International of Washington, Inc.*

**SO ORDERED:**

_____

Dated: