UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PRECISION ASSOCIATES, INC., et al.,          :
                                             :
        Plaintiff,                          :
                                             :
  v.                                         :
                                             :  Case No. 08-CV-00042 (JG) (VVP)
PANALPINA WORLD TRANSPORT                    :
(HOLDING) LTD., et al.,                      :
                                             :
        Defendant.                          :
                                             :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Joel S. Sanders, with the law firm of Gibson, Dunn & Crutcher LLP, admitted to the Bar of this Court pro hac vice, hereby enters his appearance as counsel for Defendant K Line Logistics (U.S.A.), Inc. in this action.

DATED: September 17, 2009

        Respectfully submitted,

        GIBSON, DUNN & CRUTCHER LLP

        By:  s/ Joel S. Sanders

        Joel S. Sanders (JS-7113)
        555 Mission St., Suite 3000
        San Francisco, CA 94105
        Telephone: (415) 393-8200
        Facsimile: (415) 393-8306
        jsanders@gibsondunn.com

        Attorneys for Defendant
        K Line Logistics (U.S.A.), Inc.