UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PRECISION ASSOCIATES, INC.;
ANYTHING GOES LLC d/b/a MAIL
BOXES ETC., and JCK INDUSTRIES,
INC., on behalf of themselves and all
others similarly situated,

          Plaintiffs,

  vs.

PANALPINA WORLD TRANSPORT
(HOLDING) LTD.; PANALPINA, INC.;
KÜHNE + NAGEL INTERNATIONAL
AG; KUEHNE + NAGEL, INC.;
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.; EGL, INC.; EGL
EAGLE GLOBAL LOGISTICS, LP;
DEUTSCHE BAHN AG; SCHENKER AG;
SCHENKER, INC.; BAX GLOBAL, INC.;
DB SCHENKER; DEUTSCHE POST AG;
DHL DANZAS; DHL GLOBAL
FORWARDING; DHL EXPRESS (USA),
INC.; DHL GLOBAL FORWARDING
JAPAN K.K.; AIRBORNE EXPRESS,
INC.; AIR EXPRESS INTERNATIONAL
USA, INC.; UTI WORLDWIDE INC.;
SPEDLOGSWISS, AKA THE
ASSOCIATION OF SWISS
FORWARDERS; UNITED PARCEL
SERVICE, INC., UPS SUPPLY CHAIN
SOLUTIONS, INC.; ABX LOGISITCS
GROUP; DSV A/S; DSV SOLUTIONS
HOLDING A/S; DSV AIR & SEA LTD.;
SDV INTERNATIONAL LOGISITCS;
DACHSER INTELLIGENT LOGISITCS;
DACHSER TRANSPORT OF AMERICA,
INC.; GEO-LOGISITCS; BALTRANS
LOGISTICS, INC.; TOLL GLOBAL
FORWARDING (USA), INC.;
HELLMANN WORLDWIDE LOGISTICS,
INC.; GEODIS GROUP; GEODIS
WILSON USA, INC.; CON-WAY, INC.;
EXEL GLOBAL LOGISTICS, INC.; JET
SPEED LOGISTICS, LTD.; JET SPEED
AIR CARGO FORWARDERS (USA),
INC.; JET SPEED LOGISITCS (USA),
LLC; MORRISON EXPRESS LOGISTICS
PTE LTD.; MORRISON EXPRESS
CORPORATION (USA); NIPPON
EXPRESS CO., LTD.; NIPPON EXPRESS
USA, INC.; YUSEN AIR & SEA SERVICE

Case No.: 08-CV-00042 (JG) (VVP)

**ENTRY OF APPEARANCE**

PHLIT/ 1190489.1

CO., LTD.; YUSEN AIR & SEA SERVICE : 
(U.S.A.), INC.; KINTETSU WORLD : 
EXPRESS, INC.; KINTETSU WORLD : 
EXPRESS (U.S.A.), INC.; NISHI-NIPPON : 
RAILROAD CO., LTD.; HANKYU : 
HANSHIN EXPRESS HOLDINGS : 
CORPORATION; NISSIN : 
CORPORATION; NISSIN : 
INTERNATIONAL TRANSPORT U.S.A., : 
INC.; VANTEC WORLD TRANSPORT : 
CO., LTD.; VANTEC WORLD : 
TRANSPORT (USA), INC.; "K" LINE : 
LOGISTICS, LTD.; "K" LINE LOGISTICS : 
(U.S.A.), INC.; YAMATO GLOBAL : 
LOGISTICS JAPAN CO.; YAMATO : 
TRANSPORT U.S.A., INC.; MOL : 
LOGISTICS (JAPAN) CO., LTD.; MOL : 
LOGISTICS (U.S.A.), INC.; HANSHIN : 
AIR CARGO CO., LTD.; HANSHIN AIR : 
CARGO USA, INC.; UNITED AIRCARGO : 
CONSOLIDATORS, INC.; JAPAN : 
AIRCARGO FORWARDERS : 
ASSOCIATION; AND JOHN DOE : 
DEFENDANTS 1-10, : 
: 
          Defendants. :

## ENTRY OF APPEARANCE

TO THE CLERK:

      Kindly enter the appearance of Jason P. Gosselin on behalf of Defendant, Morrison Express Corporation (USA) in the above-captioned matter.

                                      Respectfully submitted,

Dated: September 30, 2009               /s/ Jason P. Gosselin
                                           Jason P. Gosselin
                                           (Admitted *Pro Hac Vice*)
                                           Drinker Biddle & Reath LLP
                                           One Logan Square
                                           Eighteenth & Cherry Streets
                                           Philadelphia, PA  19103
                                           Tel:  (215) 988-1186
                                           Fax:  (215) 988-2757
                                           jason.gosselin@dbr.com