UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                :

PRECISION ASSOCIATES, INC., et al.,      :

             Plaintiffs,      :

          v.               :     Case No. 08-CV-00042 (JG) (VVP)

PANALPINA WORLD TRANSPORT      :
(HOLDING) LTD., et al.,

            Defendants.     :

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Steven A. Reiss, with the law firm of Weil, Gotshal & Manges LLP, admitted to the Bar of this Court, hereby enters his appearance as counsel for Defendant Vantec World Transport (USA), Inc. in this action.

DATED: October 5, 2009

                                          Respectfully submitted,

                                          WEIL, GOTSHAL & MANGES LLP

                                          By: s/ Steven A. Reiss

                                          Steven A. Reiss (SR-5889)
                                          767 Fifth Avenue
                                          New York, NY 10153
                                          Telephone: (212) 310-8000
                                          Facsimile: (212) 310-8007
                                          steven.reiss@weil.com

                                          Attorneys for Defendant
                                          Vantec World Transport (USA), Inc.