AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| Precision Associates, Inc., et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   08-CV-0042(JG)(VPP) |
| Panalpina World Transport (Holding) Ltd., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant, Hellman Worldwide Logistics, Inc.

Date:    11/09/2009

/s/ Nicholas E. Pantelopoulos
*Attorney's signature*

Nicholas E. Pantelopoulos (NP-4969)
*Printed name and bar number*

70 East 55th Street, 25th Floor
New York, New York 10022

*Address*

npantelopoulos@kmalawfirm.com
*E-mail address*

(212) 922-0450
*Telephone number*

(212) 922-0530
*FAX number*