UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PRECISION ASSOCIATES, INC.; JAMES
BARNES; and ANYTHING GOES LLC
d/b/a MAIL BOXES ETC., on behalf of
themselves and all others similarly situated,

                Plaintiffs,

vs.                                               No. 08-CV-0042 (JG)(VPP)

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*,

                Defendants.

---

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT
## OF DEFENDANT HELLMANN WORLDWIDE LOGISTICS, INC.

Defendant Hellmann Worldwide Logistics, Inc., a nongovernmental corporate party, states that it has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

                              Respectfully submitted,
                              /s/ Nicholas E. Pantelopoulos
                              Nicholas E. Pantelopoulos (NP44969)
                              KAPLAN, MASSAMILLO & ANDREWS, LLC
                              70 East 55th Street, 25th Floor
                              New York, New York 10022
                              Tel:   (212) 922-0450
                              Fax:  (212) 922-0530
                              E-mail: npantelopoulos@kmalawfirm.com
      -and-

                              Richard A. Walker (Pro Hac Vice)
                              Paul H. Kuznetsky (Pro Hac Vice)
                              KAPLAN, MASSAMILLO & ANDREWS, LLC
                              120 North La Salle Street, 24th Floor
                              Chicago, Illinois 60602-2424
                              Tel:   (312) 345-3000
                              Fax:  (312) 345-3119
                              E-mail: rwalker@kmalawfirm.com
                                        pkuznetsky@kmalawfirm.com
                              *Attorneys for Hellmann Worldwide Logistics, Inc.*