UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
PRECISION ASSOCIATES, INC., *et al.*,  :
:
       Plaintiffs,  :
:
  -against-  :  Case No.: CV 08-0042 (JG)(VPP)
:
PANALPINA WORLD TRANSPORT  :
(HOLDING) LTD., *et al.*,  :
:
       Defendants.  :
------------------------------------- X

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that George B. Yankwitt, with the law firm of Squire, Sanders & Dempsey, L.L.P., admitted to the Bar of this Court, hereby enters his appearance as counsel for Defendant Yamato Transport U.S.A., Inc. in this action.

| | |
|---|---|
| Dated: November 9, 2009<br>New York, NY | SQUIRE, SANDERS & DEMPSEY L.L.P.<br><br>By: /s/ George B. Yankwitt<br><br>George B. Yankwitt<br>30 Rockefeller Plaza<br>New York, NY  10112<br>Phone: (212) 872-9800<br>Fax: (212) 872-9815<br>E-mail: gyankwitt@ssd.com<br><br>COUNSEL FOR DEFENDANT YAMATO<br>TRANSPORT U.S.A., INC. |