UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
PRECISION ASSOCIATES, INC., *et al.*,  :
:
        Plaintiffs,  :
:
   -against-  :  Case No.: CV 08-0042 (JG)(VPP)
:
PANALPINA WORLD TRANSPORT  :
(HOLDING) LTD., *et al.*,  :
:
        Defendants.  :
------------------------------------- X

### NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Mary M. Chang, with the law firm of Squire, Sanders & Dempsey, L.L.P., admitted to the Bar of this Court, hereby enters her appearance as counsel for Defendant Yamato Transport U.S.A., Inc. in this action.

Dated: November 9, 2009        SQUIRE, SANDERS & DEMPSEY L.L.P.
       New York, NY

                                            By: /s/ Mary M. Chang

                                            Mary M. Chang
                                            30 Rockefeller Plaza
                                            New York, NY  10112
                                            Phone: (212) 872-9800
                                            Fax: (212) 872-9815
                                            E-mail: mchang@ssd.com

                                            COUNSEL FOR DEFENDANT YAMATO
                                            TRANSPORT U.S.A., INC.