UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------- X
PRECISION ASSOCIATES, INC., *et al.*,  :
:
        Plaintiffs,  :
:
   -against-  :   Case No.: CV 08-0042 (JG)(VPP)
:
PANALPINA WORLD TRANSPORT  :
(HOLDING) LTD., *et al.*,  :
:
        Defendants.  :
------------------------------------- X

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Thomas S. Kilbane, with the law firm of Squire, Sanders & Dempsey, L.L.P., admitted to the Bar of this Court *pro hac vice*, hereby enters his appearance as counsel for Defendant Yamato Transport U.S.A., Inc. in this action.

| | |
|---|---|
| Dated: November 9, 2009<br>New York, NY | SQUIRE, SANDERS & DEMPSEY L.L.P.<br><br>By: /s/ Thomas S. Kilbane<br><br>Thomas S. Kilbane (admitted *pro hac vice*)<br>4900 Key Tower<br>127 Public Square<br>Cleveland, OH 44114-1304<br>Telephone: (216) 479-8500<br>Facsimile: (216) 479-8780<br>E-mail: tkilbane@ssd.com<br><br>COUNSEL FOR DEFENDANT YAMATO<br>TRANSPORT U.S.A., INC. |