UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; JAMES BARNES; and ANYTHING GOES LLC d/b/a MAIL BOXES ETC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-against-<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD.; et al.,<br><br>Defendants. | 08-CV-0042  (JG) (VVP)<br><br>**ECF CASE**<br><br>**NOTICE OF APPEARANCE** |

**PLEASE TAKE NOTICE** that Barry F. McNeil of Haynes and Boone, LLP, having been admitted to the bar of this Court *pro hac vice*, hereby appears in the above-captioned case as counsel for defendants EGL, Inc. and EGL Eagle Global Logistics, L.P.

Dated:  November 12, 2009

HAYNES and BOONE, LLP
*Attorneys for Defendants* EGL, Inc. and
EGL Eagle Global Logistics, L.P.

/s/Barry F. McNeil
Barry F. McNeil
Admitted *Pro Hac Vice*
2323 Victory Avenue, Suite 700
Dallas, TX  75219
P: 214-651-5580
F: 214-200-0535
E: barry.mcneil@haynesboone.com

To:      ECF Distribution List