UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.*, <br><br> Plaintiffs, <br><br> -against- <br><br> PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*, <br><br> Defendants. | Case No.: 08-0042 (JG)(VVP) <br><br> **RULE 7.1 STATEMENT** |

      The undersigned counsel for Defendant, Dachser Transport of America, Inc., certifies that it is a nongovernmental corporate party and that Dschser GmbH & Co., KG, a private company is its parent corporation.

                                    CARROLL McNULTY & KULL LLC

                                    Attorneys for Defendant Dachser Transport America, Inc.

                                    By: _____
                                       Richard L. Furman (RF/0250)

Dated: November 12, 2009