- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2009, the foregoing Rule 7.1 Disclosure Statement for Dachser Transport of America, Inc. was filed and served via the United States District Court for the Eastern District of New York's ECF system.

        CARROLL McNULTY & KULL LLC

        Attorneys for Defendant Dachser Transport America, Inc.

        By: _____
            Richard L. Furman (RF 0250)

Dated: November 12, 2009