UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
Precision Associates, Inc. et al.,                   :
                                                     :
                Plaintiffs,          :   Case No. 08-CV-00042
                                                     :   (JG)(VVP)
             v.                           :
                                                     :
Panalpina World Transport (Holding) Ltd., et al.,    :
                                                     :
                Defendants.          :
-------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT
## OF DEFENDANT KINTETSU WORLD EXPRESS (U.S.A.), INC.

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Kintetsu World Express (U.S.A.), Inc. states that other than its parent company Kintetsu World Express, Inc., there are no other shareholders owning more than 10%.

Dated: Washington, D.C.
November 12, 2009

                                 SIMPSON THACHER & BARTLETT LLP

                          By:    /s/ Arman Y. Oruc
                                 Arman Y. Oruc (AO6368)

                                 1155 F Street, N.W.
                                 Washington, D.C. 20004
                                 Tel: (202) 636-5500
                                 Fax: (202) 636-5502
                                 Email: aoruc@stblaw.com

                                 *Attorney for Kintetsu World*
                                 *Express (U.S.A.), Inc.*