## CERTIFICATE OF SERVICE

I hereby certify that on November 12, 2009, the foregoing Notice of Defendant Dachser Transport of America, Inc.'s Motion to Dismiss the Amended Complaint and the Memorandum of Law in Support Thereof were filed and served via the United States District Court for the Eastern District of New York's ECF system.

                                   s/ Richard L. Furman
                                   Counsel for Dachser Transport of America, Inc.