```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
PRECISION ASSOCIATES, INC., et al.                           :
                                                             :
                        Plaintiffs                           :
        v.                                                   :   Case No. 08-CV-00042 (JG) (VVP)
                                                             :
PANALPINA WORLD TRANSPORT                                    :
(HOLDING) LTD., et al.,                                      :
                                                             :
                        Defendants                           :
                                                             :
-------------------------------------------------------------x
```

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Tara L. Reinhart, with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, admitted to the Bar of this Court *pro hac vice*, hereby enters her appearance in this action as counsel for Defendant Hanshin Air Cargo USA, Inc.

DATED:  November 13, 2009

>Respectfully submitted,
>
>/s/  Tara L. Reinhart
>Tara L. Reinhart
>SKADDEN, ARPS, SLATE, MEAGHER &
>    FLOM LLP
>1440 New York Avenue, N.W.
>Washington, DC 20005
>Telephone:  (202) 371-7630
>Facsimile:  (202) 661-0540
>tara.reinhart@skadden.com
>
>*Attorneys for Defendant Hanshin Air Cargo USA, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 13, 2009, I caused a true and correct copy of the foregoing Notice of Appearance to filed and served via the Court's ECF system upon all counsel registered for ECF in this case.

Dated: November 13, 2009

/s/  Tara L. Reinhart