AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al.,<br>*Plaintiff*<br>v.<br>PANALPINA WORLD TRANSPORT LTD., et al.,<br>*Defendant* | )<br>)<br>)  Case No.   08-CV-00042 (JG) (VVP)<br>)<br>) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HELLMANN WORLDWIDE LOGISTICS, INC.

Date:   11/13/2009

/s/Paul H. Kuznetsky
*Attorney's signature*

Paul H. Kuznetsky PK9371
*Printed name and bar number*

120 N LaSalle Street
24th Floor
Chicago IL  60602

*Address*

pkuznetsky@kmalawfirm.com
*E-mail address*

(312) 345-3000
*Telephone number*

(312) 345-3119
*FAX number*