AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| PRECISION ASSOCIATES, INC. et al., <br> *Plaintiff* <br> v. <br> PANALPINA WORLD TRANSPORT LTD., et al., <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) | Case No.   08-CV-00042 (JG) (VVP) |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HELLMANN WORLDWIDE LOGISTICS, INC.

Date:   11/13/2009

/s/Richard A. Walker
*Attorney's signature*

Richard A. Walker RW4399
*Printed name and bar number*

120 N LaSalle Street
24th Floor
Chicago, IL  60602

*Address*

rwalker@kmalawfirm.com
*E-mail address*

(312) 345-3000
*Telephone number*

(312) 345-3119
*FAX number*