UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
PRECISION ASSOCIATES, INC., et al.,                :
                                                   :
            Plaintiffs,                        :
                                                   :
  v.                                             :  Case No. 08-CV-00042 (JG) (VVP)
                                                   :
PANALPINA WORLD TRANSPORT                          :
(HOLDING) LTD., et al.,                            :
                                                   :
            Defendants.                       :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT VANTEC WORLD TRANSPORT (USA), INC.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Vantec World Transport (USA), Inc. states that it is a wholly-owned subsidiary of Vantec Corporation, its publicly held Japanese parent corporation.[1]

DATED: November 13, 2009

                        WEIL, GOTSHAL & MANGES LLP

                        By:  s/ Steven A. Reiss

                        Steven A. Reiss
                        767 Fifth Avenue
                        New York, NY 10153
                        Telephone: (212) 310-8000
                        Facsimile: (212) 310-8007
                        steven.reiss@weil.com

                        Attorneys for Defendant
                        Vantec World Transport (USA), Inc.

---

[1] Under the Court's October 28, 2009 Order, Vantec Corporation is not required to respond to the First Amended Class Action Complaint ("FAC") because it has not been served. Plaintiffs allege that Defendant "Vantec World Transport (USA), Inc. is a subsidiary of Defendant Vantec World Transport Co., Ltd." FAC ¶ 76. Vantec World Transport Co., Ltd. was improperly named as a defendant in this action. As Plaintiffs themselves admit, "[o]n April 1, 2009, Vantec Group Holdings Corporation merged its consolidated subsidiaries, Vantec Corporation and Defendant Vantec World Transport Co., Ltd., … and renamed itself Vantec Corporation." *Id*. ¶ 75.