UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------- X
PRECISION ASSOCIATES, INC., *et al.*,   :
                                        :
       Plaintiffs,                    :
                                        :
  -against-                            :  Case No.: CV 08-0042 (JG)(VPP)
                                        :
PANALPINA WORLD TRANSPORT               :
(HOLDING) LTD., *et al.*,               :
                                        :
       Defendants.                    :
---------------------------------------- X

## NOTICE OF APPEARANCE

    PLEASE TAKE NOTICE that Matthew Digby, with the law firm of Squire, Sanders & Dempsey, L.L.P., admitted to the Bar of this Court, hereby enters his appearance as counsel for Defendant Yamato Transport U.S.A., Inc. in this action.

Dated: November 17, 2009      SQUIRE, SANDERS & DEMPSEY L.L.P.
       New York, NY

                                        By: /s/ Matthew Digby

                                        Matthew Digby
                                        30 Rockefeller Plaza
                                        New York, NY  10112
                                        Phone: (212) 872-9800
                                        Fax: (212) 872-9815
                                        E-mail: mdigby@ssd.com

                                        COUNSEL FOR DEFENDANT YAMATO
                                        TRANSPORT U.S.A., INC.