AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| PRECISION ASSOCIATES, INC. et al., <br> *Plaintiff* <br> v. <br> PANALPINA WORLD TRANSPORT LTD., et al., <br> *Defendant* | ) <br> ) <br> ) Case No.  08-CV-00042 (JG) (VVP) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HELLMANN WORLDWIDE LOGISTICS, INC.

Date: 11/17/2009

/s/Richard A. Walker
*Attorney's signature*

Richard A. Walker RW4399
*Printed name and bar number*

120 N LaSalle Street
24th Floor
Chicago, IL  60602

*Address*

rwalker@kmalawfirm.com
*E-mail address*

(312) 345-3000
*Telephone number*

(312) 345-3119
*FAX number*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| Precision Associates, Inc. et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>Panalpina World Transport, Ltd., et al., )<br>)<br>Defendants. ) | Case No. 08-CV-0042 (JG)(VVP)<br><br>**CERTIFICATE OF SERVICE**<br>**ELECTRONIC CASE FILING** |

    I, Richard A. Walker, an attorney, certify that on this 17th day of November, 2009, a true and correct copy of the foregoing **Appearance of Counsel** was served via the Court's ECF System upon all counsel registered for ECF in this case.

                                              /s/ Richard A. Walker
                                              Attorney Signature

                                              KAPLAN, MASSAMILLO & ANDREWS, LLC
                                              120 N. LaSalle Street, Suite 2400
                                              Chicago, Illinois 60602
                                              E-Mail: rwalker@kmalawfirm.com
                                              Bar No. RW4399
                                              Phone: (312) 345-3000
                                              Fax: (312) 345-3119