UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
: 
Precision Associates, Inc., et al.,                   :
:       08 Civ. 0042 (JG) (VVP)
                             Plaintiffs,              :
:              ECF Case
        -against-                                     :
:
Panalpina World Transport (Holding) Ltd., et al.,     :    **RULE 7.1 DISCLOSURE STATEMENT**
:    **OF NIPPON EXPRESS USA, INC.**
                             Defendants.              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Nippon Express USA, Inc. states that it is a wholly-owned subsidiary of Nippon Express Co., Ltd., a publicly-held Japanese corporation.

Dated:  New York, New York
        November 17, 2009

        Respectfully submitted,

        DEBEVOISE & PLIMPTON LLP

        By: /s/ Daniel M. Abuhoff_____
            Daniel M. Abuhoff
            *dmabuhoff@debevoise.com*
            Matthew E. Fishbein
            *mefishbein@debevoise.com*
            Benjamin Sirota
            *bsirota@debevoise.com*

        919 Third Avenue
        New York, New York  10022
        Telephone: (212) 909-6000
        Facsimile: (212) 909-6836

        Attorneys for Nippon Express USA, Inc.

23084532v1