UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.*,<br><br>                    Plaintiffs,<br><br>  -against-<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>                    Defendants. | Case No. CV 08 0042-JG-VVP<br><br>**RULE 7.1 STATEMENT** |

**RULE 7.1 DISCLOSURE STATEMENT OF DEFENDANT DEUTSCHE POST AG**

　　　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant Deutsche Post AG, DHL Express (USA), Inc., Exel Global Logistics, Inc., and Air Express International (USA), Inc. certify as follows:

　　　　Deutsche Post AG by special appearance states that, according to its share register, KfW Bankengruppe owns more than 10% of its stock.

　　　　Defendants DHL Express (USA), Inc., Exel Global Logistics, Inc., Air Express International (USA), Inc.,[1] are wholly owned subsidiaries of DPWN Holdings USA, Inc. and are indirect subsidiaries of Deutsche Post AG.

　　　　　　　　　　　　　　　　　　Dated:  November 17, 2009

　　　　　　　　　　　　　　　　　　CLEARY GOTTLIEB STEEN & HAMILTON LLP

　　　　　　　　　　　　　　　　　　By: /s/  Mark Leddy
　　　　　　　　　　　　　　　　　　Mark Leddy
　　　　　　　　　　　　　　　　　　mleddy@cgsh.com
　　　　　　　　　　　　　　　　　　Jeremy Calsyn
　　　　　　　　　　　　　　　　　　jcalsyn@cgsh.com

　　　　　　　　　　　　　　　　　　2000 Pennsylvania Ave NW
　　　　　　　　　　　　　　　　　　Washington, DC 20006
　　　　　　　　　　　　　　　　　　Telephone: (202) 974-1522
　　　　　　　　　　　　　　　　　　Facsimile:  (202) 974-1599

　　　　　　　　　　　　　　　　　　*Attorneys for Deutsche Post AG (by special appearance), DHL Express (USA), Inc., Exel Global Logistics, Inc., Air Express International (USA), Inc.*

---

[1] DHL Global Forwarding Japan K.K. and Airborne Express Inc. do not join in this statement because they have not yet been served.  "DHL Global Forwarding" and "DHL Danzas" are not included in this statement because they are not legal entities.