UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------x

PRECISION ASSOCIATES, INC., et al.,

           Plaintiffs,           Case No. 08-CV-0042 (JG) (VPP)

  -v-

PANALPINA WORLD TRANSPORT      **RULE 7.1 DISCLOSURE STATEMENT**
(HOLDING) LTD., et al.,                  **OF DEFENDANTS JET-SPEED AIR**
                                                         **CARGO FOWARDERS (USA), INC.**
                                                         **And JET-SPEED LOGISTICS (USA), LLC**

           Defendants.

-----------------------------------------------------x

     Pursuant to Rule 7.1, Federal Rules of Civil Procedure, to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel for Defendants Jet-Speed Air Cargo Forwarders (USA), Inc. and Jet-Speed Logistics (USA), LLC certifies that there is no publicly held corporate parent of either Defendant or any publicly held company that owns 10% or more of either of the Defendants.

Dated:  November 17, 2009

                                                  /s/ Susan H. Booker
                                                Levun, Goodman & Cohen, LLP
                                                500 Skokie Blvd., Suite 650
                                                Northbrook, Illinois 60062
                                                Tel.: (847) 509-7700
                                                Fax: (847) 509-7709
                                                Email: shbooker@lgclaw.com

                                                        -and-

2

        Michael E. Norton (MN 1796)
        Norton & Associates, LLC
        317 Madison Avenue, Suite 415
        New York, NY 10017
        Tel: (212) 297-0100
        Fax: (212) 376-6080
        Email: mn@nortonlawassociates.com

*Attorneys for Defendants Jet-Speed Logistics (USA), LLC and Jet-Speed Air Cargo Forwarders (USA), Inc.*