UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

PRECISION ASSOCIATES, INC.; JAMES BARNES;
and ANYTHING GOES LLC d/b/a MAIL BOXES
ETC., on behalf of themselves and all others similarly           CV 08-0042 (JG) (VVP)
situated,

                                                                 Electronically Filed

                           Plaintiffs,

        -against-

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*,

                           Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## NOTICE OF APPEARANCE

        PLEASE TAKE NOTICE that Thomas E. Willoughby of Hill Rivkins & Hayden LLP,

hereby appears in the captioned case as counsel for Defendant, Japan Aircargo Forwarders

Association.

Dated:  December 7, 2009

                                   HILL RIVKINS & HAYDEN LLP

                                   By: _____
                                        Thomas E. Willoughby

                                   45 Broadway, Suite 1500
                                   New York, New York 10006
                                   Tel: (212) 669-0600
                                   Fax: (212) 669-0698 / 0699
                                   Email: TWilloughby@hillrivkins.com
                                   Attorneys for Defendant,
                                   Japan Aircargo Forwarders Association