UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------x
PRECISION ASSOCIATES, INC., *et al.*

                        Plaintiffs,

      -against-

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*

                        Defendants.
---------------------------------------------------------x

Case No. 08-CV-0042 (JG) (VVP)

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

      PLEASE TAKE NOTICE that John R. Fornaciari respectfully enters his appearance as counsel for Defendant Yusen Air & Sea Service Co., Ltd. in this action.

Dated:  December 7, 2009

                        Respectfully submitted,

                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                        By:  */s/ John R. Fornaciari*
                              John R. Fornaciari *(pro hac vice)*
                              *jfornaciari@sheppardmullin.com*
                              1300 I Street, N.W.
                              11th Floor East
                              Washington, D.C. 20005
                              Telephone:  202-218-0009
                              Facsimile:  202-312-9414

                              Attorneys for Defendant
                              Yusen Air & Sea Service Co., Ltd.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2009, I caused the foregoing Notice of Appearance to be filed with the Clerk of the court and served on all counsel of record via electronic delivery via the CM/ECF system if registered, and if not, via U.S. Mail.

>    */s/ John R. Fornaciari*
>    John R. Fornaciari