UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
PRECISION ASSOCIATES, INC., *et al.*

                      Plaintiffs,

     -against-

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*

                      Defendants.
--------------------------------------------------------x

Case No. 08-CV-0042 (JG) (VVP)

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Jeremy M. Keim respectfully enters his appearance as counsel for Defendant Yusen Air & Sea Service Co., Ltd. in this action.

Dated: December 7, 2009

                                                                Respectfully submitted,

                                                                SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                                              By:      */s/ Jeremy M. Keim*
                                                           Jeremy M. Keim *(pro hac vice)*
                                                           *jkeim@sheppardmullin.com*
                                                           1300 I Street, N.W.
                                                           11th Floor East
                                                           Washington, D.C. 20005
                                                           Telephone:  202-741-8429
                                                           Facsimile:  202-312-9424

                                                           Attorneys for Defendant
                                                           Yusen Air & Sea Service Co., Ltd.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2009, I caused the foregoing Notice of Appearance to be filed with the Clerk of the court and served on all counsel of record via electronic delivery via the CM/ECF system if registered, and if not, via U.S. Mail.

>  */s/ Jeremy M. Keim*
>  Jeremy M. Keim