UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
PRECISION ASSOCIATES, INC., *et al.*

                          Plaintiffs,

    -against-

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*

                          Defendants.
--------------------------------------------------------x

Case No. 08-CV-0042 (JG) (VVP)

## NOTICE OF APPEARANCE

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

    PLEASE TAKE NOTICE that Robert M. Disch respectfully enters his appearance as counsel for Defendant Yusen Air & Sea Service Co., Ltd. in this action.

Dated:  December 7, 2009

                                        Respectfully submitted,

                                        SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                            By:    */s/ Robert M. Disch*
                                        Robert M. Disch *(pro hac vice)*
                                        rdisch@sheppardmullin.com
                                        1300 I Street, N.W.
                                        11th Floor East
                                        Washington, D.C. 20005
                                        Telephone:  202-218-0024
                                        Facsimile:  202-312-9414

                                        Attorneys for Defendant
                                        Yusen Air & Sea Service Co., Ltd.

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 7, 2009, I caused the foregoing Notice of Appearance to be filed with the Clerk of the court and served on all counsel of record via electronic delivery via the CM/ECF system if registered, and if not, via U.S. Mail.

>                */s/ Robert M. Disch*
>                Robert M. Disch