UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
PRECISION ASSOCIATES, INC., *et al.*

                       Plaintiffs,

                                     Case No. 08-CV-0042 (JG) (VVP)

        -against-

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*


                       Defendants.
--------------------------------------------------------x


## <u>NOTICE OF APPEARANCE</u>

**TO THE CLERK OF COURT AND ALL PARTIES OF RECORD:**

       PLEASE TAKE NOTICE that Greggory B. Mendenhall, a member of this Court in good

standing, respectfully enters his appearance as counsel in this case for Defendant Yusen Air &

Sea Service Co., Ltd. in this action.


Dated:  December 7, 2009

                               Respectfully submitted,

                               SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

                               By:         */s/ Greggory B. Mendenhall*
                               Greggory B. Mendenhall
                               *gmendenhall@sheppardmullin.com*
                               30 Rockefeller Plaza, Suite 2400
                               New York, NY  10112
                               Telephone:  (212) 332-3825
                               Facsimile:  (212) 332-3888

                               Attorneys for Defendant
                               Yusen Air & Sea Service Co., Ltd.

## CERTIFICATE OF SERVICE

I hereby certify that on December 7, 2009, I cause the foregoing Notice of Appearance to be filed with the Clerk of the court and served on all counsel of record via electronic delivery via the CM/ECF system if registered, and if not, via U.S. Mail.


_____*/s/ Greggory B. Mendenhall*_____
Greggory B. Mendenhall