UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **PRECISION ASSOCIATES, INC.** *et al.,* | : | Case No. 08-CV-00042 (JG) (VVP) |
| | : | |
| Plaintiff, | : | |
| | : | **NOTICE OF APPEARANCE** |
| vs. | : | |
| | : | |
| **PANALPINA WORLD TRANSPORT (HOLDING) LTD.**, *et al.,* | : | |
| | : | |
| Defendants. | : | |

To the Clerk of the Court and All Counsel of Record:

I am authorized to practice in this Court, and I appear in this case as counsel for MOL Logistics (Japan) Co., Ltd.

Respectfully submitted,

/s/  Gordon L. Lang
Gordon L. Lang (GL 0818)
NIXON PEABODY LLP
401 9TH STREET, NW
SUITE 900
WASHINGTON, DC 20004
glang@nixonpeabody.com
202-585-8319 (office)
866-947-3542 (fax)

*Attorneys for MOL Logistics (Japan) Co., Ltd.*

## **CERTIFICATE OF SERVICE**

      I certify that I caused the foregoing to be served via the Court's electronic filing system on December 7, 2009.

      /s/  Gordon L. Lang
      Gordon L. Lang (GL 0818)
      NIXON PEABODY LLP
      401 9TH STREET, NW
      SUITE 900
      WASHINGTON, DC 20004
      glang@nixonpeabody.com
      202-585-8319 (office)
      866-947-3542 (fax)

      *Attorneys for MOL Logistics (USA), Inc.*