UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                              :
PRECISION ASSOCIATES, INC., et al.                            :
                                                              :
                            Plaintiffs                        :
                                                              :
     v.                                                       :   Case No. 08-CV-00042 (JG) (VVP)
                                                              :
PANALPINA WORLD TRANSPORT                                     :
(HOLDING) LTD., et al.,                                       :
                                                              :
                            Defendants                        :
                                                              :
-------------------------------------------------------------x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Tara L. Reinhart, with the law firm of Skadden, Arps, Slate, Meagher & Flom LLP, admitted to the Bar of this Court *pro hac vice*, hereby enters her appearance in this action as counsel for Defendant Hankyu Hanshin Express Holdings Corporation.

Hankyu Hanshin Express Holdings Corporation expressly reserves all defenses, including defenses relating to personal jurisdiction, insufficient process, and insufficient service of process.

DATED:  December 8, 2009                    Respectfully submitted,


                                            /s/  Tara L. Reinhart
                                            Tara L. Reinhart
                                            SKADDEN, ARPS, SLATE, MEAGHER &
                                               FLOM LLP
                                            1440 New York Avenue, N.W.
                                            Washington, DC 20005
                                            Telephone:  (202) 371-7630
                                            Facsimile:  (202) 661-0540
                                            tara.reinhart@skadden.com

                                            *Attorneys for Defendant Hankyu Hanshin Express
                                               Holdings Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 8, 2009, I caused a true and correct copy of the foregoing Notice of Appearance to filed and served via the Court's ECF system upon all counsel registered for ECF in this case.

Dated: December 8, 2009

/s/  Tara L. Reinhart