```
&%RP&%D1&%RPDUPLICATE
```

Court Name: Eastern District of New York
Division: 1
Receipt Number: 4653008771
Cashier ID: vklein
Transaction Date: 12/09/2009
Payer Name: FULBRIGHT AND JAWORSKI LLP

---

PRO HOC VICE
 For: FULBRIGHT AND JAWORSKI LLP
 Case/Party: D-NYE-1-09-LB-000001-001
 Amount:     $25.00
PRO HOC VICE
 For: FULBRIGHT AND JAWORSKI LLP
 Case/Party: D-NYE-1-09-LB-000001-001
 Amount:     $25.00

---

CHECK
 Check/Money Order Num: 78766
 Amt Tendered: $50.00

---

Total Due:      $50.00
Total Tendered: $50.00
Change Amt:     $0.00

08-CV-42

 LAYNE E KRUSE AND
 JOSEPH M. GRAHAM