UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　*vs*.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>　　　　　　　　Defendants. | Case No.: 08-CV-00042 (JG) (VVP) |

**CERTIFICATE OF SERVICE**

I, W. Joseph Bruckner, hereby affirm that on January 29, 2010, I caused a true and correct copy of the Plaintiff's Memorandum In Opposition To Defendants' Joint Motion To Dismiss The First Amended Class Action Complaint to be served via the Court's ECF system on all parties of record, and if not, via U.S. mail, postage pre-paid.

Date:  January 29, 2010　　　　　　　　**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

　　　　　　　　　　　　　　　　　　　　By: /s/ W. Joseph Bruckner
　　　　　　　　　　　　　　　　　　　　　　W. Joseph Bruckner
　　　　　　　　　　　　　　　　　　　　100 Washington Avenue South Suite 2200
　　　　　　　　　　　　　　　　　　　　Minneapolis, MN   55401
　　　　　　　　　　　　　　　　　　　　Telephone:  (612) 339-6900
　　　　　　　　　　　　　　　　　　　　Fax: (612) 339-0981
　　　　　　　　　　　　　　　　　　　　Email:　　　wjbruckner@locklaw.com

　　　　　　　　　　　　　　　　　　　　*Interim Co-Lead Counsel for Plaintiffs*

417944.1