UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al., | : |
| Plaintiffs, | : |
| v. | : Case No. 08-CV-00042 (JG) (VVP) |
| PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al., | : |
| Defendants. | : |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Steven A. Reiss, with the law firm of Weil, Gotshal & Manges LLP, admitted to the Bar of this Court, hereby enters his appearance as counsel for Defendant Vantec World Transport Co., Ltd. in this action.[1] Vantec World Transport Co., Ltd. enters this appearance without waiving, and expressly reserving, all defenses, including the defenses of lack of personal jurisdiction, insufficient process, and insufficient service of process.

DATED: February 4, 2010

> Respectfully submitted,
>
> WEIL, GOTSHAL & MANGES LLP
>
> By:  s/ Steven A. Reiss
>
> Steven A. Reiss
> 767 Fifth Avenue
> New York, NY 10153
> Telephone: (212) 310-8000
> Facsimile: (212) 310-8007
> steven.reiss@weil.com
>
> Attorneys for Defendant
> Vantec World Transport Co., Ltd.

---

[1] Vantec World Transport Co., Ltd. was improperly named as a defendant in this action. As Plaintiffs themselves admit, "[o]n April 1, 2009, Vantec Group Holdings Corporation merged its consolidated subsidiaries, Vantec Corporation and Defendant Vantec World Transport Co., Ltd., … and renamed itself Vantec Corporation." First Am. Class Action Compl. ¶ 75.