UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
PRECISION ASSOCIATES, INC., et al.,                     :
                                                        :
                    Plaintiffs,                         :
                                                        :
         v.                                             :    Case No. 08-CV-00042 (JG) (VVP)
                                                        :
PANALPINA WORLD TRANSPORT                                :
(HOLDING) LTD., et al.,                                 :
                                                        :
                    Defendants.                         :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Adam C. Hemlock, with the law firm of Weil, Gotshal &

Manges LLP, admitted to the Bar of this Court, hereby enters his appearance as counsel for

Defendant Vantec World Transport Co., Ltd in this action.[1]  Vantec World Transport Co., Ltd.

enters this appearance without waiving, and expressly reserving, all defenses, including the

defenses of lack of personal jurisdiction, insufficient process, and insufficient service of process.

DATED: February 4, 2010

                                        Respectfully submitted,

                                        WEIL, GOTSHAL & MANGES LLP

                                        By:  s/ Adam C. Hemlock_____

                                        Adam C. Hemlock
                                        767 Fifth Avenue
                                        New York, NY 10153
                                        Telephone: (212) 310-8000
                                        Facsimile: (212) 310-8007
                                        adam.hemlock@weil.com

                                        Attorneys for Defendant
                                        Vantec World Transport Co, Ltd.

--------

[1] Vantec World Transport Co., Ltd. was improperly named as a defendant in this action.  As
Plaintiffs themselves admit, "[o]n April 1, 2009, Vantec Group Holdings Corporation merged its
consolidated subsidiaries, Vantec Corporation and Defendant Vantec World Transport Co., Ltd.,
… and renamed itself Vantec Corporation."  First Am. Class Action Compl. ¶ 75.