UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
PRECISION ASSOCIATES, INC., et al.,

        Plaintiffs,

   v.                                    Case No. 08-CV-00042 (JG) (VVP)

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., et al.,

        Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

## RULE 7.1 DISCLOSURE STATEMENT OF
## DEFENDANT VANTEC WORLD TRANSPORT CO., LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Vantec World Transport Co., Ltd.[1] states that (i) it is a publicly held corporation with its shares listed on the Tokyo Stock Exchange, (ii) it has no parent corporation, and (iii) no publicly held corporation owns 10% or more of its stock.  Vantec World Transport Co., Ltd. makes this filing without waiving, and expressly reserving, all defenses, including the defenses of lack of personal jurisdiction, insufficient process, and insufficient service of process.

DATED: February 4, 2010

                                              WEIL, GOTSHAL & MANGES LLP

                                              By:  s/ Steven A. Reiss

                                              Steven A. Reiss
                                              767 Fifth Avenue
                                              New York, NY 10153
                                              Telephone: (212) 310-8000
                                              Facsimile: (212) 310-8007
                                              steven.reiss@weil.com

                                              Attorneys for Defendant
                                              Vantec World Transport Co., Ltd.

---

[1] Vantec World Transport Co., Ltd. was improperly named as a defendant in this action.  As Plaintiffs themselves admit, "[o]n April 1, 2009, Vantec Group Holdings Corporation merged its consolidated subsidiaries, Vantec Corporation and Defendant Vantec World Transport Co., Ltd., … and renamed itself Vantec Corporation."  First Am. Class Action Compl. ¶ 75.