UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PRECISION ASSOCIATES, INC.; JAMES
BARNES; and ANYTHING GOES LLC
d/b/a MAIL BOXES ETC., on behalf of
themselves and all others similarly situated,

               Plaintiffs,

        v.

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*

               Defendants.

No. CV 08-0042 (JG)(VPP)

---

### DECLARATION OF ETHAN E. LITWIN IN FURTHER SUPPORT OF DEFENDANT EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.'S MOTION TO DISMISS THE AMENDED COMPLAINT

I, Ethan E. Litwin, declare as follows:

1.     I am a member of Howrey LLP, attorneys for Defendant Expeditors International of Washington, Inc. ("Expeditors") in this action. I am a member of the bar of the State of New York and am admitted to practice before this Court. I make this Declaration in further support of Expeditors' Motion to Dismiss the Amended Complaint. I have personal knowledge of each of the facts stated herein, and if called to testify, could and would testify completely herteto.

2.     Attached hereto as Annex A is a true and correct copy of the May 2007 edition of *Global Logistics & Supply Chain Strategies*, which was incorporated into the Amended Complaint at ¶ 114.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: March 4, 2010

                                                Respectfully submitted,
                                                HOWREY LLP

                                                _____
                                                ETHAN E. LITWIN