Richard L. Furman (RF 0250)
Carroll, McNulty & Kull LLC
570 Lexington Avenue, 10th Floor
New York, New York 10022
(212) 252-0004

Attorneys for Defendant
Dachser Transport of America, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
PRECISION ASSOCIATES, INC.; JAMES
BARNES; and ANYTHING GOES LLC                         CASE: 08 Civ. 00042 (JG) (VVP)
d/b/a/ MAIL BOXES ETC., on behalf of
themselves and all others similarly situated,
                                                      **CERTIFICATE OF SERVICE**
                         Plaintiffs,

            v.

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et. al.*
                         Defendants.
------------------------------------------------------------X

RICHARD L. FURMAN declares that:

    I am not a party to this action, am over 18 years of age, and reside in Nassau County, New York.  I am a Member of the firm of Carroll, McNulty & Kull LLC, the attorneys for the within named Defendant, Dachser Transport of America, Inc., with offices at 570 Lexington Avenue, 10th Floor, New York, NY 10022.

    On March 5, 2010 I served upon:

> Counsel for Plaintiffs
> Lovell Stewart Halebian LLP
> 61 Broadway, Ste. 501
> New York, New York 10006
> Attn: Chris McGrath, Esq.

a true copy of the annexed:

*DEFENDANT DACHSER TRANSPORT OF AMERICA, INC.'S*
*REPLY MEMORANDUM*
*IN SUPPORT OF MOTION TO DISMISS THE FIRST AMENDED COMPLAINT*

by depositing the same in a sealed and postage prepaid wrapper, in a post-office or official depository of the U.S. Postal Service within the State of New York, addressed to the last known address of the addressees as indicated above.

Further, the foregoing was filed with the Clerk of the Court and served on all other parties to this action in accordance with the Federal Rules of Civil Procedure, and/or the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York via the Eastern District Court's ECF filing sy stem.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 5, 2010:

_____
RICHARD L. FURMAN