UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al.,<br><br>        Plaintiffs,<br><br>  -against-<br><br>PANALPINA WORLD TRANSPORT (HOLDING), LTD., et al.,<br><br>        Defendants. | Case No. 08-Civ-0042 (JG) (VVP) |

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2010, Defendant UTi Worldwide, Inc.'s Reply Memorandum of Law in Further Support of Motion to Dismiss was filed with the Clerk of the Court and upon all counsel of record via the Court's ECF system.


Dated: March 5, 2010　　　　　　　　　　　VENTURINI & ASSOCIATES
       New York, NY

　　　　　　　　　　　　　　　　　　　　By: /s/ August C. Venturini
　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendant UTi*
　　　　　　　　　　　　　　　　　　　　*Worldwide, Inc.*
　　　　　　　　　　　　　　　　　　　　230 Park Avenue, Suite 545
　　　　　　　　　　　　　　　　　　　　New York, NY 10169
　　　　　　　　　　　　　　　　　　　　Tel: (212) 826-6800

1