## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2010, a true and correct copy of the following documents were filed and served on all parties of record via the Court's ECF system: Defendants' Memorandum of Law in Reply to Plaintiffs' Opposition to Defendants' Joint Motion to Dismiss Plaintiffs' First Amended Class Action Complaint.

Dated: March 5, 2010

> By: ___/s/ Paul T. Friedman_____
> Paul T. Friedman
> MORRISON & FOERSTER LLP
> 425 Market Street
> San Francisco, California 94105
> Telephone: (415) 268-7444
> Facsimile: (415) 268-7522
>
> *Attorneys for Defendants*
> *United Parcel Service, Inc., and*
> *UPS Supply Chain Solutions, Inc.*

dc-594998