AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | |
|---|---|
| Precision Associates, Inc., et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   CV 08-0042 (JG)(VPP) |
| Panalpina World Transport (Holding) Ltd., et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SDV International Logistics                                                                                      .

Date:      03/30/2010

/s/ Kevin J. Perra
*Attorney's signature*

Kevin J. Perra
*Printed name and bar number*

Proskauer Rose LLP
1585 Broadway
New York, NY  10036-8299

*Address*

kperra@proskauer.com
*E-mail address*

(212) 969-3000
*Telephone number*

(212) 969-2900
*FAX number*