AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| Precision Associates, Inc. et al. ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 08 Civ. 0042 (JG) (VPP) |
| Panalpina World Transport (Holding) Ltd,, et al. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:	The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants DSV A/S and DSV Solutions Holding A/S

Date:	04/01/2010

*Attorney's signature*

Jeremy S. Goldman
*Printed name and bar number*

488 Madison Avenue, 10th Fl., New York, NY 10022
*Address*

jgoldman@fkks.com
*E-mail address*

(212) 705-4843
*Telephone number*

(347) 438-2156
*FAX number*