UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PRECISION ASSOCIATES, INC.; JAMES
BARNES; and ANYTHING GOES LLC d/b/a
MAIL BOXES ETC., on behalf of themselves and
all others similarly situated,

                Plaintiffs,

- vs -

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

No.: CV 08-0042 (JG) (VPP)

Electronically Filed

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendants DSV A/S and DSV Solutions Holding A/S, by and through its undersigned counsel, hereby state the following:

DSV A/S does not have a parent corporation and no publicly held company currently has an ownership interest of 10% or more;

DSV A/S is the parent corporation of DSV Solutions Holding A/S. The shares of DSV Solutions Holding A/S are held solely by DSV A/S, which is a publicly traded company on the NASDAQ OMX Copenhagen.

Dated: New York, New York
       April 1, 2010

                              FRANKFURT KURNIT KLEIN & SELZ P.C.

                              By:   /s/ Brian E. Maas
                                    Brian E. Maas, Esq.
                                    Lisa A. Herbert, Esq.
                                    Jeremy Goldman, Esq.
                                    488 Madison Avenue
                                    New York, New York 10022
                                    (212) 980-0120
                                    Bmaas@fkks.com
                                    Lherbert@fkks.com
                                    Jgoldman@fkks.com

                                    *Attorneys for Defendants DSV A/S and*
                                    *DSV Solutions Holding A/S*