UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
PRECISION ASSOCIATES, INC.; JAMES
BARNES; and ANYTHING GOES LLC d/b/a
MAIL BOXES ETC., on behalf of themselves and
all others similarly situated,

     Plaintiffs,        No.: CV 08-0042 (JG) (VPP)

- vs -

PANALPINA WORLD TRANSPORT    **[proposed] ORDER**
(HOLDING) LTD., et al.,

     Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

  Defendants DSV A/S and DSV Solutions Holding A/S (collectively, the "DSV Defendants") have moved for an Order of dismissal pursuant to Rule 12(b)(1) and (6) of the Federal Rules of Civil Procedure. Upon consideration of (1) DSV Defendants' Memorandum of Law, (2) the Joint Motion of the Late-Served Defendants to Dismiss the FAC, which joined in the Motion to Dismiss filed by the "First-Wave" Defendants, (3) the Motion to Dismiss the FAC For Lack of Personal Jurisdiction being filed by some of the Late-Served Defendants and (4) the Notice of Motion being filed by the Late Served Defendants for an order dismissing the Amended Complaint for failure to meet the requirements of the Foreign Trade Antitrust Improvements Act ("FTAIA"), which joined in the FTAIA Motion to Dismiss filed by the "First Wave" Defendants, and any opposition thereto,

  IT IS HEREBY ORDERED that DSV Defendants' Motion is GRANTED, and

IT IS FURTHER ORDERED that all claims against the DSV Defendants in the First Amended Complaint are dismissed without leave to amend.

IT IS SO ORDERED.

Dated: _____

_____
Honorable John Gleeson
United States District Court Judge