UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
PRECISION ASSOCIATES, INC., et al.                :
:
            Plaintiffs       :
:
  v.                                                                     :   Case No. 08-CV-00042 (JG) (VVP)
:
PANALPINA WORLD TRANSPORT              :
(HOLDING) LTD., et al.,                                  :
:
            Defendants   :
:
-------------------------------------------------------------x

## RULE 7.1 DISCLOSURE STATEMENT FOR
## HANKYU HANSHIN EXPRESS HOLDINGS CORPORATION

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Hankyu Hanshin Express Holdings Corporation states that it is a wholly owned subsidiary of Hankyu Hanshin Holdings, Inc.

DATED:  April 1, 2010

                                            Respectfully submitted,

                                            /s/ Tara L. Reinhart
                                            Steven C. Sunshine
                                            Tara L. Reinhart
                                            SKADDEN, ARPS, SLATE, MEAGHER &
                                                 FLOM LLP
                                            1440 New York Avenue, NW
                                            Washington, DC 20005
                                            Telephone:  (202) 371-7000
                                            Facsimile:  (202) 393-5760

                                            *Attorneys for Defendant Hankyu Hanshin Express*
                                            *Holdings Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 1, 2010, I caused a true and correct copy of the foregoing Rule 7.1 Disclosure Statement for Hankyu Hanshin Express Holding Corporation to be filed and served via the Court's ECF system upon all counsel registered for ECF in this case.

Dated: April 1, 2010

/s/ Tara L. Reinhart