```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
                                                             :
PRECISION ASSOCIATES, INC., et al.                           :
                                                             :
                        Plaintiffs                           :
        v.                                                   :   Case No. 08-CV-00042 (JG) (VVP)
                                                             :
PANALPINA WORLD TRANSPORT                                    :
(HOLDING) LTD., et al.,                                      :
                                                             :
                        Defendants                           :
                                                             :
-------------------------------------------------------------x
```

## RULE 7.1 DISCLOSURE STATEMENT FOR HANSHIN AIR CARGO CO., LTD.

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Hanshin Air Cargo Co., Ltd., states that it merged with Hankyu Express International Co., Ltd. and changed its name to Hankyu Hanshin Express Co., Ltd.  Hankyu Hanshin Express Co., Ltd. is a wholly owned subsidiary of Hankyu Hanshin Express Holdings Corporation.

DATED:  April 1, 2010

                                          Respectfully submitted,

                                        /s/ Tara L. Reinhart
                                        Steven C. Sunshine
                                        Tara L. Reinhart
                                        SKADDEN, ARPS, SLATE, MEAGHER &
                                            FLOM LLP
                                        1440 New York Avenue, NW
                                        Washington, DC 20005
                                        Telephone:  (202) 371-7000
                                        Facsimile:  (202) 393-5760

                                        *Attorneys for Defendant Hanshin Air Cargo Co., Ltd.*

**CERTIFICATE OF SERVICE**

        I hereby certify that on April 1, 2010, I caused a true and correct copy of the foregoing Rule 7.1 Disclosure Statement for Hanshin Air Cargo Co., Ltd., to be filed and served via the Court's ECF system upon all counsel registered for ECF in this case.

Dated: April 1, 2010

                                                /s/ Tara L. Reinhart