UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
PRECISION ASSOCIATES, INC., *et al.*

                        Plaintiffs,

    -against-

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*

                        Defendants.
--------------------------------------------------------x

Case No. 08-CV-0042 (JG) (VVP)

## NOTICE OF CHANGE OF FIRM/ADDRESS

PLEASE TAKE NOTICE that Robert M. Disch, counsel for defendants Yusen Air & Sea Service (USA) Inc. and Yusen Air & Sea Service Co., Ltd., has changed his address and telephone number to:  Baker & Hostetler, LLP, 1050 Connecticut Ave., N.W., Suite 1100, Washington, D.C. 20036, telephone 202-861-1630, facsimile 202-861-1783, email *rdisch@bakerlaw.com*.

Dated:  April 27, 2010

                                          Respectfully submitted,

                                          BAKER & HOSTETLER LLP

                                          */s/ Robert M. Disch*
                                          Robert M. Disch
                                          1050 Conn. Ave., N.W., Suite 1100
                                          Washington, D.C.  20036
                                          Telephone:  202-861-1630
                                          Facsimile:  202-861-1783
                                          rdisch@bakerlaw.com

                                          *Attorneys for Yusen Air & Sea Service (USA) Inc.*
                                          *and Yusen Air & Sea Service Co., Ltd.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 27, 2010, I caused the foregoing Notice of Change of Firm/Address to be filed with the Clerk of the Court and served on all counsel of record via electronic delivery via the CM/ECF system.

                                               */s/ Robert M. Disch*
                                                   Robert M. Disch