UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> PANALPINA WORLD TRANSPORT ) <br> (HOLDING) LTD, et al. ) <br> ) <br> Defendants. ) <br> ) | Case No. CV 08-0042 (JG)(VVP) <br><br> **NOTICE OF CHANGE OF ADDRESS** |

PLEASE TAKE NOTICE of the change of addres for Plaintiffs' counsel, Imtiaz A. Siddiqui of Cotchet Pitre & McCarthy, 100 Park Ave, Suite 2600, New York, NY 10017.  Effective immediately, His new address is:

    Cotchett Pitre & McCarthy
    1 Liberty Plaza, 23rd Floor
    New York, NY 10006
    Telephone: (212) 682-3198


Dated: May 7, 2010                                     Respectfully Submitted,


                                                                                */s/ Imtiaz A. Siddiqui*
                                                                                Imtiaz A. Siddiqui
                                                                                **Cotchett Pitre & McCarthy**
                                                                                1 Liberty Plaza, 23rd Floor
                                                                                New York, NY 10006
                                                                                Tel: (212) 682-3198