UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br>*vs*.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al*.,<br><br>Defendants. | Case No.:  08-CV-00042 (JG) (VVP) |

## CERTIFICATE OF SERVICE

I, W. Joseph Bruckner, hereby affirm that on May 24, 2010, I caused a true and correct copy of Plaintiffs' Memorandum in Opposition to Morrison Express Logistics Pte, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and Declaration of Craig S. Davis in Opposition to Morrison Express Logistics Pte, Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction to be served via the Court's ECF system on all parties of record, and if not, via U.S. mail, postage pre-paid.

Date:  May 24, 2010

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By: /s/ W. Joseph Bruckner
W. Joseph Bruckner
100 Washington Avenue South Suite 2200
Minneapolis, MN   55401
Telephone:  (612) 339-6900
Fax: (612) 339-0981
Email:       wjbruckner@locklaw.com

*Interim Co-Lead Counsel for Plaintiffs*

423026.1