UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------x
PRECISION ASSOCIATES, INC., *et al.*

                      Plaintiffs,

     -against-

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*

                      Defendants.
--------------------------------------------------------x

Case No. 08-CV-0042 (JG) (VVP)

## NOTICE OF WITHDRAWAL OF COUNSEL

To the Clerk of this Court and All Parties of Record:

    PLEASE TAKE NOTICE that Greggory B. Mendenhall, hereby withdraws as counsel for defendants Yusen Air & Sea Service (USA) Inc. and Yusen Air & Sea Service Co., Ltd.  John R. Fornaciari, Robert M. Disch and Jeremy M. Keim of Baker & Hostetler, LLP, 1050 Connecticut Ave., N.W., Suite 1100, Washington, D.C. 20036 continue to serve as counsel for defendants Yusen Air & Sea Service (USA) Inc. and Yusen Air & Sea Service Co., Ltd.

Dated:  June 16, 2010

                                        Respectfully submitted,

                                        SHEPPARD MULLIN RICHTER & HAMPTON LLP

                                        */s/ Greggory B. Mendenhall*
                                        Greggory B. Mendenhall
                                        30 Rockefeller Plaza, Suite 2400
                                        New York, NY  10112
                                        Telephone: (212) 332-3825
                                        Facsimile: (212) 332-3888
                                        *gmendenhall@sheppardmullin.com*

502911240.1

## CERTIFICATE OF SERVICE

I hereby certify that on June 16, 2010, I caused the foregoing Notice of Withdrawal of Counsel to be filed with the Clerk of the Court and served on all counsel of record via electronic delivery via the CM/ECF system.

                                                  */s/ Greggory B. Mendenhall*
                                                  Greggory B. Mendenhall