**DICKSTEIN**SHAPIRO**LLP**

1825 Eye Street NW  |  Washington, DC 20006-5403
TEL (202) 420-2200  |  FAX (202) 420-2201  |  dicksteinshapiro.com

June 24, 2010

**<u>VIA OVERNIGHT DELIVERY</u>**

Hon. Viktor V. Pohorelsky
United States District Court
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:     *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd., et al.*, No.
          1:08-cv-00042-JG-VVP

Dear Judge Pohorelsky:

Please find enclosed courtesy copies of Reply Memoranda electronically filed June 23, 2010 by
Defendant Morrison Express Logistics Pte. Ltd. (Singapore) in support of its motions to dismiss
this action pursuant to Rules 12(b)(2) and 12(b)(6) (Docs. 396, 397).

Respectfully submitted,

Joel B. Kleinman
Lisa M. Kaas
DICKSTEIN SHAPIRO LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone:  (202) 420-2220
KleinmanJ@dicksteinshapiro.com
KaasL@dicksteinshapiro.com

Enclosures

cc:     All Counsel (via ECF or manual service, without enclosures)

Washington, DC  |  New York, NY  |  Los Angeles, CA

DSMDB.2717737.01