UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| PRECISION ASSOCIATES, INC., et al.<br><br>**Plaintiffs,**<br><br>v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>**Defendants.** | Court File No.  08-CV-00042 (JG)(VVP)<br><br>STIPULATION AND ORDER PURSUANT TO RULE 15(A)(2) REGARDING FILING OF PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT |

**IT IS HEREBY STIPULATED AND AGREED THAT**

1. Pursuant to Fed. R. Civ. P. 15(a)(2), Plaintiffs and the undersigned Defendants, through their respective undersigned counsel, stipulate and agree that Plaintiffs may file a Second Amended Class Action Complaint ("SACAC") in this matter, in the form attached hereto as Exhibit A.  Attached hereto as Exhibit B is a redlined version of Plaintiffs' Second Amended Class Action Complaint showing revisions from Plaintiffs' First Amended Class Action Complaint in this matter (Doc. 117).

2. Each Defendant which has answered or otherwise moved with respect to Plaintiffs' First Amended Class Action Complaint ("FACAC") need not respond to the SACAC as such answer or motion shall be deemed to be responsive to the SACAC.  All of the pending motions to dismiss Plaintiffs' FACAC shall be deemed to be motions to dismiss Plaintiffs' SACAC.

424996.1

3.      The parties agree that the filing of the SACAC, or any subsequent service thereof, should not delay in any manner the resolution of the pending motions to dismiss.

Dated: July 16, 2010                                         LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                                                           s/W. Joseph Bruckner
                                                                           W. Joseph Bruckner
                                                                           Heidi M. Silton
                                                                           Matthew R. Salzwedel
                                                                           Craig S. Davis
                                                                           100 Washington Avenue South, Suite 2200
                                                                           Minneapolis, MN  55401
                                                                           Telephone:  (612) 339-6900
                                                                           Facsimile:   (612) 339-0981
                                                                           E-mail:  wjbruckner@locklaw.com
                                                                                        hmsilton@locklaw.com
                                                                                        mrsalzwedel@locklaw.com
                                                                                        sdavis@locklaw.com

Dated: July 16, 2010                                         LOVELL STEWART HALEBIAN
                                                                           JACOBSON LLP

                                                                           s/Christopher Lovell
                                                                           Christopher Lovell
                                                                           Craig M. Essenmacher
                                                                           Ian T. Stoll
                                                                           Christopher M. McGrath
                                                                           61 Broadway, Suite 501
                                                                           New York, NY 10006
                                                                           Telephone:  (212) 608-1900
                                                                           Facsimile:   (212) 719-4775
                                                                           E-mail:  clovell@lshllp.com
                                                                                        craigessenmacher@yahoo.com
                                                                                        itstoll@lshllp.com
                                                                                        cmcgrath@lshllp.com

424996.1

Dated: <u>July 16, 2010</u>                              COTCHETT, PITRE & MCCARTHY


                                                         s/Imtiaz A. Siddiqui
                                                         Imtiaz A. Siddiqui
                                                         One Liberty Plaza, 23rd Floor
                                                         New York, NY 10006
                                                         Telephone: (212) 682-3198
                                                         Facsimile: (646) 219-6678
                                                         E-mail: isiddiqui@cpmlegal.com

Dated: <u>July 16, 2010</u>                              COTCHETT, PITRE & MCCARTHY


                                                         s/Steven N. Williams
                                                         Steven N. Williams
                                                         San Francisco Airport Office Center
                                                         840 Malcolm Road, Suite 200
                                                         Burlingame, CA 94010
                                                         Telephone: (650) 697-6000
                                                         Facsimile: (650) 697-0577
                                                         E-mail: swilliams@cpmlegal.com

Dated: <u>July 16, 2010</u>                              GUSTAFSON GLUEK PLLC


                                                         s/Daniel C. Hedlund
                                                         Daniel E. Gustafson
                                                         Daniel C. Hedlund
                                                         Michelle Looby
                                                         650 Northstar East
                                                         608 Second Avenue South
                                                         Minneapolis, MN 55402
                                                         Telephone: (612) 333-8844
                                                         Facsimile: (612) 339-6622
                                                         E-mail: dgustafson@gustafsongluek.com
                                                                 dhedlund@gustafsongluek.com
                                                                 mlooby@gustafsongluek.com

