UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PRECISION ASSOCIATES, INC., et al.,**<br><br>Plaintiff,<br><br>v.<br><br>**PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,**<br><br>**Defendants.** | CV 08-0042 (JG)(VVP)<br><br>NOTICE OF WITHDRAWAL |

PURSUANT TO LOCAL CIVIL RULE 1.4, please take notice that R. Reid LeBeau, II is no longer affiliated with Lockridge Grindal Nauen P.L.L.P. and hereby withdraws his appearance on behalf of Plaintiffs in the above-captioned matter. Plaintiffs will continue to be represented by other attorneys at Lockridge Grindal Nauen P.L.L.P. who have entered their appearance in this case.

Date:  August 6, 2010         **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

By:/s/ R. Reid LeBeau, II
        R. Reid LeBeau, II
100 Washington Avenue South Suite 2200
Minneapolis, MN   55401
Telephone:  (612) 339-6900
Fax: (612) 339-0981
Email:       rrlebeau@locklaw.com

**ATTORNEY FOR PLAINTIFFS**

426711.1