UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al., <br><br> Plaintiff, <br><br> v. <br><br> PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al., <br><br> Defendants. | CV 08-0042 (JG)(VVP) <br><br> DECLARATION OF <br> R. REID LEBEAU, II |

I, R. Reid LeBeau, II declare and state as follows:

1. Pursuant to Local Civil Rule 1.4, I respectfully request leave to withdraw my appearance as counsel for plaintiffs in the above-captioned matter as I am no longer affiliated with Lockridge Grindal Nauen P.L.L.P.

2. Other Lockridge Grindal Nauen P.L.L.P. attorneys who have entered their appearances will continue to represent the Plaintiffs so this withdrawal will not impact this action in any way or prejudice any parties.

Date: August 6, 2010
    Minneapolis, MN

By: _____
R. Reid LeBeau, II
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South Suite 2200
Minneapolis, MN  55401
Telephone: (612) 339-6900
Fax: (612) 339-0981
Email:    rrlebeau@locklaw.com

**ATTORNEY FOR PLAINTIFFS**

426713.1