UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                       :

Precision Associates, Inc., et al.,             :                08 Civ. 0042 (JG) (VVP)

                                :

                      Plaintiffs,      :                    ECF Case

                                :

           -against-                  :

                                :

Panalpina World Transport (Holding) Ltd., et al., :    NOTICE OF APPEARANCE AND
                                :      REQUEST FOR ELECTRONIC
                      Defendants.    :              NOTIFICATION
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

         PLEASE TAKE NOTICE that Nippon Express USA, Inc. appears in the

case captioned above by its counsel, Emily J. Mathieu of Debevoise & Plimpton LLP.

The undersigned respectfully requests that notice of electronic filing of all papers in the

within action be transmitted to her at the address given below.


Dated: New York, New York
        September 13, 2010

                                    Respectfully submitted,

                                    DEBEVOISE & PLIMPTON LLP

                                    By: /s/ Emily J. Mathieu_____
                                       Emily Mathieu
                                       ejmathie@debevoise.com

                                    919 Third Avenue
                                    New York, New York  10022
                                    (212) 909-6000

                                    Attorneys for Nippon Express USA, Inc.


23265329v1