**MORRISON | FOERSTER**

425 MARKET STREET
SAN FRANCISCO
CALIFORNIA  94105-2482

TELEPHONE: 415.268.7000
FACSIMILE: 415.268.7522

WWW.MOFO.COM

MORRISON & FOERSTER LLP

NEW YORK, SAN FRANCISCO,
LOS ANGELES, PALO ALTO,
SAN DIEGO, WASHINGTON, D.C.

NORTHERN VIRGINIA, DENVER,
SACRAMENTO, WALNUT CREEK

TOKYO, LONDON, BRUSSELS,
BEIJING, SHANGHAI, HONG KONG

September 13, 2010

Writer's Direct Contact
415.268.7444
PFriedman@mofo.com

By ECF

Hon. Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re:  *Precision Associates, Inc et al v. Panalpina World Transport (Holding) Ltd. et al.*,
     No. 08-CV-0042 (JG) (VVP)

Dear Magistrate Judge Pohorelsky:

We represent defendant United Parcel Service, Inc. and UPS Supply Chain Solutions, Inc. (collectively, "UPS") in the above-referenced action. In connection with the oral argument of UPS's and other defendants' motions to dismiss scheduled for this Wednesday, September 15, 2010, we would like to use a "Powerpoint" relating to our argument. We understand from the Clerk's office that they can provide a projector to which we can connect a laptop computer; however, we are informed that the U.S. Marshals may require that we present written confirmation that we are authorized to bring a laptop computer into the Courthouse.

Accordingly, I respectfully request that Your Honor "So Order" the accompanying proposed form of Order and direct it to the Clerk for filing. As the proposed order indicates, we request permission to bring one laptop computer and a backup projector for use at the argument.

Respectfully submitted,


/s/ Paul T. Friedman
Paul T. Friedman

cc:    All Counsel