UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.*,<br><br>                  Plaintiffs,<br><br>  -against-<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al*.,<br><br>                  Defendants. | Case No. CV 08 0042-JG-VVP<br><br>**[PROPOSED] ORDER** |

Defendants in the above-captioned action have moved to dismiss the First Amended Complaint, and this Court has scheduled oral argument on these motions for Wednesday, September 15, 2010, at 2:00 p.m. In connection with this oral argument, Paul T. Friedman, Esq., of Morrison & Foerster LLP, is hereby authorized to bring one (1) laptop computer and one (1) projector for use at the aforementioned hearing.

DATED:     Brooklyn, New York
                September ___, 2010

                                            IT IS SO ORDERED.

                                            Viktor V. Pohorelsky, USMJ