UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al.,<br><br>                    Plaintiffs,<br><br>     v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>                    Defendants. | Case No. CV 08-0042 (JG)(VVP)<br><br>**NOTICE OF APPEARANCE<br>OF BRIAN A. RATNER** |

     PLEASE TAKE NOTICE that the undersigned, having been admitted to the bar of this Court *pro hac vice*, hereby appears as counsel for Defendants Geodis S.A. and Geodis Wilson USA, Inc. in the above-captioned action and requests that a copy of all future papers to be served in this action be served on the undersigned at the address set forth below:

Dated:  October 29, 2010                                    HAUSFELD LLP

                                                                           By: _____
                                                                                  Brian A. Ratner

                                                                                  1700 K St. NW
                                                                                  Suite 650
                                                                                  Washington, DC 20006
                                                                                  Telephone: 202-540-7200
                                                                                  Facsimile: 202-540-7201
                                                                                  bratner@hausfeldllp.com