UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PRECISION ASSOCIATES, INC., et al.,

                   Plaintiffs,

        v.

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., et al.,

                 Defendants.

Case No. CV 08-0042 (JG)(VVP)

**NOTICE OF APPEARANCE
OF MICHAEL D. HAUSFELD**

PLEASE TAKE NOTICE that the undersigned, having been admitted to the bar of this

Court *pro hac vice*, hereby appears as counsel for Defendants Geodis S.A. and Geodis Wilson

USA, Inc. in the above-captioned action and requests that a copy of all future papers to be served

in this action be served on the undersigned at the address set forth below:

Dated:  October 29, 2010

HAUSFELD LLP

By: _____
           Michael D. Hausfeld

           1700 K St. NW
           Suite 650
           Washington, DC 20006
           Telephone: 202-540-7200
           Facsimile: 202-540-7201
           mhausfeld@hausfeldllp.com