UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PRECISION ASSOCIATES, INC., et al.,**<br><br>    Plaintiffs,<br><br>  v.<br><br>**PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,**<br><br>    Defendants. | CV 08-0042 (JG)(VVP) |

<u>**NOTICE OF APPEARANCE OF RALPH J. BUNCHE**</u>

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that RALPH J. BUNCHE, of the law firm of Hausfeld LLP, having been admitted to the bar of this Court, hereby appears as counsel for Defendants Geodis S.A. and Geodis Wilson USA, Inc. in the above captioned matter.

Copies of all future papers to be served in this action should be served upon the undersigned at the address below.

DATED:  April 11, 2011                                                  Respectfully submitted,

/s/ Ralph J. Bunche
Ralph J. Bunche
**HAUSFELD LLP**
1700 K. Street, NW
Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
rbunche@hausfeldllp.com

*Counsel for Defendants Geodis S.A. and Geodis Wilson USA, Inc.*

## **CERTIFICATE OF SERVICE**

I, Ralph J. Bunche, hereby certify that on April 11, 2011, I caused the foregoing Notice of Appearance of to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically serve email notification of said filing to all counsel of record.

/s/ Ralph J. Bunche
Ralph J. Bunche
**HAUSFELD LLP**
1700 K. Street, NW
Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
rbunche@hausfeldllp.com

*Counsel for Defendants Geodis S.A. and Geodis Wilson USA, Inc.*