**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **PRECISION ASSOCIATES, INC., et al.,**<br><br>**Plaintiffs,**<br><br>v.<br><br>**PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,**<br><br>**Defendants.** | **CV 08-0042 (JG)(VVP)** |

## <u>NOTICE OF WITHDRAWAL OF STEIG D. OLSON</u>

TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:

Please take notice that STEIG D. OLSON, is no longer associated with the law firm of

HAUSFELD LLP, and is hereby withdrawn as counsel for Defendants Geodis S.A. and Geodis

Wilson USA, Inc. in the above captioned matter.

HAUSFELD LLP continues to serve as counsel for Defendants Geodis S.A. and Geodis

Wilson USA, Inc.

DATED:  April 11, 2011                                    Respectfully submitted,


                                                                    /s/ Ralph J. Bunche
                                                                    Ralph J. Bunche
                                                                    **HAUSFELD LLP**
                                                                    1700 K. Street, NW
                                                                    Suite 650
                                                                    Washington, D.C. 20006
                                                                    Telephone: (202) 540-7200
                                                                    Facsimile: (202) 540-7201
                                                                    rbunche@hausfeldllp.com

                                                                    *Counsel for Defendants Geodis S.A. and*
                                                                    *Geodis Wilson USA, Inc.*

## CERTIFICATE OF SERVICE

I, Ralph J. Bunche, hereby certify that on April 11, 2011, I caused the foregoing Notice of Withdrawal of Appearance of Steig D. Olson to be electronically filed with the Clerk of the Court via the Court's CM/ECF system, which will automatically serve email notification of said filing to all counsel of record.

/s/ Ralph J. Bunche
Ralph J. Bunche
**HAUSFELD LLP**
1700 K. Street, NW
Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
Facsimile: (202) 540-7201
rbunche@hausfeldllp.com

*Counsel for Defendants Geodis S.A. and Geodis Wilson USA, Inc.*