UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; JAMES BARNES; and ANYTHING GOES, LLC d/b/a MAIL BOXES ETC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD,; PANALPINA, INC.; KÜHNE + NAGEL INTERNATIONAL AG; KUEHNE + NAGEL, INC.; EXPEDITORS INTERNATIONAL OF WASHINGTON, INC.; EGL, INC.; EGL EAGLE GLOBAL LOGISTICS, LP; DEUTSCHE BAHN AG; SCHENKER AG; SCHENKER, INC.; DEUTSCHE POST AG; DHL EXPRESS(USA), INC.; UTI WORLDWIDE, INC.; AND SPEDLOGSWISS, AKA THE ASSOCIATION OF SWISS FORWARDERS,<br><br>Defendants. | Case No. CV 08-0042 (JG)(VVP) |

## MOTION TO ADMIT BRIAN M. SCHNARR *PRO HAC VICE*

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that, upon the annexed declaration of Brian M. Schnarr and the Certificate of Good Standing annexed thereto, the undersigned hereby moves this Court, before the Honorable John Gleeson, at the United States District Court for the Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York 11201, for an Order, pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Eastern District of New York, admitting *pro*

*hac vice* attorney Brian M. Schnarr, a member of the firm of Cotchett, Pitre & McCarthy, LLP and a member in good standing of the Bar of the State of California, for the purposes of this action.

Dated: April 28, 2011                    Respectfully Submitted,

                                         By: /s/ Steven N. Williams
                                         Steven N. Williams
                                         Cotchett, Pitre, & McCarthy, LLP
                                         One Liberty Plaza
                                         23rd Floor
                                         New York, NY  10006
                                         Swilliams@cpmlegal.com
                                         *Attorneys for Plaintiffs*