UNITED STATES DISTRICT COURT                    NOT FOR PUBLICATION
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------x
                                              :
PRECISION ASSOCIATES, INC.;                   :
ANYTHING GOES LLC d/b/a/ MAIL                 :
BOXES ETC., and JCK INDUSTRIES,               :
INC., on behalf of themselves and all others :
similarly situated,                           :
                                              :
                    Plaintiffs,               :                ORDER
                                              :
              -against-                       :                08-CV-42 (JG) (VVP)
                                              :
PANALPINA WORLD TRANSPORT                     :
(HOLDING) LTD., *et al.*,                     :
                                              :
                    Defendants.               :
------------------------------------------------------x
JOHN GLEESON, United States District Judge:

          Plaintiffs' motion for preliminary approval of their proposed settlements with

Defendants Deutsche Bahn AG, Schenker AG, Schenker, Inc., Bax Global Inc., DB Schenker,

EGL, Inc., EGL Eagle Global Logistics, LP, Inc., Vantec Corporation and Vantec World

Transport (USA), Inc. and for conditional certification of the settlement class, [526], is granted.

Proposed notice to the class (and a schedule for opt-outs, objections, fairness hearing, etc.) shall

be submitted by Co-Lead Counsel for Plaintiffs upon the resolution of Plaintiffs' motion for

production of customer data lists [525], which is currently pending before Judge Pohorelsky.

                                              So Ordered.

                                              John Gleeson, U.S.D.J.


Dated: Brooklyn, New York
       September 23, 2011