UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THIS DOCUMENT RELATES TO:
------------------------------------------------------------ X
: 
PRECISION ASSOCIATES, INC., et al., :
: **NOTICE OF MOTION**
Plaintiffs, : **TO ADMIT COUNSEL**
v. : **PRO HAC VICE**
:
PANALPINA WORLD TRANSPORT :
(HOLDING) LTD., et al., : 08-CV-00042 (JG) (VVP)
:
Defendants. :
:
------------------------------------------------------------ X

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

**PLEASE TAKE NOTICE** that, upon the annexed Affidavit of Jeannine M. Kenney in support of this motion and the Certificates of Good Standing annexed thereto, defendants Geodis Wilson U.S.A., Inc. and Geodis S.A. will move this Court pursuant to Rule 1.3 (c) of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York for an Order allowing the admission of Jeannine M. Kenney, a member of the firm of Hausfeld LLP and a member in good standing of the bars of the Commonwealth of Pennsylvania and the District of Columbia, as attorney *pro hac vice* to argue or try this case in whole or in part as counsel for defendants Geodis S.A. and Geodis Wilson USA, Inc. There are no pending disciplinary proceedings against me in any State or Federal court.

DATE: November 18, 2011

Respectfully submitted,

/s/ Jeannine Kenney
JEANNINE M. KENNEY
Hausfeld LLP
1604 Locust St., 2nd Floor
Philadelphia, Pennsylvania 19103
jkenney@hausfeldllp.com
(215) 985-3272

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THIS DOCUMENT RELATES TO:
------------------------------------------------------------------ X
                                                            :
PRECISION ASSOCIATES, INC., et al.,                         :
                                                            :                **AFFIDAVIT OF**
                                Plaintiffs,                 :                **JEANNINE M. KENNEY**
        v.                                                  :                **IN SUPPORT OF MOTION TO**
                                                            :                **ADMIT COUNSEL**
PANALPINA WORLD TRANSPORT                                   :                **PRO HAC VICE**
(HOLDING) LTD., et al.,                                     :
                                                            :                08-CV-00042 (JG) (VVP)
                                Defendants.                 :
                                                            :
------------------------------------------------------------------ X

I, JEANNINE M. KENNEY, being duly sworn, hereby deposes and says as follows:

1. I am an Associate with the law firm of Hausfeld LLP.

2. I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above captioned matter.

3. As shown in the Certificates of Good Standing annexed hereto, I am a member in good standing of the Bars of the District of Columbia and the Commonwealth of Pennsylvania.

4. There are no pending disciplinary proceedings against me in any State or Federal court.

5. Wherefore I respectfully submit that I be permitted to appear as counsel and advocate *pro hac vice* in this one case for defendants Geodis S.A. and Geodis Wilson USA, Inc.

DATE: _Nov. 17th 2011_    Respectfully submitted,

 

_/s/ Jeannine Kenney_
Jeannine M. Kenney
HAUSFELD LLP
1604 Locust St., 2nd Floor
Philadelphia, Pennsylvania 19103
jkenney@hausfeldllp.com
(215) 985-3272

Philadelphia    )
                )  ss:
Pennsylvania    )

Sworn to and subscribed to before me this
_17_ day of _November_, 2011.

_/s/ Mary T. Porter_
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARY T. PORTER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires January __, ____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

THIS DOCUMENT RELATES TO:
------------------------------------------------------------------ X
                                                                   :
PRECISION ASSOCIATES, INC., et al.,                                :
                                                                   :     **ADMISSION TO PRACTICE**
                              Plaintiffs,         :     **PRO HAC VICE**
    v.                                                           :
                                                                   :
PANALPINA WORLD TRANSPORT                                          :
(HOLDING) LTD., et al.,                                            :     08-CV-00042 (JG) (VVP)
                                                                   :
                              Defendants.         :
                                                                   :
------------------------------------------------------------------ X

      The Motion for admission of Jeannine M. Kenney to practice *pro hac vice* in the above captioned matter is GRANTED. The admitted attorney is permitted to argue or try this particular case in whole or in part as counsel or advocate for defendants Geodis S.A. and Geodis Wilson USA, Inc.

      This Order becomes effective upon the Court's receipt of the required $25.00 fee and confirms your appearance as counsel in this case. A notation of your admission *pro hac vice* in the above captioned case will be made on the roll of attorneys.

DATE: _____

                                                                         _____
                                                                         United States District Judge

cc:     Pro Hac Vice
        Attorney File

CERTIFICATE OF SERVICE

I, Ralph J. Bunche, hereby certify that on November 18, 2011 a true and correct copy of the foregoing Motion to Admit Jeannine M. Kenney *pro hac vice* and supporting documents annexed thereto were served via the Court's ECF system upon all counsel registered for ECF.

                                                                 */s/ Ralph J. Bunche*
                                                                  Ralph J. Bunche
                                                                  HAUSFELD LLP
                                                                  1700 K St., N.W.
                                                                  Suite 650
                                                                  Washington, D.C. 20006
                                                                  bratner@hausfeldllp.com
                                                                  (202) 540-7200



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

**JEANNINE KENNEY**

was on the 5TH day of NOVEMBER, 2010 duly qualified and admitted as an attorney and counselor entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on November 7, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Jeannine Marie Kenney, Esq.*

**DATE OF ADMISSION**

*October 21, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 21, 2011

*Patricia A. Johnson*
Patricia A. Johnson
Chief Clerk