UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------ X
PRECISION ASSOCIATES, INC.; : 
ANYTHING GOES LLC d/b/a MAIL : 
BOXES ETC., and JCK INDUSTRIES, : Case No. 08-CV-00042 (JG) (VVP)
INC., on behalf of themselves and all others : 
similarly situated, : 
 : 
       Plaintiffs, : **NOTICE OF MOTION TO**
 : **INTERVENE**
  -against- : 
 : 
PANALPINA WORLD TRANSPORT : 
(HOLDING) LTD., et al., : 
 : 
       Defendants. : 
------------------------------------------ X

    **PLEASE TAKE NOTICE** that upon the Declaration of James M. Altieri, dated February 15, 2012, and the exhibits annexed thereto, Hewlett-Packard Company's Memorandum of Law in Support of its Motion to Intervene, and all pleadings and proceedings herein, Hewlett-Packard Company ("HP") will move this Court, before the Honorable John Gleeson, at the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at such a time as the Court hereafter determines, for an order pursuant to Rule 24 of the Federal Rules of Civil Procedure granting HP's Motion to Intervene and for such further relief as the Court deems just, equitable and proper.

Dated: New York, New York      DRINKER BIDDLE & REATH LLP
       February 15, 2012

                                                 By:  */s James M. Altieri*
                                                       James M. Altieri
                                                       1177 Avenue of the Americas, 41st Floor
                                                       New York, New York 10036
                                                       (212) 248-3140
                                                       james.altieri@dbr.com
                                                       Attorneys for Proposed Intervenor
                                                       Hewlett-Packard Company

NY01/ 7243684.1

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 15th day of February 2012, I caused a true and correct copy of the foregoing **Notice of Motion to Intervene, Declaration of James M. Altieri with Exhibits, and Memorandum of Law in Support of Hewlett-Packard Company's Motion to Intervene** to be served via this Court's Case Management/Electronic Case Filing System upon all counsel of record.

Dated: New York, New York
       February 15, 2012

                                                  /s/ James M. Altieri
                                                  James M. Altieri