UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------ X
PRECISION ASSOCIATES, INC.;
ANYTHING GOES LLC d/b/a MAIL
BOXES ETC., and JCK INDUSTRIES,
INC., on behalf of themselves and all others
similarly situated,

         Plaintiffs,

   -against-

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., et al.,

         Defendants.
------------------------------------------ X

Case No. 08-CV-00042 (JG) (VVP)

**RULE 7.1 STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for Hewlett-Packard ("HP") (a private non-governmental party) certifies that HP has no parent corporation and no publicly held corporation owns 10% or more of HP's stock.

Dated: New York, New York
       February 15, 2012

                                 DRINKER BIDDLE & REATH LLP

                                 By: */s/ James M. Altieri*
                                      James M. Altieri
                                      1177 Avenue of the Americas, 41st Floor
                                      New York, New York 10036
                                      (212) 248-3140
                                      james.altieri@dbr.com
                                      Attorneys for Proposed Intervenor
                                      Hewlett-Packard Company

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on this 15th day of February 2012, I caused a true and correct copy of the foregoing **Rule 7.1 Statement** to be served via this Court's Case Management/Electronic Case Filing System upon all counsel of record.

Dated: New York, New York
       February 15, 2012

                                                  */s/ James M. Altieri*
                                                    James M. Altieri