# DrinkerBiddle&Reath LLP

James M. Altieri
212-248-3180 Direct
212-248-3141 Fax
james.altieri@dbr.com

Law Offices
1177 Avenue of the Americas
41st Floor
New York, NY
10036-2714

(212) 248-3140 phone
(212) 248-3141 fax
www.drinkerbiddle.com

A Delaware Limited
Liability Partnership

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

February 15, 2012

**VIA ECF AND OVERNIGHT MAIL**

Honorable John Gleeson
United States Courthouse
225 Cadman Plaza East, Room 727S
Brooklyn, New York 11201

Re:  Precision Associates, Inc. v. Panalpina World Transport (Holding) LTD., et al.
**Case No.: 08-CV-00042 (JG) (VVP)**

Dear Judge Gleeson:

On behalf of Proposed Intervenor Hewlett-Packard Company ("HP"), I hereby enclose courtesy copies of HP's Notice of Motion to Intervene, Declaration of James M. Altieri with annexed exhibits, Memorandum of Law in Support of Hewlett-Packard Company's Motion to Intervene and Rule 7.1 Statement, which were served and filed today via the Court's ECF system in the above-referenced matter.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

James M. Altieri

JMA/ls
Enclosures

cc:  All Counsel of Record (via ECF)

Established 1849

NY01/ 7244023.1