# DEBEVOISE & PLIMPTON LLP

919 Third Avenue
New York, NY 10022
Tel 212 909 6000
Fax 212 909 6836
www.debevoise.com

February 29, 2012

Honorable John Gleeson
United States District Judge
United States District Court, Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201-1818

*Precision Associates, Inc. et al. v. Panalpina World Transport (Holding) Ltd. et al.,*
No. 08-CV-0042

Notice of Withdrawal of Attorney

Dear Judge Gleeson:

Please be advised that, effective March 1, 2012, I no longer will be employed by the firm of Debevoise & Plimpton LLP, the attorneys for defendant Nippon Express USA, Inc. in the above-captioned matter. Debevoise & Plimpton LLP will continue to represent said defendant in the above-captioned matter.

I hereby respectfully request your permission to have my name removed from the court's docket and ECF electronic mailing distribution list. Will you please signify your approval of this withdrawal by having this letter memo endorsed or so ordered so that the clerk may modify and update the court's records accordingly.

Thank you for your courtesy and cooperation.

Respectfully submitted,

Benjamin Sirota

23612283v1

New York • Washington, D.C. • London • Paris • Frankfurt • Moscow • Hong Kong • Shanghai