UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

Precision Associates, Inc., et al.,

                Plaintiffs,

    -against-

Panalpina World Transport (Holding) Ltd., et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

08 Civ. 0042 (JG) (VVP)

ECF Case

NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION

        PLEASE TAKE NOTICE that Nippon Express USA, Inc. appears in the case captioned above by its counsel, Erica S. Weisgerber, of Debevoise & Plimpton LLP. The undersigned respectfully requests that notice of electronic filing of all papers in the within action be transmitted to her at the address given below.

Dated: New York, New York
         March 14, 2012

                                  Respectfully submitted,

                                  DEBEVOISE & PLIMPTON LLP

                                  By: /s/ Erica S. Weisgerber_____
                                       Erica S. Weisgerber
                                       eweisgerber@debevoise.com

                                  919 Third Avenue
                                  New York, New York  10022
                                  (212) 909-6998

                                  Attorneys for Nippon Express USA, Inc.