UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>*vs.*<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>Defendants. | Case No.: 08-CV-00042 (JG) (VVP)<br><br><br><br>**PLAINTIFFS' NOTICE OF MOTION TO APPROVE CLASS NOTICE PROGRAM** |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that Plaintiffs' Motion to Approve Class Notice Program will be heard before the Honorable John Gleeson, District Court Judge, on a date and at a time to be designated by the Court, at the United States District Court, 225 Cadman Plaza East, Brooklyn, New York, 11201.

Plaintiffs move the Court for entry of an order approving the class notice program proposed by Plaintiffs.  In support of their Motion, Plaintiffs submit a Memorandum of Law, the Declaration of Katharine Kinsella with Exhibits 1-6, and the Declaration of Julie Redell.

Plaintiffs' Class Notice Program should be approved because it constitutes "the best notice practicable under the circumstances . . . ." Fed. R. Civ. P. 23(c)(2)(B).  Plaintiffs' plan provides direct mail notice to class members from customer lists provided by Defendants.  The plan exceeds the requirements of Federal Rule of Civil Procedure 23, satisfies any due process concerns, and will fairly apprise potential Settlement Class Members of the existence of the

Settlement Agreements and their options under it.  This Court should approve Plaintiffs' class notice program.

                Respectfully Submitted,

Dated:   July 2, 2012                /s/ Steve N. Williams

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
COTCHETT, PITRE & McCARTHY, LLP.
San Francisco Airport Office Center
840 Malcolm Road, Ste. 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com
       swilliams@cpmlegal.com
       azapala@cpmlegal.com
       gkim@cpmlegal.com

Imtiaz A. Siddiqui
COTCHETT, PITRE & McCARTHY, LLP.
One Liberty Plaza, 23rd Floor
New York, NY 10006
Telephone: (212) 682-3198
Facsimile: (646) 219-6678
Email: isiddiqui@cpmlegal.com

W. Joseph Bruckner
Heidi M. Silton
Craig S. Davis
LOCKRIDGE GRINDAL
NAUEN P.L.L.P.
1000 Washington Avenue South, Suite 2200
Minneapolis MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com
       hmsilton@locklaw.com
       csdavis@locklaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle Looby
Joshua J. Rissman
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis MN  55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
        dhedlund@gustafsongluek.com
        mlooby@gustafsongluek.com
        jrissman@gustafsongluek.com

Christopher Lovell
Craig M. Essenmacher
Ian T. Stoll
Christopher M. McGrath
LOVELL STEWART HALEBIAN LLP
61 Broadway, Suite 501
New York NY  10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775
Email: clovell@lshllp.com
        craigessenmacher@yahoo.com
        itstoll@lshllp.com
        cmcgrath@lshllp.com