UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------ X

PRECISION ASSOCIATES, INC.;         :
ANYTHING GOES LLC d/b/a MAIL     :   Case No. 08-CV-00042 (JG) (VVP)
BOXES ETC., and JCK INDUSTRIES,    :
INC., on behalf of themselves and all others  :
similarly situated,                     :
                                  :
               Plaintiffs,     :   **NOTICE OF MOTION TO MODIFY**
                                  :   **THE PRELIMINARY APPROVAL**
     -against-                :   **ORDER**
                                  :
PANALPINA WORLD TRANSPORT     :
(HOLDING) LTD., et al.,          :
                                  :
              Defendants.    :

------------------------------------ X

     **PLEASE TAKE NOTICE** that upon the Memorandum of Law in Support of Hewlett-

Packard Company's Motion to Modify the Preliminary Approval Order, and all pleadings and

proceedings herein, Intervenor-Plaintiff Hewlett-Packard Company ("HP") will move this Court,

before the Honorable John Gleeson, at the United States Courthouse, 225 Cadman Plaza East,

Brooklyn, New York 11201, at such a time as the Court hereafter determines, for an order,

pursuant to Rule 23(c)(1)(C) of the Federal Rules of Civil Procedure, granting HP's Motion to

Modify the Preliminary Approval Order and amend the Schenker Agreement to remove the opt-

out provision set forth therein and for such further relief as the Court deems just, equitable and

proper.

Dated: New York, New York          DRINKER BIDDLE & REATH LLP
       July 2, 2012

                              By:   */s James M. Altieri*
                                  James M. Altieri
                                  1177 Avenue of the Americas, 41st Floor
                                  New York, New York 10036
                                  (212) 248-3140
                                  james.altieri@dbr.com

Attorneys for Intervenor
Hewlett-Packard Company

## <u>CERTIFICATE OF SERVICE</u>

The undersigned attorney hereby certifies that on this 2nd day of July 2012, I caused a true and correct copy of the foregoing **Notice of Motion to Modify the Preliminary Approval Order, Declaration of James M. Altieri with annexed exhibits, Declaration of Michael J. Stortz, and Memorandum of Law in Support of Hewlett-Packard Company's Motion to Modify the Preliminary Approval Order** to be served via this Court's Case Management/Electronic Case Filing System upon all counsel of record.

Dated: New York, New York
July 2, 2012

_/s/ James M. Altieri_
James M. Altieri