UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------- X
PRECISION ASSOCIATES, INC.;                 :
ANYTHING GOES LLC d/b/a MAIL                :    Case No. 08-CV-00042 (JG) (VVP)
BOXES ETC., and JCK INDUSTRIES,             :
INC., on behalf of themselves and all others :
similarly situated,                         :
                                            :
                Plaintiffs,                 :    **DECARATION OF JAMES M. ALTIERI**
                                            :
    -against-                               :
                                            :
PANALPINA WORLD TRANSPORT                   :
(HOLDING) LTD., et al.,                     :
                                            :
                Defendants.                 :
------------------------------------------- X

JAMES M. ALTIERI, hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am an attorney admitted to practice in this Court and am a member of Drinker Biddle & Reath LLP, counsel for Defendant Hewlett-Packard Company ("HP"). This Declaration is based upon my personal knowledge and is made in support of HP's motion to intervene.

2. Attached hereto as Exhibit A is a true and correct copy of the Schenker Settlement Agreement filed in the above-captioned action by Plaintiff's Counsel, on or about September 20, 2011.

3. Attached hereto as Exhibit B is a true and correct copy of the Vantec Settlement Agreement filed in the above-captioned action by Plaintiff's Counsel, on or about September 20, 2011.

4. Attached hereto as Exhibit C is a true and correct copy of the EGL Settlement Agreement filed in the above-captioned action by Plaintiff's Counsel, on or about September 20, 2011.

5. Attached hereto as Exhibit D is a true and correct copy of the Expeditors Settlement Agreement filed in the above-captioned action by Plaintiff's Counsel, on or about April 2, 2012.

6. Attached hereto as Exhibit E is a true and correct copy of the Nishi-Nippon Settlement Agreement filed in the above-captioned action by Plaintiff's Counsel, on or about June 14, 2012.

7. Attached hereto as Exhibit F is a true and correct copy of the European Commission Press Release, "Antitrust: Commission imposes €169 million fine on freight forwarders for operating four price fixing cartels."

I declare under penalty of perjury, that the foregoing statements made by me are true. I am aware that if any of the foregoing statements are willfully false, I am subject to punishment.

Dated: New York, New York
July 2, 2012

*/s James M. Altieri*
James M. Altieri