

James M. Altieri
212-248-3180 Direct
212-248-3141 Fax
james.altieri@dbr.com

*Law Offices*

1177 Avenue of the Americas
41ST Floor
New York, NY
10036-2714

212-248-3140 phone
212-248-3141 fax
www.drinkerbiddle.com

CALIFORNIA
DELAWARE
ILLINOIS
NEW JERSEY
NEW YORK
PENNSYLVANIA
WASHINGTON DC
WISCONSIN

*Established 1849*

July 2, 2012

**VIA ECF AND OVERNIGHT MAIL**

Honorable John Gleeson
United States Courthouse
225 Cadman Plaza East, Room 727S
Brooklyn, New York 11201

    Re:    **Precision Associates, Inc. v. Panalpina World Transport (Holding) LTD., et al., Case No.: 08-CV-00042 (JG) (VVP)**

Dear Judge Gleeson:

    On behalf of Intervenor Hewlett-Packard Company ("HP"), I hereby enclose courtesy copies of Hewlett Packard Company's Notice of Motion to Modify the Preliminary Approval Order, Declaration of James M. Altieri with annexed exhibits, Declaration of Michael Stortz, and the Memorandum of Law in Support of Hewlett Packard Company's Motion to Modify the Preliminary Approval Order of the Schenker Settlement Agreement, which were served and filed today via the Court's ECF system in the above-referenced matter.

    HP, along with Dell Inc. (which is filing concurrently a related motion to modify the Court's approval of the Schenker Settlement Agreement), propose that a hearing on these two motions be held on either August 10, 2012 or August 17, 2012. Moreover, HP and Dell further suggest that their motions should be considered in tandem with Plaintiff's motion for the Court's approval of class notice procedures for the Schenker, Vantec, EGL, Expeditors and Nishi-Nippon settlement agreements.

    Thank you for Your Honor's attention to this matter.

                                       Respectfully submitted,

                                       James M. Altieri

JMA/jlr
Enclosures

cc: All Counsel of Record (via ECF)