EXHIBIT A

# *ELLEN  YAROSHEFSKY*

Benjamin N. Cardozo School of Law
55 Fifth Avenue, 11th floor
New York, NY 10003
(212) 790-0386
(212) 790-0256 (Facsimile)
yaroshef@yu.edu

## Bar Admissions

New York and Washington State Courts
Various U.S. District Courts
Second and Ninth Circuit Courts of Appeals
U.S. Supreme Court

## Academic Employment

**Benjamin N. Cardozo School of Law**                                                   1994-present
> Executive Director, Jacob Burns Ethics Center in the Practice of Law
> Clinical Professor of Law
>> Teach a range of courses in Legal and Judicial Ethics, Evidence,
>> Wrongful Convictions
>> Develop symposia and ethics programs
>> Direct and teach Cardozo's Intensive Trial Advocacy Program
>> Program Director, Public Service Scholars (2004-present)

**Fordham School of Law**                                                                        Fall 2001
> Adjunct Professor of Law                                                                     Fall 2010
> Course: Ethics in Criminal Advocacy

## Legal Employment

**Ethics Consultant**                                                                                   2008
>> Advise and represent lawyers and judges on matters pertaining       2000-2004
>> to the law governing lawyers; expert witness

**Clayman and Rosenberg**                                                                  2006 - 2008
**New York, New York**
Of Counsel
>> Advise and represent lawyers and legal organizations on matters
>> pertaining to the law governing lawyers; expert witness

**Hinshaw & Culbertson LLP**                                           2004 - 2006
**New York, New York**
Of Counsel
     Advise and represent lawyers and legal organizations on matters
      pertaining to the law governing lawyers; expert witness

**Private Practice**                                                   1988 - 2000
**New York, New York**
     Criminal, civil rights and constitutional rights litigation

**Center for Constitutional Rights**                                   1982 - 1988
**New York, New York**
     National practice in  civil rights and international human rights.

**Gibbs, Douglas, Theiler, Yaroshefsky and Drachler**                 1980 - 1982
**Seattle, Washington**
     Criminal defense and civil rights litigation

**Seattle-King County Public Defender**                               1976 - 1980
**Seattle, Washington**
     Criminal defense litigation

**Puyallup Indian Tribe**                                             1975 - 1976
**Tacoma, Washington**
     Staff attorney providing general legal counsel to tribe on land rights and
     economic development.


**<u>Professional Service</u>**

New York State Joint Commission on Public Ethics (JCOPE)
Commissioner                                                          2012-

New York State Bar Association Committee on                           2003 -
Standards of Attorney Conduct (COSAC)

American Bar Association                                              2006 -
Criminal Justice Section
Co-chair of Ethics, Gideon and Professionalism Committee

New York County Lawyers Association                                   2008 -
Professional Ethics Committee

New York County Lawyers Association
Justice Center Advisory Board                                         2004 -07

National Association of Criminal Defense Lawyers                      2003 -
Co-chair, Ethics Advisory Committee

| Association of the Bar of the City of New York Committee on Professional Responsibility | 2002-2004 1994 -1998 |
|---|---|
| Association of the Bar of the City of New York Criminal Courts Committee | 2008-2011 |
| National Conference of Bar Examiners MPRE Drafting Committee | 2002 |
| Legal Services for New York City LSNY Planning Process Advisory Committee | 2001- 2002 |
| Center for Constitutional Rights Executive Committee Board Member | 2006 - |

## Publications

*Prosecution Ethics in Context* (with Bruce A. Green), in Lawyers in Practice (Leslie C. Levin and Lynn Mather (eds.)), University of Chicago Press (2012)

*Ethics in Criminal Advocacy*, The State of Criminal Justice 2010 (American Bar Association) (coauthored with Peter A. Joy)

*Foreward: New Perspectives on Brady and Other Disclosure Obligations: What Really Works,* 31 Cardozo L. Rev. 1943 (2010)

*Enhancing the Justice Mission in the Exercise of Prosecutorial Discretion,* 19 Temple Pol. and Civ. Rts. L Rev. 343 (2010)

