UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES KKC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>-v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>Defendants. | CASE NO.: 08-CV-00042 (JG) (VVP) |

## **DECLARATION OF GINA M. BASSI IN SUPPORT OF SONY ELECTRONICS, INC. AND SONY SUPPLY CHAIN SOLUTIONS (AMERICAS), INC.'S MOTION TO INTERVENE**

GINA M. BASSI, hereby declares, pursuant to 28 U.S.C. § 1746, under penalty of perjury, as follows:

1. I am an attorney admitted to practice in this Court and am an associate at Schiff Hardin, LLP, counsel for Proposed Intervenors Sony Electronics, Inc. ("SEL") and Sony Supply Chain Solutions (Americas), Inc. ("SSCSA"). This Declaration is based upon my personal knowledge and is made in support of SEL and SSCSA's Motion to Intervene.

2. Attached hereto as Exhibit A is a true and correct copy of Plaintiffs' proposed settlement agreement with Defendants Deutsche Bahn AG, Schenker AG, Schenker, Inc., Bax Global, Inc., and DB Schenker (the "Schenker Defendants").

3.       Attached hereto as Exhibit B is a true and correct copy of Plaintiffs' proposed settlement agreement with Vantec Corporation and Vantec World Transport (USA), Inc. (the "Vantec Defendants").

4.       Attached hereto as Exhibit C is a true and correct copy of Plaintiffs' proposed settlement agreement with EGL, Inc., and EGL Eagle Global Logistics, LP (the "Eagle Defendants").

I declare under penalty of perjury, that the foregoing statements made by me are true.

Dated:  New York, New York
        August 6, 2012

*/s/ Gina M. Bassi*
Gina M. Bassi

AA\200035890.1