# FRANTZ WARD LLP
### ATTORNEYS AT LAW

2500 KEY CENTER, 127 PUBLIC SQUARE • CLEVELAND, OHIO 44114-1230 • 216.515.1660 • FAX 216.515.1650
www.frantzward.com

216.515-1607 • JAMES B. NIEHAUS • jniehaus@frantzward.com

August 7, 2012

**VIA ECF AND OVERNIGHT MAIL**

Honorable John Gleeson
United States Courthouse
Eastern District of New York
225 Cadman Plaza East, Room 727S
Brooklyn, New York 11201

    Re:  *Precision Associates, Inc. v. Panalpina World Transport (Holding) LTD., et al.*
           Case No: 08-CV-00042 (JG) (VVP)

Dear Judge Gleeson:

On behalf of Intervenor Dell, Inc. ("Dell"), I hereby enclose a courtesy copy of the *Reply Memorandum in Support of Dell's Motion to Modify the Preliminary Approval Order*, which was served and filed today via the Court's ECF system in the above-referenced matter.

Thank you for Your Honor's attention to this matter.

Respectfully submitted,

James B. Niehaus

JBN/sm
Enclosure

cc: All Counsel of Record (via ECF)