**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　*vs*.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>　　　　Defendants. | **Case No.: 08-CV-00042 (JG) (VVP)** |

### NOTICE OF CHANGE OF ADDRESS FOR COUNSEL OF RECORD

Plaintiffs hereby provide notice of the change of address of Daniel E. Gustafson, Daniel C. Hedlund, Michelle J. Looby and Joshua J. Rissman, some of the attorneys of record for Interim Co-Lead Counsel for Plaintiffs in the above-captioned matter.

Dated: August 14, 2012
　　　　　　　　　　　　`

　　　　　　　　　　　　　　　　　　　s/Daniel C. Hedlund
　　　　　　　　　　　　　　　　　　　Daniel E. Gustafson
　　　　　　　　　　　　　　　　　　　Daniel C. Hedlund
　　　　　　　　　　　　　　　　　　　Michelle J. Looby
　　　　　　　　　　　　　　　　　　　Joshua J. Rissman
　　　　　　　　　　　　　　　　　　　GUSTAFSON GLUEK PLLC
　　　　　　　　　　　　　　　　　　　Canadian Pacific Plaza
　　　　　　　　　　　　　　　　　　　120 South 6th Street, Suite 2600
　　　　　　　　　　　　　　　　　　　Minneapolis, MN 55402
　　　　　　　　　　　　　　　　　　　Telephone: (612) 333-8844
　　　　　　　　　　　　　　　　　　　Facsimile: (612) 339-6622
　　　　　　　　　　　　　　　　　　　Email: dgustafson@gustafsongluek.com
　　　　　　　　　　　　　　　　　　　dhedlund@gustafsongluek.com
　　　　　　　　　　　　　　　　　　　mlooby@gustafsongluek.com
　　　　　　　　　　　　　　　　　　　jrissman@gustafsongluek.com

　　　　　　　　　　　　　　　　　　　*Interim Co-Lead Counsel for Plaintiffs*