UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   *vs*.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>        Defendants. | **Case No.: 08-CV-00042 (JG) (VVP)** |

**PLAINTIFFS' MOTION TO
PRELIMINARILY APPROVE SETTLEMENT WITH
DEFENDANTS KUEHNE + NAGEL INTERNATIONAL AG
AND KUEHNE + NAGEL, INC. AND CONDITIONALLY
CERTIFY SETTLEMENT CLASS**

Plaintiffs hereby move this Court for entry of an order preliminarily approving the settlement reached with Defendants Kuehne + Nagel International AG and Kuehne + Nagel, Inc. and certifying a settlement class. In support of this motion, the Plaintiffs submit their Memorandum In Support Of Motion To Preliminarily Approve Settlement With Defendants Kuehne + Nagel International AG and Kuehne + Nagel, Inc. And Conditionally Certify Settlement Class, together with the Declaration of Christopher Lovell in support of same, with attached exhibit.

Dated: September 17, 2012

Respectfully submitted,

- 2 -

*s/ Christopher Lovell*

| | |
|---|---|
| Christopher Lovell | W. Joseph Bruckner |
| Benjamin M. Jaccarino | Heidi M. Silton |
| LOVELL STEWART HALEBIAN JACOBSON LLP | LOCKRIDGE GRINDAL NAUEN P.L.L.P. |
| 61 Broadway, Suite 501 | 100 Washington Avenue South, Suite 2200 |
| New York, NY 10006 | Minneapolis, MN 55401 |
| Telephone: (212) 608-1900 | Telephone: (612) 339-6900 |
| Facsimile: (212) 719-4775 | Facsimile: (612) 339-0981 |
| Email: clovell@lshllp.com | Email: wjbruckner@locklaw.com |
| bjaccarino@lshllp.com | hsilton@locklaw.com |
| | |
| Daniel E. Gustafson | Steven N. Williams |
| Daniel C. Hedlund | Imtiaz A. Siddiqui |
| Michelle J. Looby | COTCHETT, PITRE & MCCARTHY, LLP |
| Joshua J. Rissman | 1 Liberty Plaza, 23rd Floor |
| GUSTAFSON GLUEK PLLC | New York, NY 10006 |
| 650 Northstar East | Telephone: (212) 682-3198 |
| 608 Second Avenue South | Facsimile: (646) 219-6678 |
| Minneapolis, MN 55402 | Email: isiddiqui@cpmlegal.com |
| Telephone: (612) 333-8844 | |
| Facsimile: (612) 339-6622 | |
| Email: dgustafson@gustafsongluek.com | |
| dhedlund@gustafsongluek.com | |
| mlooby@gustafsongluek.com | |
| jrissman@gustafsongluek.com | |