## CERTIFICATE OF SERVICE

      I hereby certify that on September 17, 2012, the foregoing ***Plaintiffs' Motion To Preliminarily Approve Settlement With Defendants Kuehne + Nagel International AG And Kuehne + Nagel, Inc. And Conditionally Certify Settlement Class***, ***Plaintiffs' Memorandum In Support Of Motion To Preliminarily Approve Settlement With Defendants Kuehne + Nagel International AG And Kuehne + Nagel, Inc.  And Conditionally Certify Settlement Class***, and ***Declaration of Christopher Lovell In Support Of Plaintiffs' Motion To Preliminarily Approve Settlement With Defendants Kuehne + Nagel International AG And Kuehne + Nagel, Inc. And Conditionally Certify Settlement Class*** were filed and served via the Eastern District's ECF system.

Dated:  September 17, 2012

                                            Respectfully,

                                            */s/ Christopher Lovell*
                                            Christopher Lovell
                                            **Lovell Stewart Halebian LLP**
                                            61 Broadway, Suite 501
                                            New York, New York 10006
                                            T: (212) 608-1900
                                            F: (212) 719-4775

                                            *Attorney for Plaintiffs*