AO 440 (Rev. 02/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; JAMES BARNES; ANYTHING GOES LLC d/b/a MAIL BOXES ETC.; and JCK INDUSTRIES, INC., on behalf of themselves and all other similarly situated,<br>*Plaintiff*<br><br>v.<br><br>PANALPINA WORLD TRANSPORTS (HOLDING) LTD., et al.<br>*Defendant* | )<br>)<br>)<br>)<br>)  Civil Action No.   08-CV-00042 (JG) (VVP)<br>)<br>)<br>)<br>) |

**AMENDED** SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    See Attachment 1.

    A lawsuit has been filed against you.

    Within 20 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Lovell Stewart Halebian LLP
    61 Broadway, Suite 501
    New York, New York 10006

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ROBERT C. HEINEMANN
CLERK OF COURT

Date: JUL 22 2009

*Signature of Clerk or Deputy Clerk*

#407031

CSO/ADM/SJ/261/2010B

Request for Service of Judicial Documents from: USA (MASSACHUSETTS)

Party for Service: JET SPEED LOGISTICS, LTD.

## AFFIRMATION OF SERVICE

I, CHIU Hon-chung, Bailiff's Assistant of the High Court of Hong Kong, solemnly, sincerely and truly affirm as follows:

1. I was directed by the Registrar, High Court of Hong Kong to serve the above-named JET SPEED LOGISTICS, LTD. with the following judicial documents:

   i)   Request;
   ii)  Summary of the document to be served;
   iii) Certificate (unexecuted);
   iv)  Order Appointing Special Process Servicer Services Ace International Services, Inc. dated July 4, 2011;
   v)   Summons;
   vi)  Second Amended Class Action Complaint with Certificate of Service [Case No.: 08-CV-00042 (JG) (VVP)];
   vii) Exhibit A-Copy of Cease and Desist Order [2009 Case No.5 (So)] and
   viii) Copy of letter to Court of Filing of Exhibit A with Certificate of Service [Case No.: 08-CV-00042 (JG)(VVP)]

2. I did on Monday the 28th day of November 2011 at 12:40 hours call at the address given in the Request for Service, namely, 11th Floor, 15 Wang Chiu, Kowloon Bay, Hong Kong SAR, China, for effecting the service of the aforesaid judicial documents.

3. On arrival at 11th Floor, 15 Wang Chiu Road, Kowloon Bay, Hong Kong SAR, China. I serve on the above-named JET SPEED LOGISTICS, LTD. with the aforesaid judicial documents by delivering the same to its Accountant, Mr. NG Tat-chuen, who voluntarily accepted service of the aforesaid judicial documents on behalf of the above-named JET SPEED LOGISTICS, LTD. I verily believed that this address was the same address as the one stated in paragraph 2 above.

AND LASTLY, I solemnly, sincerely and truly affirm that the contents of this Affirmation are true.

AFFIRMED at                                )
Bailiff Kowloon Regional Office,           )
2nd Floor, Kwun Tong Law Courts Building, )
Kowloon                                    )
this 9th day of December 2011

Before me,

LI CHI MING PATRICK
Commissioner for Oaths
Judiciary

CSO/ADM/SJ/261/2010B

Request for Service of Judicial Documents from USA (MASSACHUSETTS)

Judicial Documents to be served on:

JET SPEED LOGISTICS, LTD.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

AFFIRMATION OF (CHIU Hon-chung)

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Dated this 9th day of December 2011
Bailiff Kowloon Regional Office
2nd Floor, Kwun Tong Law Courts, Building,
Hong Kong Special Administrative Region

# CERTIFICATE
## ATTESTATION

The undersigned authority has the honour to certify, in conformity with article 6 of the Convention,
*L'autorité soussignée a l'honneur d'attester conformément à l'article 6 de ladite Convention,*

1) that the document has been served *
1) *que la demande a été exécutée*

-- the (date) -- *le (date)* _28th November 2011_

-- at (place, street, number) - *à (localité, rue, numéro)* _11th Floor, 15 Wang Chiu Road, Kowloon Bay, Hong Kong SAR_

-- in one of the following methods authorized by article 5:
-- *dans une des formes suivantes prévues à l'article 5:*

☐ (a) in accordance with the provisions of sub-paragraph (a) of the first paragraph of article 5 of the Convention*.
   a) *selon les formes légales (article 5. alinéa premier, lettre a)*

