**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., JCK INDUSTRIES, INC., et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>   *vs*.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>        Defendants. | Case No.: 08-CV-00042 (JG) (VVP)<br><br><br><br><br><br>**PLAINTIFFS' NOTICE OF FILING CORRECTED [PROPOSED] CLASS NOTICE PAPERS** |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

In accord with this Court's October 12, 2012 Order, Plaintiffs hereby submit revised class notice papers. The documents attached hereto are:

    **Exhibit A:**    Short Form Notice with Claim Form

    **Exhibit B**:    Publication Notice

    **Exhibit C**:    Long Form Notice

    **Exhibit D**:    A redlined comparison document showing the changes from Plaintiffs' Proposed Class Notice papers filed on September 20, 2012 (ECF No. 654) and the current proposed notices, as requested by the Court.

///

///

                                                                                               Respectfully Submitted,

Dated:   November 16, 2012                            /s/ Steve N. Williams

                                                                                               Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
COTCHETT, PITRE & McCARTHY, LLP.
San Francisco Airport Office Center
840 Malcolm Road, Ste. 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com
       swilliams@cpmlegal.com
       azapala@cpmlegal.com
       gkim@cpmlegal.com


Imtiaz A. Siddiqui
COTCHETT, PITRE & McCARTHY, LLP.
One Liberty Plaza, 23rd Floor
New York, NY 10006
Telephone: (212) 682-3198
Facsimile: (646) 219-6678
Email: isiddiqui@cpmlegal.com

W. Joseph Bruckner
Heidi M. Silton
Craig S. Davis
LOCKRIDGE GRINDAL
NAUEN P.L.L.P.
1000 Washington Avenue South, Suite 2200
Minneapolis MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com
       hmsilton@locklaw.com
       csdavis@locklaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle Looby
Joshua J. Rissman
GUSTAFSON GLUEK PLLC
650 Northstar East
608 Second Avenue South
Minneapolis MN  55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
   dhedlund@gustafsongluek.com
   mlooby@gustafsongluek.com
   jrissman@gustafsongluek.com

Christopher Lovell
Craig M. Essenmacher
Ian T. Stoll
Christopher M. McGrath
LOVELL STEWART HALEBIAN LLP
61 Broadway, Suite 501
New York NY  10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775
Email: clovell@lshllp.com
   craigessenmacher@yahoo.com
   itstoll@lshllp.com
   cmcgrath@lshllp.com
