UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PRECISION ASSOCIATES, INC., *et al.*,

                  Plaintiffs,

      - against -

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*,

                Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. CV 08-00042-JG-VVP

NOTICE OF APPEARANCE

      PLEASE TAKE NOTICE that the undersigned, as an attorney admitted to practice before this Court, hereby respectfully enters his appearance as counsel for Nippon Express Co., Ltd. in the above-captioned proceedings and requests that all subsequent papers be served upon him at the address below.


Dated: New York, New York
       December 18, 2012

                      DAVIS POLK & WARDWELL LLP

                      By: /s/ Joshua Dugan
                         Joshua Dugan (JD-1125)

                      450 Lexington Avenue
                      New York, New York 10017
                      Telephone: (212) 450-4000
                      joshua.dugan@davispolk.com