UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

PRECISION ASSOCIATES, INC., *et al.*,

        Plaintiffs,

  - against -

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*,

        Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Case No. CV 08-00042-JG-VVP

<u>NOTICE OF APPEARANCE</u>

    PLEASE TAKE NOTICE that the undersigned, as an attorney admitted to practice before this Court, hereby respectfully enters his appearance as counsel for Nippon Express Co., Ltd. in the above-captioned proceedings and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
       December 18, 2012

                                            DAVIS POLK & WARDWELL LLP

                                            By: <u>/s/ Jason M. Spitalnick</u>
                                                  Jason M. Spitalnick (JS-8321)

                                            450 Lexington Avenue
                                            New York, New York 10017
                                            Telephone: (212) 450-4000
                                            jason.spitalnick@davispolk.com