UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., JCK INDUSTRIES, INC., et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>*vs*.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>Defendants. | Case No.: 08-CV-00042 (JG) (VVP)<br><br><br><br>PLAINTIFFS' NOTICE OF FILING CORRECTED [PROPOSED] CLASS NOTICE PAPERS |

TO THE COURT AND TO ALL COUNSEL OF RECORD:

In accordance with this Court's December 12, 2012 Order, Plaintiffs hereby submit and seek approval of revised class notice papers. The documents attached hereto are:

**Exhibit A:** Short Form Notice with Claim Form

**Exhibit B**: Publication Notice

**Exhibit C**: Long Form Notice

**Exhibit D**: A redlined comparison document showing the changes from Plaintiffs' Proposed Class Notice papers (filed on November 16, 2012 (ECF No. 681) as revised by letter on November 20, 2012 (ECF No. 682) and approved by the Court on November 21, 2012) and the current proposed notices, as requested by the Court.

The revised class notice papers reflect the addition of the settlement with defendant UTi Worldwide, Inc, which was preliminary approved on December 12, 2012, and other ministerial revisions, as set forth in Exhibit D.

///

                                                Respectfully Submitted,

Dated:   December 21, 2012           /s/ Steve N. Williams

                                                Joseph W. Cotchett
                                                Steven N. Williams
                                                Adam J. Zapala
                                                Gene W. Kim
                                                COTCHETT, PITRE & McCARTHY, LLP.
                                                San Francisco Airport Office Center
                                                840 Malcolm Road, Ste. 200
                                                Burlingame, CA 94010
                                                Telephone: (650) 697-6000
                                                Facsimile: (650) 697-0577
                                                Email: jcotchett@cpmlegal.com
                                                          swilliams@cpmlegal.com
                                                          azapala@cpmlegal.com
                                                          gkim@cpmlegal.com

                                                Imtiaz A. Siddiqui
                                                COTCHETT, PITRE & McCARTHY, LLP.
                                                One Liberty Plaza, 23rd Floor
                                                New York, NY 10006
                                                Telephone: (212) 682-3198
                                                Facsimile: (646) 219-6678
                                                Email: isiddiqui@cpmlegal.com

                                                W. Joseph Bruckner
                                                Heidi M. Silton
                                                Craig S. Davis
                                                LOCKRIDGE GRINDAL
                                                NAUEN P.L.L.P.
                                                1000 Washington Avenue South, Suite 2200
                                                Minneapolis MN 55401
                                                Telephone: (612) 339-6900
                                                Facsimile: (612) 339-0981
                                                Email: wjbruckner@locklaw.com
                                                          hmsilton@locklaw.com
                                                          csdavis@locklaw.com

        Daniel E. Gustafson
        Daniel C. Hedlund
        Michelle Looby
        Joshua J. Rissman
        GUSTAFSON GLUEK PLLC
        Canadian Pacific Plaza
        120 South Sixth Street, Suite 2600
        Minneapolis, MN 55402
        Telephone: (612) 333-8844
        Facsimile: (612) 339-6622
        Email: dgustafson@gustafsongluek.com
              dhedlund@gustafsongluek.com
              mlooby@gustafsongluek.com
              jrissman@gustafsongluek.com

        Christopher Lovell
        Craig M. Essenmacher
        Ian T. Stoll
        Christopher M. McGrath
        LOVELL STEWART HALEBIAN LLP
        61 Broadway, Suite 501
        New York NY  10006
        Telephone: (212) 608-1900
        Facsimile: (212) 719-4775
        Email: clovell@lshllp.com
              craigessenmacher@yahoo.com
              itstoll@lshllp.com
              cmcgrath@lshllp.com