**BAKER & McKENZIE**

Baker & McKenzie LLP

1114 Avenue of the Americas
New York NY 10036
United States

Tel: +1 212 626 4100
Fax: +1 212 310 1600
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta*
Kuala Lumpur*
Manila*
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**Latin America**
Bogota
Brasilia*
Buenos Aires
Caracas
Guadalajara
Juarez
Lima
Mexico City
Monterrey
Porto Alegre*
Rio de Janeiro*
Santiago
Sao Paulo*
Tijuana
Valencia

**North America**
Chicago
Dallas
Houston
Miami
New York
Palo Alto
San Francisco
Toronto
Washington, DC

* Associated Firm

January 11, 2013

United States District Court for the
    Eastern District of New York
225 Cadman Plaza
Brooklyn, NY 11201

By ECF

Re: *Precision Associates, Inc. et al. v. Panalpina World Transport (Holding) Ltd.*,
Case No. 08-CV-00042(JG)(VVP)

Gentlemen:

With respect to the above-referenced case, this is to advise you of my firm's change of address effective January 22, 2013. The new address will be:

    452 Fifth Avenue
    New York, New York 10018

My telephone, fax number and email address (listed below) remain the same.

Respectfully yours,

Douglas M. Tween (DT-7920)
Partner
Tel:    1-212-626-4355
Fax:    1-212-626-1637
Douglas.Tween@bakermckenzie.com

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.
1234157-v1\NYCDMS