UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.,* on behalf of themselves and all others similarly situated,<br><br>                        Plaintiffs,<br>    *vs.*<br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>                        Defendants. | Case No.:  08-CV-00042 (JG) (VVP) |

### CERTIFICATE OF SERVICE

I, Daniel C. Hedlund, hereby affirms that on January 29, 2013 I caused a true and correct copy of the following documents to be served via the Court's ECF system on all parties of record, and if not, via U.S. mail, postage pre-paid.

1. Plaintiffs' Motion to Preliminarily Approve Settlement with Defendant ABX Logistics Worldwide NV/SA and Conditionally Certify Settlement Class;

2. Plaintiffs' Memorandum in Support of Motion to Preliminarily Approve Settlement with Defendant ABX Logistics Worldwide NV/SA and Conditionally Certify Settlement Class;

3. [Proposed] Order Preliminarily Approving Proposed Settlement with Defendant ABX Logistics Worldwide NV/SA and Certifying Settlement Class; and

4. Declaration of Daniel C. Hedlund in Support of Plaintiffs' Motion to Preliminarily Approve Settlement with Defendant ABX Logistics Worldwide NV/SA and Conditionally Certify Settlement Class; Exhibit A.

Date:  January 30, 2013         **GUSTAFSON GLUEK PLLC**

By: /s/ Daniel C. Hedlund
       Daniel C. Hedlund
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN  55402
T: (612) 333-8844
F: (612) 339-6622
E-mail: dhedlund@gustafsongluek.com

*Interim Co-Lead Counsel for Plaintiffs*

27535