UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., JCK INDUSTRIES, INC., et al., on behalf of themselves and all others similarly situated,<br><br>            Plaintiffs,<br><br>   *vs*.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>            Defendants. | Case No.: 08-CV-00042 (JG) (VVP)<br><br><br><br>PLAINTIFFS' NOTICE OF FILING CORRECTED [PROPOSED] CLASS NOTICE PAPERS |

TO THE COURT AND TO ALL COUNSEL OF RECORD:

In accordance with this Court's January 30, 2013 Order, Plaintiffs hereby submit and seek approval of revised class notice papers. The documents attached hereto are:

    **Exhibit A:**    Short Form Notice with Claim Form

    **Exhibit B**:    Publication Notice

    **Exhibit C**:    Long Form Notice

    **Exhibit D**:    A redlined comparison document showing the changes from Plaintiffs' Proposed Class Notice papers (filed on December 21, 2012 (ECF No. 705) as revised and approved by the Court on November 21, 2012) and the current proposed notices, as requested by the Court.

The revised class notice papers reflect the addition of the settlement with defendant ABX Logistics Worldwide NV/SA, which was preliminary approved on January 30, 2013, and other ministerial revisions, as set forth in Exhibit D.

///

1

Respectfully Submitted,

Dated: February 8, 2013    /s/ Steve N. Williams

Joseph W. Cotchett
Steven N. Williams
Adam J. Zapala
Gene W. Kim
COTCHETT, PITRE & McCARTHY, LLP.
San Francisco Airport Office Center
840 Malcolm Road, Ste. 200
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: jcotchett@cpmlegal.com
   swilliams@cpmlegal.com
   azapala@cpmlegal.com
   gkim@cpmlegal.com


Imtiaz A. Siddiqui
COTCHETT, PITRE & McCARTHY, LLP.
One Liberty Plaza, 23rd Floor
New York, NY 10006
Telephone: (212) 682-3198
Facsimile: (646) 219-6678
Email: isiddiqui@cpmlegal.com

W. Joseph Bruckner
Heidi M. Silton
Craig S. Davis
LOCKRIDGE GRINDAL
NAUEN P.L.L.P.
1000 Washington Avenue South, Suite 2200
Minneapolis MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com
   hmsilton@locklaw.com
   csdavis@locklaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle Looby
Joshua J. Rissman
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
          dhedlund@gustafsongluek.com
          mlooby@gustafsongluek.com
          jrissman@gustafsongluek.com

Christopher Lovell
Ben Jaccarino
LOVELL STEWART HALEBIAN LLP
61 Broadway, Suite 501
New York NY  10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775
Email: clovell@lshllp.com
          bjaccarino@lshllp.com