FREIGHT FORWARDERS SETTLEMENT
C/O FREIGHT FORWARDERS CLAIMS ADMINISTRATOR
PO BOX 3747
PORTLAND, OREGON 97208-3747
U.S.A

CLAIMANT NAME
ADDRESS
CITY STATE ZIP
COUNTRY

# CLAIM FORM

# GENERAL INSTRUCTIONS

This Claim Form relates to *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) LTD, et al.*, 08 Civ. 0042 (JG) (VVP) in the United States District Court for the Eastern District of New York.

To be eligible to share in the Settlement Fund for the Settlement Class in the above-named class action, you must have (1) directly purchased Freight Forwarding Services; (2) from any of the Settling or Non-Settling Defendants, their subsidiaries, or affiliates; (3) from January 1, 2001 through September 14, 2012; (4) in the U.S., **or** outside the U.S. for shipments within, to, or from the U.S.

"Freight Forwarding Services" means freight forwarding, transportation, or logistics services for shipments, including services relating to the organization or transportation of items via air, ocean, rail, and road, both nationally and internationally, and related activities such as customs clearance, warehousing, and ground services.

If you fit this description you are a member of the Settlement Class and are entitled to submit a claim to share in the Settlement Fund. Excluded from the Settlement Class are all Defendants, their subsidiaries and affiliates, and their co-conspirators. Also excluded from the Settlement Class are all governmental entities.

**Settlement Class Members who seek payment from the Settlement Fund must complete and return this Claim Form.** Completed Claim Forms must be mailed to the Freight Forwarders Claims Administrator ("Claims Administrator") at the above address or can be submitted via the Settlement website, www.FreightForwardCase.com. **Claim Forms must be POSTMARKED OR SUBMITTED ONLINE NO LATER THAN NOVEMBER 22, 2013**. You should save all relevant documents supporting your claim as you may be required to provide them later.

All inquiries regarding your claim should be made (1) in writing to the Claims Administrator at the address above, (2) by visiting the settlement website, www.FreightForwardCase.com, (3) via e-mail at questions@FreightForwardCase.com, or (4) by calling the information helpline: U.S. & Canada (Toll-Free) 1-877-276-7340; International (Toll) (503) 520-4400.

Before you complete and submit this Claim Form by mail or online, you should read and be familiar with the Notice of Proposed Class Action Settlement ("the Notice") available at www.FreightForwardCase.com. Defined terms (with initial

capitals) used in these General Instructions have the same meaning as set forth in the Notice. By submitting this Claim Form, you acknowledge that you have read and understand the Notice, and you agree to the Releases included as a material term of each settlement agreement.

If you fail to submit a timely Claim Form, your claim may be rejected and you may be precluded from any recovery from the Settlement Fund. If you are a member of the Settlement Classes and you do not timely and validly seek exclusion from the Settlement Classes, you will be bound by any judgment entered by the Court approving the Settlements regardless of whether you submit a Claim Form.

To receive the most current information and regular updates, please submit your Claim Form on the settlement website at www.FreightForwardCase.com. On the settlement website, you will be able to submit web claims and receive future notices via email. Accordingly, if you prefer to receive all future notices by *mail only*, please check here.

## SECTION A – CLAIMANT INFORMATION

**Claimant Name(s)** (As you would like the name(s) to appear on the check, if eligible for payment):

**Name Of The Person You Would Like The Claims Administrator To Contact Regarding This Claim** (if different from the Claimant Name(s) listed above):

**Claimant or representative contact information**: The Claims Administrator will use this information for all communications relevant to this Claim (including the check, if eligible for payment). If this information changes, you **MUST** notify the Claims Administrator in writing at the address above or online at www.FreightForwardCase.com.

**Street Address:**

**City:**   **State/Province:**

**Zip Code:**   **Country (Other than U.S.):**

**Daytime Telephone Number:**   **Evening Telephone Number:**

**Email Address:**

IF YOU FAIL TO SUBMIT A <u>COMPLETE</u> CLAIM BY **NOVEMBER 22, 2013**, YOUR CLAIM IS SUBJECT TO REJECTION OR YOUR PAYMENT MAY BE DELAYED.

# SECTION B – SCHEDULE OF QUALIFYING PURCHASES OR SHIPMENTS

Please provide a summary of all Freight Forwarding Shipping Services that you have purchased from any of the below listed defendants or their subsidiaries or affiliates: (1) for shipments within, to, or from the United States or (2) in the United States  for shipments anywhere in the world, during the period from January 1, 2001 to September 14, 2012.  Please type or print neatly all information and check all that apply.  If you need additional space, please continue on additional pages, make a note of the same on this Claim Form, and submit your additional pages with this Claim Form.  Round the total purchase amount to the nearest dollar or whole unit of the currency for which you are claiming. Please indicate the currency you are using (Example: USD, EUR, CAD, JPY, CNY).   Please also specify the date(s) of your purchase(s) and the origin(s) and destination(s) of your shipment(s).

