UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NEW YORK

# If You Purchased Freight Forwarding Services

## You Could Get Benefits from a Class Action Settlement

*A Federal Court authorized this notice. This is not a solicitation from a lawyer.*

- Settlements have been reached in a class action lawsuit involving freight forwarding services.

- The lawsuit claims that the companies included in these Settlements, called Settling Defendants (*see* Question 1 for a list of Settling Defendants), conspired with other freight forwarding companies to fix prices for freight forwarding services worldwide. The routes affected, among others, include those between the U.S. and China, Hong Kong, Japan, Taiwan, and the UK. Plaintiffs claim that Defendants agreed to fix various charges and surcharges associated with providing freight forwarding services.

- The Settling Defendants vigorously deny they did anything wrong. They have asserted a number of defenses but have agreed to settle to avoid the cost and risk of trial.

- If you bought freight forwarding services in the U.S. or outside the U.S but for shipments within, to, or from the U.S., you could be a Settlement Class Member.

- Your legal rights are affected whether you act or don't act. Read this notice carefully.

| YOUR LEGAL RIGHTS AND OPTIONS IN THESE SETTLEMENTS | |
|---|---|
| **Exclude Yourself** | Exclude yourself from one or more of the Settlements. Get no benefit from the Settlements. Preserve your right to sue the Settling Defendants separately about the claims in this case (*see* Question 10). |
| **Object** | Write to the Court if you do not like the Settlement(s) (*see* Question 16). |
| **Go to a Hearing** | You may speak at the hearing about any objection you have to the Settlements (*see* Question 20). |
| **File a Claim** | File a claim for payment (*see* Question 8). |

- These rights and options – **and the deadlines to exercise them** – are explained in this notice.

- The Court in charge of this case has preliminarily approved the Settlements but still has to decide whether to finally approve the Settlements.

**Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com**

# WHAT THIS NOTICE CONTAINS

**BASIC INFORMATION** — **Page 3-4**
1. What is this lawsuit about?
2. Why is this a class action?
3. Why are there Settlements?

**WHO IS IN THE SETTLEMENTS** — **Page 4-5**
4. How do I know if I am part of the Settlements?
5. What are Freight Forwarding Services?
6. I'm still not sure if I'm a Class Member.

**THE SETTLEMENTS' BENEFITS** — **Page 5-6**
7. What do the Settlements provide?
8. How do I submit a claim for benefits from the Settlements?
9. What am I giving up to remain in the Class?

**EXCLUDING YOURSELF FROM THE SETTLEMENTS** — **Page 7-9**
10. How do I exclude myself from a Class?
11. If I don't exclude myself, can I sue the Defendants for the same thing later?
12. If I exclude myself from a Settlement, can I still get benefits from that Settlement?
13. If I exclude myself from a Settlement, can I ask to be included later?

**THE LAWYERS REPRESENTING YOU** — **Page 9**
14. Do I have a lawyer in this case?
15. How will the lawyers be paid?

**OBJECTING TO THE SETTLEMENTS** — **Page 9-10**
16. How do I tell the Court that I don't like the Settlement(s)?
17. What's the difference between objecting and excluding?

**THE COURT'S FAIRNESS HEARING** — **Page 10-11**
18. When and where will the Court decide whether to approve the Settlements?
19. Do I have to come to the hearing?
20. May I speak at the hearing?

**IF YOU DO NOTHING** — **Page 11**
21. What happens if I do nothing at all?

**ADDITIONAL INFORMATION** — **Page 11**
22. How do I get more information?

Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com

2

**BASIC INFORMATION**

**1. What is this lawsuit about?**

Freight forwarding companies ("Defendants") around the world were sued by a group of businesses ("Plaintiffs") who claim that the companies conspired, in violation of antitrust laws, to fix the prices for freight forwarding services during certain time periods.  The Plaintiffs claim that the Defendants' conspiracies were worldwide, including on shipping routes between the United States and China, Hong Kong, Japan, Taiwan, and the United Kingdom.  Plaintiffs claim that Defendants agreed to fix various charges and surcharges associated with providing freight forwarding services.

