UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
PRECISION ASSOCIATES, INC. et al.,                    :
                                                      :   Case No. 1:08-cv-00042 (JG) (VVP)
       Plaintiffs,                            :
                                                      :
     - v. -                                         :
                                                      :
PANALPINA WORLD TRANSPORT                             :
(HOLDING) LTD, et al.,                                :
                                                      :
       Defendants.                            :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## **NOTICE OF APPEARANCE**

**TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:**

PLEASE TAKE NOTICE that Danielle Y. Conley, of the law firm Wilmer Cutler Pickering Hale and Dorr LLP, respectfully enters her appearance as counsel for Defendants Nissin Corporation and Nissin International Transport U.S.A., Inc. in this action and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned Defendants.

Dated:  March 26, 2013                        Respectfully submitted,

                                                  /s/ Danielle Y. Conley
                                       Danielle Y. Conley *(admitted Pro Hac Vice)*
                                       WILMER CUTLER PICKERING HALE
                                          AND DORR LLP
                                       1875 Pennsylvania Avenue NW
                                       Washington, DC 20006
                                       Tel:  (202) 663-6000
                                       Fax: (202) 663-6363
                                       danielle.conley@wilmerhale.com

                                       *Attorney for Nissin Corporation and Nissin*
                                       *International Transport U.S.A., Inc.*