UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.*, <br>                                  Plaintiffs, <br><br> -against- <br><br> PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*, <br>                                  Defendants. | Civil Action No. 08 CV 0042- JG-VVP <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** |

**TO THE CLERK AND ALL PARTIES OF RECORD**: Please withdraw the appearance of Arman Y. Oruc, formerly of Simpson Thacher & Bartlett LLP, as counsel of record for Defendants Kintetsu World Express, Inc. and Kintetsu World Express (USA), Inc. in the above-captioned case.

PLEASE TAKE NOTICE that Defendants continue to be represented in this case by Matthew J. Reilly, Jayma M. Meyer and Tara A. Kelly of Simpson Thacher & Bartlett LLP.

Dated: New York, New York
       March 28, 2013

Respectfully submitted,

/s/ Jayma M. Meyer_____

Jayma M. Meyer
**SIMPSON THACHER & BARTLETT LLP**
425 Lexington Avenue
New York, New York  10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Defendants Kintetsu World Express, Inc. and Kintetsu World Express (USA), Inc.*