**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**
1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com



FILED
U.S. IN CLERK'S OFFICE
DISTRICT COURT E.D.N.Y.
★ APR 12 2013 ★
BROOKLYN OFFICE

April 01, 2013

Freight Forwarders Settlement
PO Box 3747,
Portland, OR 97208-3747

Re: Precision Associates Inc., et al. vs. Panalpina World Transport (Holding) LTD, et al. // To: Farrow & Ball Inc

Case No. 08CIV0042JGVVP

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Farrow & Ball Inc..

Farrow & Ball Inc. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,


The Corporation Trust Company

Log# 522426030

Sent By Regular Mail

cc: Eastern District of New York - U.S. District Court
    500 Pearl Street,
    New York, NY 10007-1312

**(Returned To)**

Freight Forwarders Settlement
PO Box 3747,
Portland, OR 97208-3747

4/1/2013

**Wolters Kluwer**
Corporate Legal Services

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctcorporation.com

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ APR 12 2013 ★

BROOKLYN OFFICE

April 01, 2013

Freight Forwarders Settlement
PO Box 3747,
Portland, OR 97208-3747

Re: Precision Associates Inc., et al. vs. Panalpina World Transport (Holding) LTD, et al. // To: Crown Graphic USA Inc

Case No. 08CIV0042JGVVP

Dear Sir/Madam:

Process in the above referenced case was attempted upon The Corporation Trust Company as the purported agent for service of process for Crown Graphic USA, Inc..

Crown Graphic USA, Inc. is inactive on the records of the State DE. Our services for this entity have also been discontinued for more than five (5) years and, as such, we no longer maintain an active record of this entity. Since we have no address to which to forward this process, we are returning it to you for further disposition.

Very truly yours,


The Corporation Trust Company

Log# 522426117

Sent By Regular Mail

cc: Eastern District of New York - U.S. District Court
500 Pearl Street,
New York, NY 10007-1312


(Returned To)

Freight Forwarders Settlement
PO Box 3747,
Portland, OR 97208-3747

4/1/2013