                                                         ***Interim Co-Lead Counsel for Plaintiffs***

424996.1

| | |
|---|---|
| Dated: <u>June 25, 2010</u> | ***For ABX Logistics Group; ABX Logistics Worldwide SA/NV Group and ABX Logistics (USA) Inc.:*** |

  /s/ Layne E. Kruse
Layne E. Kruse
**FULBRIGHT & JAWORSKI, LLP**
1301 McKinney, Suite 5100
Houston, TX  77010
(713) 651-5194
(713) 651-5246 (facsimile)

| | |
|---|---|
| Dated: <u>June 25, 2010</u> | ***For Dachser Transport of America, Inc. and Dachser Intelligent Logistics:*** |

  /s/ Richard Furman
Richard Furman
**CARROLL MCNULTY KULL, LLC**
570 Lexington Avenue
New York, NY  10022
(212) 252-0004
(212) 252-0444 (facsimile)

| | |
|---|---|
| Dated: <u>July 15, 2010</u> | ***For Deutsche Bahn AG and Schenker AG:*** |

  /s/ Peter J. Carney
Peter J. Carney
J. Mark Gidley
Eileen M. Cole
**WHITE & CASE LLP**
701 Thirteenth Street, N.W.
Washington, DC  20005
202-626-3600
202-639-9355 (facsimile)

Case 1:08-cv-00042-JG -VVP   Document 433   Filed 07/16/10   Page 4 of 13

| | |
|---|---|
| Dated: <u>July 1, 2010</u> | ***For DHL Express (USA), Inc. and Deutsche Post AG.:*** |
| |   <u>/s/ Jeremy Calsyn</u> |
| | Jeremy Calsyn |
| | Mark Leddy |
| | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
| | 2000 Pennsylvania Ave., N.W. |
| | Washington, DC  20006 |
| | 202-974-1522 |
| Dated: <u>June 25, 2010</u> | ***For DSV A/S and DSV Solutions Holding A/S:*** |
| |   <u>/s/ Brian Maas</u> |
| | Brian E. Maas |
| | **FRANKFURT KURNIT KLEIN & SELZ, PC** |
| | 488 Madison Avenue |
| | New York, NY  10022 |
| | (212) 705-4836 |
| | (347) 438-2110 (facsimile) |
| Dated: <u>July 1, 2010</u> | ***For EGL, Inc. and EGL Eagle Global Logistics LP:*** |
| |   <u>/s/ Kathleen M. Beasley</u> |
| | Kathleen M. Beasley |
| | **HAYNES AND BOONE, LLP** |
| | 2323 Victory Avenue, Suite 700 |
| | Dallas, TX  75219-7673 |
| | 214-651-5697 |
| | 214-200-0361 (facsimile) |

| | |
|---|---|
| Dated:  June 25, 2010 | ***For Expeditors International of Washington, Inc.:*** |

   /s/ Alan M. Wiseman
Alan M. Wiseman
**HOWREY, LLP**
1299 Pennsylvania Avenue, N.W.
Washington, DC  20004-2402
(202) 383-6638
(202) 383-6610 (facsimile)

| | |
|---|---|
| Dated:  June 25, 2010 | ***For Geo-Logistics:*** |

   /s/ Ari M. Berman
Ari M. Berman
**VINSON & ELKINS, LLP**
666 Fifth Avenue, 26th Floor
New York, NY  10103-0040
(212) 237-0228
(917) 849-5368 (facsimile)

| | |
|---|---|
| Dated:  June 25, 2010 | ***For Hankyu Hanshin Express Holdings Corporation; Hanshin Air Cargo Co., Ltd.; and Hanshin Air Cargo USA, Inc.:*** |

   /s/ Tara L. Reinhart
Tara L. Reinhart
**SKADDEN ARPS SLATE MEAGHER & FLOM, LLP**
1440 New York Avenue, N.W.
Washington, DC  20005
(202) 371-7630
(202) 661-0540 (facsimile)

424996.1

Dated: June 25, 2010                     *For Hellman Worldwide Logistics, Inc.:*