*My Client, the Cooperator Lied: Now What? Commentary Symposium, Criminal Law Defense, Ethics, and the Client Who Plans to Lie,* 7 Ohio St. J. Crim. Law 659  (2010)

*Ethics in Criminal Advocacy*, The State of Criminal Justice 2009 (American Bar Association) (coauthored with Peter A. Joy)

*Prosecutorial Discretion and Post-Conviction Evidence of Innocence,*  6 Ohio State J. Crim. L. 467 (2009) (coauthored with Bruce A. Green)

*Ethics and Plea Bargaining,* American Bar Association Criminal Justice Symposium (Fall 2008)

*Ethics in Criminal Advocacy*, The State of Criminal Justice 2008 (American Bar Association) (coauthored with Bruce A. Green)

*Zealous Lawyering Succeeds Against All Odds: Major Mori and the Legal Team for David Hicks at Guantanamo Bay,* Symposium Issue, 13 Roger Williams L. Rev. 469 (2008)

*Military Lawyering at the Edge of the Rule of Law at Guantanamo: Should Lawyers Be Permitted to Violate the Law*, 36 Hofstra L. Rev. 563 (2008)

*State of Washington v. Sherrie Lynn Allery, Victory Despite Conviction* in Michael E. Tigar and Angela J. Davis (eds.), Trial Stories, 13 (2008)

*Secret Evidence is Slowly Eroding the Adversary System*, 34 Hofstra L. Rev. 1063 (2006)

*Classified Information and the Courts*, Secret Evidence and the Courts in the Age of National Security, 5 Cardozo Public Law, Policy and Ethics Journal 1 (2006)

*Conference Overview and Summary, The New York City Housing Court in the 21st Century,* 3 Cardozo J.Pub. Policy, Law and Ethics Journal 591 (2006) (with Marilyn Flood)

*Wrongful Convictions: It Is Time to Take Prosecution Discipline Seriously,* Symposium, 8 U.D.C. Law Review 275 (2004)

*Introduction to the Cooperating Witness Conundrum,* 23 Cardozo Law Review 747 (2002)

*Session Four: Special Issues in Assisted Settlement,* A *Symposium: Ethical Issues in Settlement Negotiations,* 52 Mercer Law Review 947 (2001)

*Unethical Clauses in Settlement Agreements,* New York Employment Law and Practice Vol 2, No. 1 (2000)

*Litigation Ethics: Course Materials for Continuing Legal Education,* Materials on *Client and Witness Perjury*, ABA Section of Litigation, (2000)

*Cooperation with Federal Prosecutors: Experiences of Truth Telling and Embellishment,* 68 Fordham Law Review 917 (1999)

*Advertising: Targeted Mailings for Personal Injury and Criminal Clients*, New York Professional Responsibility Reporter (June 1998)

*How Future Lawyers Learn,* Federal Bar Council News (1997)

*Balancing Victim's Rights and Vigorous Advocacy for the Defendant,* N.Y.U. Annual Survey of American Law 135 (1989)

*The Tucson Trial and Its Legal Consequences of Asylum Seekers,* 9 Proceedings of the National Legal Conference on Immigration and Refugees (1986)

**Presentations in Professional and Academic Programs (since 2003)**

*Ethics and Open Source Software*, Practicing Law Institute, (11/11)

*Challenging Ethical Dilemmas: Candor, Client Competency and the Use of Social Networking,* New York County Lawyers Criminal Trial Advocacy Institute, (11/11)

*Legal and Ethical Implications for Defense Counsel, Prosecutors and the Court in Cutting Edge Forensic Science Issues: Discovery and Disclosure Obligations,* New York State Bar Association, (11/11)

*Attorney Advertising, Social Media and Ethics,* National Advertising Division Annual Conference, (10/11)

*Ethics for Corporate Counsel,* New York State Bar Association Corporate Counsel Section, (11/10)

*Ethical Considerations for Using Technology in Your Practice* American Bar Association Section on Litigation, 11th Annual  Women in Product Liability Conference (11/10)