☐ (b) in accordance with the following particular method:
   b) *selon la forme particulière suivante:* _____

☐ (c) by delivery to the addressee, who accepted it voluntarily.*
   c) *par remise simple.*

The documents referred to in the request have been delivered to:
*Les documents mentionnés dans la demande ont été remis à:*

- (identity and description of person)
- *(Identité et qualité de la personne)*

_____

- relationship to the addressee family, business or other
- *liens de parenté de subordination ou autres avec le destinataire de l'acte:*

_____

2) that the document has not been served, by reason of the following facts*:
2) *que la demande n'a pas été exécutée, en raison des faits suivants:*

_____

In conformity with the second paragraph of article 12 of the Convention, the applicant is requested to pay or reimburse the expenses detailed in the attached statement*
*Conformément à l'article 12, alinéa 2, de ladite Convention, le requérant est prié de payer ou de rembourser les frais dont le détail figure au mémoire ci-joint.*

ANNEXES
*Annexes*

Documents returned:
*Pieces renvoyées*

_____
_____

[Seal of the High Court of Hong Kong]

20 DEC 2011

Done at _____, the
*Fait à* _____, *le*

In appropriate cases, documents establishing the service:
*Le cas échéant, les documents justificatifs de l'exécution:*

_Affirmation of Service of Chiu Hon-Chun, Bailiff's Assistant dated 9th December 2011_

Signature and/or stamp
*Signature et/ou cachet*

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ MAY 20 2011 ★

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

**BROOKLYN OFFICE**

---

PRECISION ASSOCIATES, INC.;
ANYTHING GOES LLC d/b/a MAIL
BOXES ETC., and JCK INDUSTRIES,
INC., on behalf of themselves and all others
similarly situated,

        Plaintiffs,

vs.

PANALPINA WORLD TRANSPORT
(HOLDING) LTD.; PANALPINA, INC.;
KÜHNE + NAGEL INTERNATIONAL
AG; KUEHNE + NAGEL, INC.;
EXPEDITORS INTERNATIONAL OF
WASHINGTON, INC.; EGL, INC.; EGL
EAGLE GLOBAL LOGISTICS, LP;
DEUTSCHE BAHN AG; SCHENKER AG;
SCHENKER, INC.; BAX GLOBAL, INC.;
DB SCHENKER; DEUTSCHE POST AG;
DHL DANZAS; DHL GLOBAL
FORWARDING; DHL EXPRESS (USA),
INC.; DHL GLOBAL FORWARDING
JAPAN K.K.; AIRBORNE EXPRESS,
INC.; AIR EXPRESS INTERNATIONAL
USA, INC.; UTI WORLDWIDE INC.;
SPEDLOGSWISS, AKA THE
ASSOCIATION OF SWISS
FORWARDERS; UNITED PARCEL
SERVICE, INC., UPS SUPPLY CHAIN
SOLUTIONS, INC.; ABX LOGISITCS
GROUP; DSV A/S; DSV SOLUTIONS
HOLDING A/S; DSV AIR & SEA LTD.;
SDV INTERNATIONAL LOGISITCS;
DACHSER INTELLIGENT LOGISITCS;
DACHSER TRANSPORT OF AMERICA,
INC.; GEO-LOGISITCS; BALTRANS
LOGISTICS, INC.; TOLL GLOBAL
FORWARDING (USA), INC.;
HELLMANN WORLDWIDE LOGISTICS,
INC.; GEODIS GROUP; GEODIS
WILSON USA, INC.; CON-WAY, INC.;
EXEL GLOBAL LOGISTICS, INC.; JET

Case No.: 08-CV-00042 (JG) (VVP)