| Freight Forwarder (Indicate all that apply) | Total Purchase Amount January 1, 2001 through September 14, 2012 (All Freight Charges And Surcharges, Excluding Taxes On Those Charges) | | | Shipping Routes | |
|---|---|---|---|---|---|
| | CURRENCY | AMOUNT | DATE(S) | ORIGIN(S) | DESTINATION(S) |
| ABX or SAIMA | | | | | |
| BAX Global | | | | | |
| Dachser | | | | | |
| DFDS or DSV | | | | | |
| DHL, Danzas (dba, DHL Global Forwarding), or Deutsche Post | | | | | |
| DHL Japan , DHL Global Forwarding Japan K.K., Danzas Maruzen, Airborne Express, or Air Express International | | | | | |
| EGL or Eagle | | | | | |
| Exel | | | | | |
| Expeditors | | | | | |
| Geodis or Geodis Wilson | | | | | |
| Geo-Logistics or Agility | | | | | |
| Hankyu Hanshin Express, Hankyu Travel International or Hanshin Air Cargo | | | | | |
| Hellmann | | | | | |
| Jet Speed | | | | | |
| Kuehne + Nagel or Kühne + Nagel | | | | | |
| Kintetsu World Express | | | | | |
| "K" Line Logistics | | | | | |
| MOL Logistics | | | | | |
| Morrison Express | | | | | |
| Nippon Express | | | | | |
| Nishi-Nippon | | | | | |
| Nissin | | | | | |

QUESTIONS?  CALL U.S. & CANADA (TOLL –FREE): 1-877-276-7340; INTERNATIONAL (TOLL): 1-(503) 520-4400; OR VISIT www.FreightForwardCase.com

| | | | | |
|---|---|---|---|---|
| Panalpina | | | | |
| Schenker or Deutsche Bahn | | | | |
| SDV | | | | |
| Toll or Baltrans | | | | |
| UPS Supply Chain Solutions Inc., United Parcel Service (UPS), Menlo Worldwide, or Emery | | | | |
| United Aircargo Consolidators | | | | |
| UTi Worldwide | | | | |
| Vantec | | | | |
| Yamato | | | | |
| Yusen Air & Sea | | | | |

1. Please state the sum total of freight forwarding shipments that you made with all Defendants or affiliates of the Defendants for each of the following:
    a. For air shipments from Japan into the United States

    | | |
    |---|---|
    | Total number of Shipments between September 1, 2002 and November 30, 2007 | |
    | Total number of Shipments between December 1, 2007 and September 14, 2012 | |

    b. For air shipments from anywhere in the world (except Japan) to the United States.

    | | |
    |---|---|
    | Total number of Shipments from January 1, 2003 to November 30, 2007 | |
    | Total number of Shipments from December 1, 2007 to September 14, 2012 | |

    c. For ocean shipments from anywhere in the world to the United States.

    | | |
    |---|---|
    | Total number of Shipments between September 1, 2002 and November 30, 2007 | |
    | Total number of Shipments between December 1, 2007 and September 14, 2012 | |

2. Please state the sum total poundage of freight forwarding shipments that you made with all Defendants or affiliates of the Defendants for each of the following:
    a. For air shipments from anywhere in the world to or from the United States

    | | |
    |---|---|
    | Total Pounds of shipments between October 1, 2001 and November 30, 2007 | |
    | Total Pounds of shipments between December 1, 2007 and September 14, 2012 | |

b. For air shipments from Japan to the United States; or for air shipments purchased in the United States for shipment from Japan to anywhere in the world:

| | |
|---|---|
| Total pounds of Shipments between September 1, 2002 and November 30, 2007 | |
| Total pounds of Shipments from December 1, 2007 to September 14, 2012 | |

3. Please state the sum total dollar Purchase Amount that you paid for freight forwarding shipments to all Defendants or affiliates of the Defendants during the following time periods on the following routes:
    a. From July 5, 2005 to December 31, 2006 from China to the United States

| Total Purchase Amount | | Shipping Route | |
|---|---|---|---|
| Currency | Amount | Origin(s) | Destination(s) |
| | | | |
| | | | |

   b. From Hong Kong to the United States during (**i**) August 2005 to January 1, 2006; (**ii**) August 2006 to January 1, 2007; (**iii**) August 2007 to January 1, 2008 time period; or for shipments from Hong Kong to anywhere in the world that were purchased in the United States for the same periods of time:

| Total Purchase Amount | | Shipping Route | |
|---|---|---|---|
| Currency | Amount | Origin(s) | Destination(s) |
| | | | |
| | | | |

If you know that you have made shipments with Defendants within the timeframes above, but cannot state your purchases with specificity, please state the reasons why you cannot provide the information requested.

| |
|---|
| |

5

## SECTION C – SUBMISSION TO JURISDICTION OF THE COURT

By signing below, you are submitting to the jurisdiction of the United States District Court for the Eastern District of New York.