Some of the Defendants the Plaintiffs sued have agreed to Settlements in the lawsuit.  They are called Settling Defendants and are the following companies:

- ABX Logistics Worldwide NV/SA;
- EGL, Inc. and EGL Eagle Global Logistics, LP  ("EGL");
- Expeditors International of Washington, Inc. ("Expeditors");
- Kuehne + Nagel International AG and Kuehne + Nagel, Inc.;
- Nishi-Nippon Railroad Co., Ltd. ("Nishi-Nippon");
- Schenker, Inc. and its parents, subsidiaries, and affiliates, including Deutsche Bahn AG, Schenker AG, and Bax Global, Inc. ("Schenker");
- Morrison Express Logistics Pte. (Singapore) and Morrison Express Corporation (U.S.A.);
- United Aircargo Consolidators, Inc.;
- UTi Worldwide, Inc.; and
- Vantec Corporation and Vantec World Transport (USA), Inc. ("Vantec")

The lawsuit is continuing against the rest of the Defendants, who are called Non-Settling Defendants.

The Settling Defendants vigorously deny they have done anything wrong.  They have asserted a number of defenses but have agreed to settle to avoid the cost and risk of trial.

For a full list of all Defendants in this lawsuit, please see Attachment 1 to this Notice.  This list is also available on the Settlement Website, www.FreightForwardCase.com.

The case was filed in the United States District Court for the Eastern District of New York.  It is called *Precision Associates, Inc. v. Panalpina World Transport*, No. 08-cv-00042 (JG).

**2. Why is this a class action?**

In a class action, one or more people or businesses, called class representatives, (in this case, Precision Associates, Inc., Anything Goes LLC, JCK Industries, Inc., RBX Industries, Inc., Mary Elle Fashions, Inc. d/b/a Meridian Electric, Printing Technology, Inc., Inter-Global, Inc., Zeta

Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com

3

Pharmaceuticals LLC, Kraft Chemical Company, David Howell Product Design, Inc. d/b/a David Howell & Company, Innovation 714, Inc., Mika Overseas Corporation, and NORMA Pennsylvania, Inc.) sue on behalf of others who have similar claims. All of those who have claims similar to the class representatives are a Class or Class Members, except for those who exclude themselves (*see* Question 10).

### 3. Why are there Settlements?

The Court has not decided in favor of either side. The attorneys for the Class Representatives have investigated the facts and applicable law regarding the Class Representatives' claims and the Settling Defendants' defenses. The parties have engaged in lengthy negotiations in reaching these Settlements. The Class Representatives and their attorneys think the Settlements are best for everyone who is affected. The parties have agreed to resolve this case by Settlements to avoid the time, expense, and uncertainty associated with resolving this case by a jury trial.

## WHO IS IN THE SETTLEMENTS?

To see if you are entitled to benefits from these Settlements, you first have to determine if you are a Class Member.

### 4. How do I know if I am part of the Settlements?

You are included in one or more of the Settlements (as a Class Member) if you:

- Directly purchased Freight Forwarding Services;
- From any of the Defendants, their subsidiaries, or affiliates;
- In the United States OR outside the United States but for shipments within, to, or from the United States; and
- From January 1, 2001 through September 14, 2012.

Businesses or individuals may be Class Members.

You are **not** a member of the Class, even if you meet the above criteria, if you are a government entity, Defendant, or one of the Defendants' parent companies, subsidiaries, and affiliates.

### 5. What are Freight Forwarding Services?

"Freight Forwarding Services" is defined as freight forwarding, transportation, or logistics services for shipments, and includes services relating to the organization or transportation of items via air, ocean, rail, and road, both nationally and internationally, and related activities such as customs clearance, warehousing, and ground services.

Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com

4

| **6. I'm still not sure if I'm a Class Member.** |
|---|

If you are still not sure whether you are a member of the Class, you can call 1-877-276-7340 or visit www.FreightForwardCase.com.