   /s/ Paul H. Kuznetsky
Paul H. Kuznetsky
**KAPLAN, MASSAMILLO & ANDREWS, LLC**
120 North La Salle Street, 24th Floor
Chicago, IL 60602
(312) 345-3000
(312) 345-3119 (facsimile)

Dated: July 9, 2010                      *For Japan Aircargo Forwarders Association:*

   /s/ T.E. Willoughby
T.E. Willoughby
**HILL RIVKINS LLP**
45 Broadway, 15th Floor
New York, NY 10006-3739
212-669-0600
212-669-0698/99 (facsimile)

Dated: June 25, 2010                     *For Jet Speed Logistics (USA), LLC, Jet Speed Air Cargo Forwarders, Jet Speed Logistics, Ltd.:*

   /s/ Susan H. Booker
Susan H. Booker
**LEVUN GOODMAN & COHEN, LLP**
500 Stokie Boulevard, Suite 650
Northbrook, IL 60062
847-509-7700
847-849-5695 (facsimile)

424996.1

| | |
|---|---|
| Dated: <u>June 25, 2010</u> | *For "K" Line Logistics, Ltd. and "K" Line Logistics (USA), Inc.:* |

   /s/ Joel S. Sanders
Joel S. Sanders
**GIBSON DUNN & CRUTCHER**
555 Mission Street, Suite 3000
San Francisco, CA  94105-2933
(415) 393-8268
(415) 374-8439 (facsimile)

Dated: <u>June 25, 2010</u>  *For Kintetsu World Express, Inc. and Kintetsu World Express (USA), Inc.:*

   /s/ Arman Oruc
Arman Oruc
**SIMPSON THACHER & BARTLETT, LLP**
1155 F Street N.W.
Washington, D.C.  20004
(202) 636-5599
(202) 636-5502 (facsimile)

Dated: <u>June 25, 2010</u>  *For Kuehne + Nagel International AG and Kuehne and Nagel, Inc.:*

   /s/ David K. Monroe
David K. Monroe
**GKG LAW, P.C.**
1054 31st Street, NW
Washington, DC  20007
(202) 342-5235
(202) 342-5219 (facsimile)

424996.1

Dated: June 25, 2010    *For MOL Logistics (U.S.A.), Inc. and MOL Logistics (Japan) Co., Ltd.:*

  /s/ Gordon L. Lang
Gordon L. Lang
**NIXON PEABODY LLP**
401 Ninth Street NW, Suite 900
Washington, D.C.  20004
(202) 585-8319
(202) 585-8080 (facsimile)

Dated: June 25, 2010    *For Morrison Express Corp. (USA) and Morrison Express Logistics PTE Ltd.:*

  /s/ Joel B. Kleinman
Joel B. Kleinman
**DICKSTEIN SHAPIRO LLP**
1825 Eye Street NW
Washington DC  20006
(202) 420-2221
(202) 420-2201 (facsimile)

Dated: June 25, 2010    *For Nippon Express Co. Ltd.:*

  /s/ Brian S. Weinstein
Brian S. Weinstein
**DAVIS POLK & WARDELL, LLP**
450 Lexington Avenue
New York, NY  10017
(212) 450-4972
(212) 701-5972 (facsimile)

Dated: June 25, 2010    *For Nippon Express USA, Inc.:*

  /s/ Benjamin Sirota
Benjamin Sirota
**DEBEVOISE & PLIMPTON LLP**
919 Third Avenue
New York, NY  10022
(212) 909-6000
(212) 909-6836 (facsimile)

| | |
|---|---|
| Dated: <u>July 9, 2010</u> | *For Nishi-Nippon Railroad Co., Ltd.:* |

   /s/ Ashley M. Schumacher
Ashley M. Schumacher
Brian J. Fischer
**JENNER & BLOCK LLP**
353 N. Clark Street
Chicago, IL  60654-3456
312-840-8672
312-840-8772 (facsimile)

| | |
|---|---|
| Dated: <u>June 25, 2010</u> | *For Nissin Corporation and Nissin International Transport U.S.A., Inc.:* |