*Prosecutorial Ethics,* Sixth Annual Defending the White Collar Case (9/10)

*Ethical Issues in Prison Actions*, Prison Law 2009, Practicing Law Institute (9/10)

*Difficult Ethical Choices,* Office of Legal Counsel, Second Circuit Court of Appeals (7/10)

*Prosecutors and Their Disclosure Duties,* American Bar Association Professional Responsibility Annual Conference (6/10)

*Litigating Under the New Ethics Rules: A Close Look at Rule 3.3 and Gender Bias in the Courthouse*, New York Women's Bar Association (5/10)

*Update on Legal Ethics in Investigation,* National Employment Lawyers Association Spring Conference (5/10)

*Ethical Issues with Blogging, Friending and Tweeting,* Association of the Bar of the City of New York (3/10)

*Ethical Issues in Criminal Defense Practice,* 24th Annual Metropolitan New York Trainer (3/10)

*Ethics for Corporate Counsel,* New York State Bar Association Third Corporate Counsel Institute (11/09)

*Ethical Implications of Open Source Strategies*, Open Source Software, Practicing Law Institute, (11/09)

*The* New *New York Rules of Professional Conduct in Criminal Practice*,  Citibar Center for Continuing Legal Education (11/09)

*Examining Modern Approaches to Prosecutorial Discretion*, Keynote Address, Temple University Beasley School of Law Political and Civil Rights Law Review Annual Symposium (10/09)

*Racial Issues, Confidentiality and Other Ethical Dilemmas,* 2009 Annual Criminal Defense Conference, Milwaukee, Wisconsin (9/09)

*Ethical Issues in Prison Actions*, Prison Law 2009, Practicing Law Institute (9/09)

*Ethical Issues in Special Education,* Seventh Annual School Law Institute, Practicing Law Institute, (5/09)

*Past, Present and Future of Guantanamo,* CSPAN, April 2009

*Ethical Implications of Open Source Strategies*, Open Source Software, Practicing Law Institute, (11/08)

*Confidentiality and Its Limits, Legal Ethics in New York,* Lorman Educational Services, New York (9/08)

*Ethical Issues in Client Representation at Guantanamo,* Association of Professional Responsibility Lawyers, (5/08)

*The Prosecution Ethic*, Symposium in Tribute to Seattle-King County Prosecutor Norm Maleng, Seattle Washington (5/08)

*The Bi-Annual Criminal Justice Retreat: A Summit on the Prosecution Function,* Association of the Bar of the City of New York (4/08)

*Ethical Issues in Direct and Cross Examination,* American Bar Association Criminal Justice Section, (4/08)

*Ethical Issues in Witness Preparation,* Commercial and Federal Litigation Section, New York State Bar Association, (1/08)

*What Every Attorney Must Know About Ethics*, Practicing Law Institute (12/07)

*Ethics and Professionalism in Plea Negotiation: Best Practices and Worst Pitfalls,* American Bar Association Criminal Justice Section 2007 Fall Conference, Washington, D.C., (11/07)

*Business and Ethical Implications of Open Source Strategies*, Open Source Software, Practicing Law Institute, (11/07)

*Confidentiality and Conflicts,* Back to Business, Proskauer Rose LLP, (11/07)

*Lawyering and Terrorism Cases*, Legal Dilemmas in a Dangerous World: Law Terrorism and National Security, Roger Williams University School of Law, (11/07)

*Lawyering at the Edge of the Rule of Law,* Ethics Conference: Lawyering at the Edge, Hofstra Law School (10/07)

*Ethics in Employment Law*, Jackson Lewis Women's Employment Law Conference, New Jersey (10/07)

*Zealous Representation: Ethical Limits and Trial Techniques*, New York State Bar Association (5/07)

*Ethical Practices in Start-Ups and Smaller Firms,* Association of the Bar of the City of New York, (5/07)

*Ethics for the Immigration Lawyer,* Federal Bar Association, New Jersey 26th Annual Hon. William H. Strasser Immigration Conference, (5/07)