[PROPOSED] ORDER APPOINTING
SPECIAL PROCESS SERVICE FOR
AMENDED CLASS ACTION
COMPLAINT



408830.2

SPEED LOGISTICS, LTD.; JET SPEED AIR CARGO FORWARDERS (USA), INC.; JET SPEED LOGISITCS (USA), LLC; MORRISON EXPRESS LOGISTICS PTE LTD.; MORRISON EXPRESS CORPORATION (USA); NIPPON EXPRESS CO., LTD.; NIPPON EXPRESS USA, INC.; YUSEN AIR & SEA SERVICE CO., LTD.; YUSEN AIR & SEA SERVICE (U.S.A.), INC.; KINTETSU WORLD EXPRESS, INC.; KINTETSU WORLD EXPRESS (U.S.A.), INC.; NISHI-NIPPON RAILROAD CO., LTD.; HANKYU HANSHIN EXPRESS HOLDINGS CORPORATION; NISSIN CORPORATION; NISSIN INTERNATIONAL TRANSPORT U.S.A., INC.; VANTEC WORLD TRANSPORT CO., LTD.; VANTEC WORLD TRANPORT (USA), INC.; "K" LINE LOGISTICS, LTD.; "K" LINE LOGISTICS (U.S.A.), INC.; YAMATO GLOBAL LOGISTICS JAPAN CO.; YAMATO TRANSPORT U.S.A., INC.; MOL LOGISTICS (JAPAN) CO., LTD.; MOL LOGISTICS (U.S.A.), INC.; HANSHIN AIR CARGO CO., LTD.; HANSHIN AIR CARGO USA, INC.; UNITED AIRCARGO CONSOLIDATORS, INC.; JAPAN AIRCARGO FORWARDERS ASSOCIATION; AND JOHN DOE DEFENDANTS 1-10,

    Defendants.

**IT IS HEREBY ORDERED:**

That Ace International Services, Inc., including its designated agents, is authorized and appointed to effect service of process on the following defendants in Hong Kong SAR, China: Baltrans Logistics, Inc.; DSV Air & Sea Ltd.; and Jet Speed Logistics, Ltd.

Service shall be effected according to any internationally agreed means, the laws of the foreign country, or as directed by the foreign authority or the originating court if not otherwise

408830.2

prohibited by international agreement or the laws of the foreign country, in a manner reasonably calculated to give notice. This Order does not preclude any foreign defendant from challenging jurisdiction based on the manner of service actually employed.

**SO ORDERED.**

Dated: *May 10*, 2011

s/Viktor Pohorelsky

408830.2

AO 440 (Rev. 02/09) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: _____                              _____
                                                *Server's signature*

                                                _____
                                                *Printed name and title*

                                                _____
                                                *Server's address*

Additional information regarding attempted service, etc:

ATTACHMENT 1

| | |
|---|---|
| BAX Global, Inc.<br>440 Exchange<br>Irvine, California 92602 | DB Schenker<br>Leipziger Platz 9, D-10117<br>Berlin, Germany |
| DHL Global Forwarding<br>1200 South Pine Island Road<br>Suite 140-145<br>Plantation, Florida 33324 | DHL Global Forwarding Japan K.K.<br>1-19-9 Tsutsumi-dori, Sumida-ku<br>Tokyo 131-0034, Japan |
| ABX Logistics Group<br>Banemarksvej 58<br>2605 Brondby, Denmark | SDV International Logistics<br>Toure Bollore, 31-32<br>quai de Dion-Bouton<br>92811 Puteaux Cedex, France |
| Dachser Intelligent Logistics<br>Memminger Straße 140<br>87439 Kempten, Germany | Dachser Transport of America, Inc.<br>2829 Paces Ferry Rd., Suite 300<br>Atlanta, Georgia 30339 |
| Geo-Logistics<br>1251 Dyer Road, Suite 200<br>Santa Ana, CA 92705 | Baltrans Logistics, Inc.<br>12/F Tower II Enterprise Square<br>9 Sheung Yuet Road<br>Kowloon Bay, Kowloon, Hong Kong |
| Toll Global Forwarding (USA), Inc.<br>One Cross Island Plaza, Suite 203<br>Rosedale, New York, 11422 | Hellmann Worldwide Logistics, Inc.<br>10450 Doral Blvd.<br>Miami, Florida 33178 |
| Geodis Wilson USA, Inc.<br>485C US Route 1 S<br>Iselin, New Jersey, 08830 | Geodis Group<br>Cap West, 7/9 allées de l'Europe<br>92110 CLICHY, France |
| Exel Global Logistics, Inc.<br>570 Polaris Park Way<br>Westerville, Ohio, 43082 | Jet Speed Logistics, Ltd.<br>15 Wang Chiu Road, 11th Floor<br>Kowloon Bay, Hong Kong |
| Jet Speed Air Cargo Forwarders (USA) Inc.<br>153-66 Rockaway Blvd.<br>Jamaica, New York 11434 | Jet Speed Logistics (USA), LLC<br>1555 Mittel Blvd., Suite J<br>Wood Dale, Illinois 60191 |
| Morrison Express Logistics PTE Ltd.<br>7F, 360 Rueiguang Road<br>Taipei 114, Taiwan, R.O.C. | Morrison Express Corporation (USA)<br>2000 Hughes Way<br>El Segundo, California 90245 |
| Nippon Express Co., Ltd.<br>1-9-3 Higashi-shimbashi, Minato-ku,<br>Tokyo 105-8322, Japan | Nippon Express USA, Inc.<br>590 Madison Avenue, Suite 2401<br>New York, New York 10022 |