## SECTION D – CERTIFICATION UNDER PENALTY OF PERJURY

**I hereby certify under penalty of perjury that:**
1. The information provided in this Claim Form is accurate and complete to the best of my knowledge, information and belief;
2. I agree to provide additional information to Settlement Class Counsel or the Claims Administrator to support my claim, if necessary;
3. I am either (a) a member of the Settlement Class and did not request to be excluded from the Settlement Class or (b) the assignee or transferee of, or the successor to, the claim of a member of the Settlement Class and did not request to be excluded from the Settlement Class;
4. I have not entered into a settlement for any of the claims set forth in this Claim Form;
5. I am neither a Defendant, nor a parent, employee, subsidiary or affiliate of a Defendant;
6. I am not a government entity; and
7. I have not submitted any other claim for the same purchases of Freight Forwarding Shipping Services and have not authorized any other person or entity to do so, and know of no other person or entity having done so on my behalf.

|  |  |
|---|---|
| **Signature** | **M   M     D   D     Y   Y** |
| **Class Member (Print your name)** | |
| **Claimant Name (if different from above)** | **Taxpayer ID/SSN No.** |
| **Title (e.g., President, CFO)** | **Phone Number** |

# If You Purchased Freight Forwarding Services

You Could Get Benefits from a Class Action Settlement

A class action lawsuit claims that freight forwarders throughout the world ("Defendants") conspired to fix prices for their services, including on routes between the U.S. and China, Hong Kong, Japan, Taiwan, and the U.K. Some of the companies who were sued have agreed to Settlements. These "Settling Defendants" are ABX Logistics Worldwide NV/SA; EGL, Inc. and EGL Eagle Global Logistics; Expeditors International of Washington, Inc.; Kuehne + Nagel International AG and Kuehne + Nagel, Inc.; Morrison Express Logistics Pte. (Singapore) and Morrison Express Corporation (U.S.A.); Nishi-Nippon Railroad Co., Ltd.; Schenker, Inc. and its parents, subsidiaries, and affiliates, including Deutsche Bahn AG, Schenker AG, and Bax Global, Inc.; United Aircargo Consolidators, Inc.; UTi Worldwide, Inc.; and Vantec Corporation and Vantec World Transport (USA), Inc. The lawsuit continues against the Non-Settling Defendants (see the website below for a list). The Settling Defendants vigorously deny they did anything wrong. They have asserted a number of defenses but have agreed to settle to avoid the cost and risk of trial. The case is continuing against non-settling defendants.

## Am I Included?

You may be included in one or more of the Settlements (as a Class Member) if you: 1) Directly purchased Freight Forwarding Services; 2) from any of the Settling or Non-Settling Defendants, their subsidiaries, or affiliates; 3) from January 1, 2001 through September 14, 2012; 4) in the U.S., **or** outside the U.S. for shipments within, to, or from the U.S. "Freight Forwarding Services" means freight forwarding, transportation, or logistics services for shipments, including services relating to the organization or transportation of items via air, ocean, rail, and road, both nationally and internationally, and related activities such as customs clearance, warehousing, and ground services. All you need to know is in the full Notice, including information on who is or is not a Class Member.

## What Do the Settlements Provide?

The Settling Defendants will establish a Settlement Fund with a minimum of $105,611,864.54.

## How to Get Benefits?

If you are a Class Member and do not opt out of these Settlements, you are eligible to submit a claim and receive benefits. The amount of your benefits will be determined by the Plan of Allocation, which will be posted on the site www.FreightForwardCase.com on or before March 4, 2013. A claim form has been provided with this notice. You can obtain an additional Claim Form by calling 1-877-276-7340 or visiting www.FreightForwardCase.com. The claims deadline is November 22, 2013.

## Your Other Rights

If you do not want to be legally bound by one or more of the Settlements, or you want to sue a Settling Defendant separately about the claims in this lawsuit, you must exclude yourself in writing by identifying each Settlement for which you seek exclusion. The exclusion deadline is **June 28, 2013**. If you stay in a Settlement, you may object to it by **June 28, 2013**. The Detailed Notice, available at the website below, explains how to exclude yourself and object. The Court has appointed lawyers to represent you at no charge to you. You may hire your own lawyer at your own cost. The Court will hold a hearing on **August 12, 2013 at 10:00 a.m.** to consider 1) whether to approve the Settlements and plan of distribution, and 2) Class Counsel's request for fees of up to 33% of the Settlement Fund, plus interest, and reimbursement for their expenses. You or your own lawyer may ask to appear and speak at the hearing.

**This notice is only a summary.  For detailed information:**
**Call U.S. & CANADA: 1-877-276-7340 (Toll-Free), INTERNATIONAL: 1-503-520-4400 (Toll)**
**or Visit www.FreightForwardCase.com**