## THE SETTLEMENTS' BENEFITS

| **7. What do the Settlements provide?** |
|---|

The Settling Defendants have agreed to pay a minimum of $105,611,864.54 for the benefit of the Class. This money will be put into a Settlement Fund that will be distributed to Class Members. The Settling Defendants' specific contributions to the Settlement Fund are as follows:

| SETTLING DEFENDANT(S) | AMOUNT CONTRIBUTING |
|---|---|
| Schenker | $8,750,000 |
| EGL | $10,000,000 plus up to $10,000,000 in proceeds from its cash benefits from the *Air Cargo* case |
| Expeditors | 70% of all its cash benefits from the *Air Cargo* case |
| Nishi-Nippon | $20,082,896 plus up to $500,000 from the *Air Cargo* case |
| Vantec | $9,900,000 plus all its cash benefits from the *Air Cargo* case with a guaranteed minimum of $300,000 |
| United Aircargo Consolidators, Inc. | $295,275 and 75% (subject to adjustment as specified in the Settlement Agreement) of all cash benefits from the *Air Cargo* case |
| Kuehne & Nagel | $28,000,000 plus 99.7% of all cash benefits from the *Air Cargo* case |
| Morrison Express | $1,678,700 and 72.5% of all cash benefits received from the *Air Cargo* case after October 5, 2012 |
| UTi Worldwide, Inc. | $3,243,658 and 80.5% of all cash benefits received from the *Air Cargo* case after December 5, 2012 |
| ABX Logistics Worldwide NV/SA | $3,500,000 |

The *Air Cargo* case is a separate class action in which many of the Defendants in this lawsuit sued airlines and other air cargo service providers, making price-fixing claims. A number of the defendants in the Air Cargo case have agreed to Settlements with Defendants in this lawsuit.

As part of each of the Settlements, some of the Settling Defendants[1] will also provide Class Counsel with cooperation in the continuing lawsuit against the Non-Settling Defendants.

---

[1] Expeditors has not agreed to provide Class Counsel with cooperation in the continuing lawsuit against the Non-Settling Defendants.

**Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com**

Plaintiffs will post on or before March 4, 2013 on www.FreightForwardCase.com the proposed plan of allocation of the proceeds of the Settlements. Please refer to the website for the contents of the plan. As with all other aspects of notice, you may object to any aspect of the plan on or before June 28, 2013 by following the procedures described in this Notice.

| **8. How do I submit a claim for benefits from the Settlements?** |
|---|

If you received a Mailed Notice from the Settlement Administrator directing you to this Notice, the Claim Form was sent to you with that Mailed Notice and you will receive future notifications containing additional important information, including with respect to any future Settlements. You will find instructions on how to submit a claim online at www.FreightForwardCase.com. You do not need to take any action at this time to remain in the Class but you will have to submit a claim form by November 22, 2013 in order to be eligible to receive payment. (But *see* Question 21 below).

If you did not receive a Mailed Notice from the Settlement Administrator, you can submit a Claim Form at www.FreightForwardCase.com. If you submit a Claim Form, you will receive future notifications containing additional important information, including with respect to any future Settlements. You may also download and mail your completed form to:

Freight Forwarders Claims Administrator
P.O. Box 3747
Portland, Oregon 97208-3747

You may also call the Claims Administrator at 1-877-276-7340 (in the U.S. or Canada) to obtain a Claim Form, or write the Claims Administrator at the address above. Class Members outside of the U.S. or Canada may reach the Claims Administrator at (503) 520-4400.

Please keep all documentation you have about purchasing Freight Forwarding Services during the relevant dates for your use in filing a claim later.

| **9. What am I giving up to remain in the Class?** |
|---|

If the Settlements become final, you will give up your right to sue the Settling Defendants about the claims resolved by the Settlements. The specific claims you are giving up against the Settling Defendants are described in the Settlement Agreements (see chart below). Unless you exclude yourself (*see* Question 10) you are "releasing" the claims (*i.e.,* giving up your right to sue), whether you submit a claim or not.

The Settlement Agreements are available at www.FreightForwardCase.com. The specific claims you are releasing are described in the Settlement Agreement with each Settling Defendant, as follows:

| SETTLING DEFENDANT | SETTLEMENT AGREEMENT SECTION |
|---|---|
| Schenker | Section II (A) |
| EGL | Section II (B) |

Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com

6

| Expeditors | Section II (A) |
|---|---|
| Nishi-Nippon | Section II (B) |
| Vantec | Section II (B) |
| United Aircargo Consolidators | Section II (C) |
| Kuehne & Nagel | Section II (B) |
| Morrison Express | Section II (B) |
| UTi Worldwide | Section II (B) |
| ABX Logistics Worldwide NV/SA | Section II (B) |

## EXCLUDING YOURSELF FROM THE SETTLEMENTS

If you don't want benefits from one or more of the Settlements, and you want to keep the right to sue or continue to sue the Settling Defendants on your own about the legal issues in this case, then you must take steps to get out of the Settlement(s). This is called excluding yourself or "opting out" of the Class.