   /s/ Steven F. Cherry
Steven F. Cherry
**WILMER CUTLER PICKERING HALE & DORR LLP**
1875 Pennsylvania Avenue, NW
Washington, D.C.  20006
(202) 663-6321
(202) 663-6363 (facsimile)

| | |
|---|---|
| Dated: <u>June 25, 2010</u> | *For Panalpina World Transport (Holding) Ltd. and Panalpina, Inc.:* |

   /s/ Darrell E. Prescott
Darrell E. Prescott
**BAKER & McKENZIE**
1114 Avenue of the Americas
New York, NY  10036-7703
(212) 626-4476
(212) 310-1637 (facsimile)

424996.1

Dated: July 15, 2010                    ***For Schenker, Inc.:***

   /s/ Mary Ellen Hennessy
Sheldon T. Zenner
Mary Ellen Hennessy
**KATTEN MUCHIN ROSENMAN LLP**
525 West Monroe Street
Chicago, IL  60661
312-902-5200
312-902-1061 (facsimile)

Dated: June 25, 2010                    ***For SDV International Logistics:***

   /s/ Steven M. Edwards
Steven M. Edwards
**HOGAN LOVELLS US LLP**
875 Third Avenue
New York, NY 10022
212-918-3506
212-918-3100 (facsimile)

Dated: June 25, 2010                    ***For Toll Global Forwarding (USA), Inc.:***

  /s/ Steven W. Perlstein
Steven W. Perlstein
**KOBRE & KIM, LLP**
800 Third Avenue
New York, NY  10022
(212) 488-1207
(212) 488-1227 (facsimile)

Dated: June 25, 2010                    ***For United Aircargo Consolidators, Inc.:***

  /s/ Douglas F. Broder
Douglas F. Broder
**K&L GATES LLP**
599 Lexington Avenue
New York, NY  10022
(212) 536-4808
(212) 536-3901

424996.1

| | |
|---|---|
| Dated: <u>June 25, 2010</u> | *For UPS Parcel Service, Inc. and UPS Supply Chain Solutions, Inc.:* |
| | \_\_/s/ Paul T. Friedman_____<br>Paul T. Friedman<br>**MORRISON & FOERSTER, LLP**<br>425 Market Street<br>San Francisco, CA  94105<br>(415) 268-7444<br>(415) 276-7444 (facsimile) |
| Dated: <u>June 25, 2010</u> | *For UTi Worldwide, Inc.:* |
| | \_\_/s/ August C. Venturini_____<br>August C. Venturini<br>**VENTURINI AND ASSOCIATES**<br>230 Park Avenue, Suite 545<br>New York, NY 10169<br>(212) 826-6800<br>(212) 949-6162 (facsimile) |
| Dated: <u>June 25, 2010</u> | *For Vantec World Transport (USA), Inc. and Vantec World Transport Co., Ltd.:* |
| | \_\_/s/ Steven A. Reiss_____<br>Steven A. Reiss<br>**WEIL, GOTSHAL & MANGES LLP**<br>767 Fifth Avenue<br>New York, NY  10153<br>(212) 310-8174<br>(212) 310-8007 (facsimile) |

424996.1

| | |
|---|---|
| Dated:  June 25, 2010 | **For Yamato Transport U.S.A., Inc. and Yamato Global Logistics Japan Co., Ltd.:** |
| | |
| | ___/s/ George B. Yankwitt_____ |
| | George B. Yankwitt |
| | **SQUIRE, SANDERS & DEMPSEY L.L.P.** |
| | 30 Rockefeller Plaza |
| | New York, New York  10112 |
| | (212) 872-9898 |
| | (212) 872-9815 (facsimile) |
| Dated:  June 25, 2010 | **For Yusen Air & Sea Service (U.S.A.), Inc. and Yusen Air & Sea Service Co., Ltd.:** |
| | |
| | ___/s/ John R. Fornaciari_____ |
| | John R. Fornaciari |
| | **BAKER & HOSTETLER LLP** |
| | 1050 Connecticut Avenue N.W. |
| | Suite 1100 |
| | Washington, DC 20036 |
| | (202) 861-1612 |
| | (202) 861-1783 (facsimile) |

**SO ORDERED**

_____
                              U.S.M.J.

dc-608496

424996.1