*Ethical Issues in Special Education,* Fifth Annual School Law Institute, Practicing Law Institute, (5/07)

*Potential Criminal Exposure of Attorneys,* Professional Responsibility and Risk Management Conference, New York (10/06)

*Attorney-Client Privilege, Inadvertent Disclosure and Document Retention,* Jackson Lewis Women's Employment Law Conference, New Jersey (10/06)

*Ethical Issues for Intellectual Property Lawyers,* The Copyright Society of the USA, New York (9/06)

*Ethical Issues in Advising the Self Represented*, New York Family Court (9/06)

*Ethical Issues for the Entertainment Lawyer,* Association of the Bar of the City of New York Center for Continuing Legal Education, (6/06)

*Prosecution Ethics*, American Bar Association Professional Responsibility Conference, Vancouver, B.C. (6/06)

*Ethical Issues for Employment Lawyers*, National Employment Lawyers Association, (5/06)

*Ethical Issues in Special Education*, Sixth Annual School Law Institute, Practicing Law Institute, (5/06)

*Lawyers in the Dock*: *When Does Good Lawyering Become Criminal Conduct*, Association of the Bar of the City of New York Center for Continuing Legal Education, (2/06)

*Prosecution Ethics*, Association of Professional Responsibility Lawyers, (2/06)

*The Law and Ethics of Criminal Defense in Terrorism Cases*, Association of American Law Schools, (1/06)

*Bridge the Gap*, Practicing Law Institute, (12/05)

*Secret Evidence is Eroding the Adversary System*, Lawyers' Ethics in an Adversary System, 2005 Legal Ethics Conference, Hofstra Law School, (11/05)

*The Changing Legal Profession*, Legal Ethics in the New Millennium, American Association of Law Schools Professional Responsibility Conference, (6//05)

*Ethical Issues in Special Education*,  Fifth Annual School Law Institute, Practicing Law Institute, (4//05)

*Ethical Issues in Pro Bono Work*, City Bar Center for Continuing Legal Education, (6/05)

*Ethical Dilemmas for Financial Services Attorneys,* SIA Compliance and Legal Division, (6/05)

*Ethics for the Immigration Lawyer*, City Bar Center for Continuing Legal Education, (3/05)

*Ethical Considerations for Corporate Investigations,* City Bar Center for Continuing Legal Education, (9/04)

*Timely Ethical Issues: Cooperating Witnesses,* Federal Bar Council, (11/04)

*Ethical Issues for the Entertainment Lawyer,* City Bar Center for Continuing Legal Education, (6/04)

*Ethics for the Immigration Lawyer*, City Bar Center for Continuing Legal Education, (3/04)

*Ethical Issues in Dealing with the Difficult Client*, New York Employment Lawyers Annual Conference, (11/03)

*Internet Ethics*, New York County Lawyers Association, (10/03)

*The Evolving Defense Function in the Wake of Sarbanes-Oxley*, New York Council of Defense Lawyers 2003 Biennial Retreat, with SEC Commissioner Harvey Goldschmid, SDNY Judge Jed Rakoff and New York State Attorney General Eliot Spitzer, (10/03)

*Child Abuse, Neglect & the Foster Care System - The Attorney's Role & Responsibilities 2003*, Practicing Law Institute, (3/03)

## Education

Rutgers School of Law, Newark, New Jersey          J.D. 1975

Douglass College for Women
Rutgers University, New Brunswick, New Jersey     B.A. 1969

## Honors

"*Eric Neisser Award for Outstanding Public Service,*"                              Sept 2005
 Rutgers University School of Law

*"Outstanding Contribution in the Field of Criminal Law Education"* Award    Jan 2000
New York State Bar Association, Criminal Justice Section

Monrad G. Paulsen Award (with other members of the clinical faculty)    June 1998
"*In recognition of devoted service to the ideals and purposes of Legal Education*"

American Immigration Lawyers Association Award    June 1991

Steps to End Family Violence Award    May 1991