407032.1

| | |
|---|---|
| Yusen Air & Sea Service Co., Ltd.<br>30-1 Nihonbashi Hakozaki-cho, Chuo-ku,<br>Tokyo 103-0015, Japan | Yusen Air & Sea Service (U.S.A.), Inc.<br>377 Oak Street, Suite 302<br>Garden City, NY 11530 |
| Kintetsu World Express, Inc.<br>1-6-1 Ohtemachi, Chiyoda-Ku<br>Tokyo 100-0004, Japan | Kintetsu World Express (U.S.A.), Inc.<br>100 Jericho Quadrangle, Suite 326<br>Jericho, NY 11753 |
| Nishi-Nippon Railroad Co., Ltd.<br>1-11-7 Tenjin, Chuo-ku<br>Fukuoka 810-8570, Japan | Hankyu Hanshin Express Holdings<br>Corporation f/n/a Hankyu Travel<br>International Co., Ltd.<br>6-4-18 Nishi-tenma, Kita-ku<br>Osaka, Japan |
| Nissin Corporation<br>6-84 Onoe-cho, Naka-ku<br>Yokohama, Japan | Nissin International Transport U.S.A., Inc.<br>1540 W. 190th Street<br>Torrance, California 90501-1121 |
| Vantec World Transport Co., Ltd.<br>4-9-11 Nihonbashi-honcho, Chuo-ku<br>Tokyo 103-0023, Japan | Vantec World Transport (USA), Inc.<br>991 Francisco Street<br>Torrance, California 90502 |
| "K" Line Logistics, Ltd. f/n/a "K" Line Air Services, Ltd.<br>3-7-9 Shibaura, Minato-ku<br>Tokyo 108-0023, Japan | "K" Line Logistics (U.S.A.), Inc.<br>145 Hook Creek Blvd. Bldg. #C5B<br>Valley Stream, New York 11581 |
| Yamato Global Logistics Japan Co., Ltd.<br>1-10-14 Shinkawa, Chuo-ku<br>Tokyo 104-0033, Japan | Yamato Transport U.S.A., Inc.<br>80 Seaview Drive<br>Secaucus, New Jersey 07094 |
| MOL Logistics (Japan) Co., Ltd.<br>2-5-1 Koraku, Bunkyo-ku<br>Tokyo 112-8582, Japan | MOL Logistics (U.S.A.), Inc.<br>4 Expressway Plaza, Suite 120<br>Roslyn Heights, New York 11577 |
| Hanshin Air Cargo Co., Ltd.<br>1-9 Kanda Sakuma-cho, Chiyoda-ku<br>Tokyo 101-0025, Japan | Hanshin Air Cargo USA, Inc.<br>147-08 183rd Street<br>Jamaica, New York 11413 |
| United Aircargo Consolidators, Inc.<br>5-5-5 Konan, Minato-ku<br>Tokyo 108-0075, Japan | Airborne Express, Inc.<br>1-37-8 Higashi-shinagawa, Shinagawa-ku<br>Tokyo, Japan |
| Japan Aircargo Forwarders Association<br>6-5 Nihonbashi-Ohdenmacho, Chuo-ku<br>Tokyo 103-0011, Japan | Air Express International USA, Inc.<br>1200 South Pine Island Road, Suite 600<br>Plantation, Florida 33324 |

| United Parcel Service, Inc.<br>55 Glenlake Parkway, NE<br>Atlanta, GA 30328 | UPS Supply Chain Solutions, Inc.<br>12380 Morris Road<br>Alpharetta, Georgia 30005 |
|---|---|
| DSV Solutions Holding A/S<br>Banemarksvej 58<br>DK-2605 Brøndby, Denmark | DSV Air & Sea Ltd.<br>3rd Floor, MassMutual Tower<br>38 Gloucester Road<br>Wanchai, Hong Kong |
| DSV A/S<br>Banemarksvej 58<br>DK-2605 Brøndby, Denmark | Con-way, Inc.<br>2855 Campus Drive, Suite 300<br>San Mateo, CA 94403-2512 |