**10. How do I exclude myself from a Class?**

To exclude yourself from a Settlement, you must send a letter to Class Counsel that includes the following:

- Your name, address, and telephone number;

- All trade names or business names and addresses you or your business have used, as well as any parents, subsidiaries or affiliates who are also requesting to be excluded from the Class that purchased Freight Forwarding Services at any time from January 1, 2001 through September 14, 2012;

- The case name (*Precision Associates, Inc. v. Panalpina World Transport*, No. 08-cv-00042 (JG));

- The Settling Defendant's name in the Settlement for each of the Settlements you are requesting to be excluded from. You must separately identify each Settlement for which exclusion is sought.
  - o *Note:* **If you request exclusion from the Schenker Settlement, you automatically are requesting exclusion from all of the Settlements and from any further settlements or recoveries in this action.** (*See* Question 12.)

- A signed statement that "I/we hereby request that I/we be excluded from the Class(es) listed in this letter in *Precision Associates, Inc. v. Panalpina World Transport*, No. 08-cv-00042 (JG)";

- A list of all Defendants from whom you purchased Freight Forwarding Services and an estimated total amount you paid for Freight Forwarding Services during the Class Period for each Settlement you are requesting to be excluded from.

Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com

7

You must mail your exclusion request, postmarked no later than **June 28, 2013,** to one of the following attorneys:

| | |
|---|---|
| Christopher Lovell<br>Lovell Stewart Halebian Jacobson LLP<br>61 Broadway, Suite 501<br>New York, NY  10006<br>Telephone:  (212) 608-1900<br>Fax: (212) 719-4677 | W. Joseph Bruckner<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone:  (612) 339-6900<br>Fax:  (612) 339-0981 |
| Steven N. Williams<br>Cotchett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone:  (650) 697-6000<br>Fax:  (650) 697-0577 | Daniel E. Gustafson<br>Gustafson Gluek PLLC<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone:  (612) 333-8844<br>Fax:  (612) 339-6622 |

**11.  If I don't exclude myself, can I sue the Defendants for the same thing later?**

For each Settlement, unless you exclude yourself, you give up the right to sue that Settling Defendant about the issues in this lawsuit.  You give up these rights even if you don't submit a Claim Form and receive the benefits of the Settlement.  You must exclude yourself from the Class in order to sue a Settling Defendant separately.  (But *see* Question 13.)

These Settlements have no effect on your ability to sue the Non-Settling Defendants separately.

**12.  If I exclude myself from a Settlement, can I still get benefits from that Settlement?**

No.  You will not get any benefits from a Settlement if you exclude yourself from that Settlement. However, you can exclude yourself from a Settlement with one Settling Defendant but remain in others and file Claim Forms for benefits in those Settlements.

*The only exception is the Schenker Settlement.*  **If you exclude yourself from that Settlement, you automatically exclude yourself from this lawsuit for all purposes, including from all of the Settlements with the Settling Defendants and any future settlements with Non-Settling Defendants.**

**13.  If I exclude myself from a Settlement, can I change my mind later?**

Yes.  If you have properly submitted an exclusion request, you have the right to apply to the Court to re-enter a Settlement Class.  However, if you apply to re-enter a Settlement Class after an interim distribution of Settlement proceeds has been made to Class Members, you will receive less than if you remain in the Settlement Class.  Please visit the website or call **1-877-276-7340** for details about how to apply to the Court to re-enter the Settlement Class.

**Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com**

8

## THE LAWYERS REPRESENTING YOU

**14. Do I have a lawyer in this case?**

The Court has appointed the firms and lawyers listed below as Class Counsel in this case:

| | |
|---|---|
| Christopher Lovell<br>Lovell Stewart Halebian Jacobson LLP<br>61 Broadway, Suite 501<br>New York, NY 10006<br>Telephone: (212) 608-1900<br>Fax: (212) 719-4677 | W. Joseph Bruckner<br>Lockridge Grindal Nauen P.L.L.P.<br>100 Washington Avenue South, Suite 2200<br>Minneapolis, MN 55401<br>Telephone: (612) 339-6900<br>Fax: (612) 339-0981 |
| Steven N. Williams<br>Cotchett, Pitre & McCarthy, LLP<br>San Francisco Airport Office Center<br>840 Malcolm Road, Suite 200<br>Burlingame, CA 94010<br>Telephone: (650) 697-6000<br>Fax: (650) 697-0577 | Daniel E. Gustafson<br>Gustafson Gluek PLLC<br>Canadian Pacific Plaza<br>120 South 6th Street, Suite 2600<br>Minneapolis, MN 55402<br>Telephone: (612) 333-8844<br>Fax: (612) 339-6622 |

Class Counsel will represent you and other members of the Class. You will not be charged for these lawyers. If you want to be represented by your own lawyer, you may hire one at your own expense.

**15. How will the lawyers be paid?**

The Court will decide how much Class Counsel will be paid. Class Counsel has not submitted a request for attorneys' fees or litigation expenses at this time; however, when Class Counsel seeks fees, they will ask for no more than 33% of the Settlement Fund, plus interest, and reimbursement for their expenses.

## OBJECTING TO THE SETTLEMENTS

**16. How do I tell the Court that I don't like the Settlement(s)?**

If you are a member of the Class, you can object to all or part of one or more Settlements, Class Counsel's requests for fees and expenses, or both. To object, you must submit a letter that includes the following:

- Your name, address, and telephone number;

- A statement saying that you object to the Settlement(s) in *Precision Associates, Inc. v. Panalpina World Transport*, No. 08-cv-00042 (JG);

- The Settling Defendant's name in the Settlement or each of the Settlements you are objecting to;

- Proof of your membership in the Class;

**Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com**

9

- The reasons you object to the Settlement(s), along with any supporting materials; and
- Your signature.

You must submit your objection to the court, no later than **June 28, 2013** by delivering it by hand or sending it by mail to the following address:

Clerk of the Court
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

### 17. What's the difference between objecting and excluding?

Objecting is simply telling the Court that you don't like something about the Settlement(s). You can object to a Settlement only if you do not exclude yourself from that Settlement. Excluding yourself from a Settlement is telling the Court that you don't want to be part of the Settlement. If you exclude yourself from a Settlement, you have no basis to object to the Settlement because it no longer affects you.

## THE COURT'S FAIRNESS HEARING

The Court will hold a hearing to decide whether to approve the Settlements and any requests for fees and expenses. You may attend, but you don't have to do so. If you have filed an objection, you may appear and tell the Court about your concerns.

### 18. When and where will the Court decide whether to approve the Settlements?

The Court will hold a Fairness Hearing at 10:00 a.m. on **August 12, 2013**, at the U.S. District Court for Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York 11201. The hearing may be moved to a different date or time without additional notice, so it is a good idea to check www.FreightForwardCase.com.

At this hearing the Court will consider whether the Settlement is fair, reasonable, and adequate. The Court will also consider any request by Class Counsel for attorneys' fees and expenses. If there are objections, the Court will consider them at this time. After the hearing, the Court will decide whether to approve the Settlement. The Court's decision may be appealed. We do not know how long these decisions will take. Please be patient.

### 19. Do I have to come to the hearing?

No. Class Counsel will answer questions the Court may have. But, you may come at your own expense. If you send an objection, you don't have to come to Court to talk about it. As long as you submitted your written objection on time, to the proper addresses, the Court will consider it. (*See* Question 20 about your right to speak.) You may also pay your own lawyer to attend, but it's not necessary.

Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com

10

| 20. May I speak at the hearing? |
|---|

Yes. You may appear at the hearing, either on your own, or through an attorney you hire, to present any evidence or argument that the Court decides is proper and relevant.

## IF YOU DO NOTHING

| 21. What happens if I do nothing at all? |
|---|

If you received a Mailed Notice directing you to this Notice, you do not have to do anything right now if you wish to remain a class member.   You are automatically registered to receive future notifications about the case.  If you wish to claim benefits, you must fill out and submit the Claim Form at www.FreightForwardCase.com or by mail no later than **November 22, 2013** according to the directions on the Claim Form.   You will receive future notifications, when available.

If you did not receive a Mailed Notice from the Settlement Administrator, you can either submit a Claim Form online at www.FreightForwardCase.com, or contact the Settlement Administrator to receive a Claim Form and any future notifications.  If you do nothing, you will not receive benefits from the Settlement.

Unless you exclude yourself, you won't be able to start a lawsuit, continue with a lawsuit, or be part of any other lawsuit against the Settling Defendants about the legal issues in this case, ever again.

## ADDITIONAL INFORMATION

| 22.  How do I get more information? |
|---|

This notice summarizes the proposed Settlements.  More details are in the Settlement Agreements.   You can get a copy of the Settlement Agreements at www.FreightForwardCase.com.  You may also write with questions to Freight Forwarders Claims Administrator, P.O. Box 3747, Portland, Oregon 97208-3747 or call 1-877-276-7340.  If you did not receive a Mailed Notice from the Settlement Administrator directing you to this Notice, you can submit a Claim Form online at www.FreightForwardCase.com, or contact the Settlement Administrator to receive a Claim Form and future information.

Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com

11

# ATTACHMENT 1

**LIST OF DEFENDANTS**

- Panalpina World Transport (Holding) Ltd.;
- Panalpina, Inc.;
- Kühne + Nagel International AG;
- Kuehne + Nagel, Inc.;
- Expeditors International of Washington, Inc.;
- EGL, Inc.;
- EGL Eagle Global Logistics, LP;
- Deutsche Bahn AG;
- Schenker AG;
- Schenker, Inc.;
- BAX Global, Inc.;
- DB Schenker;
- Deutsche Post AG;
- Danzas Corporation, d/b/a DHL Global Forwarding;
- DHL Express (USA), Inc.;
- DHL Global Forwarding Japan K.K.;
- DHL Japan, Inc.;
- Exel Global Logistics, Inc.;
- Air Express International USA, Inc.;
- UTi Worldwide Inc.;
- United Parcel Service, Inc.;
- UPS Supply Chain Solutions, Inc.;
- ABX Logistics Worldwide NV/SA;
- DSV A/S;
- DSV Solutions Holding A/S;
- DSV Air & Sea Ltd.;
- SDV Logistique Internationale;
- Dachser Intelligent Logistics;
- Dachser Transport of America, Inc.;
- Geo-Logistics Corporation;
- Agility Logistics Corporation;
- Geologistics International Management (Bermuda) Ltd.;
- Baltrans Logistics, Inc.;
- Toll Global Forwarding (USA), Inc.;
- Hellmann Worldwide Logistics, Inc.;
- Geodis S.A.;
- Geodis Wilson USA, Inc.;
- Jet Speed Logistics, Ltd.;
- Jet Speed Air Cargo Forwarders (USA), Inc.;
- Jet Speed Logistics (USA), LLC;

Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com

12

- Morrison Express Logistics PTE Ltd.;
- Morrison Express Corporation (USA);
- Nippon Express Co., Ltd.;
- Nippon Express USA, Inc.;
- Yusen Air & Sea Service Co., Ltd.;
- Yusen Air & Sea Service (U.S.A.), Inc.;
- Kintetsu World Express, Inc.;
- Kintetsu World Express (U.S.A.), Inc.;
- Nishi-Nippon Railroad Co., Ltd.;
- Hankyu Hanshin Express Holdings Corporation;
- Hankyu Hanshin Express Co. Ltd.,;
- Hanshin Air Cargo Co., Ltd.,;
- Hanshin Air Cargo USA, Inc.;
- Nissin Corporation;
- Nissin International Transport U.S.A., Inc.;
- Vantec Corporation;
- Vantec World Transport (USA), Inc.;
- "K" Line Logistics, Ltd.;
- "K" Line Logistics (U.S.A.), Inc.;
- Yamato Global Logistics Japan Co.;
- Yamato Transport U.S.A., Inc.;
- MOL Logistics (Japan) Co., Ltd.;
- MOL Logistics (U.S.A.), Inc.;
- United Aircargo Consolidators, Inc.;
- Spedlogswiss, aka The Association Of Swiss Forwarders;
- Shanghai International Freight Forwarders Association;
- Japan Aircargo Forwarders Association

**Questions? Call U.S. & CANADA (TOLL-FREE): 1-877-276-7340 INTERNATIONAL (TOLL) 1-503-520-4400
or Visit www.FreightForwardCase.com**