UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*<br><br>    Defendants. | CASE NO. 08-CV-00042 (JG)(VVP) |

## CERTIFICATE OF SERVICE

     I, W. Joseph Bruckner, hereby affirm that on June 12, 2013, I caused a true and correct copy of the following documents to be served via the Court's ECF system on all parties of record. Manual recipients will be transmitted copies on June 13, 2013, via U.S. mail, postage pre-paid.

1. PLAINTIFFS' NOTICE OF MOTION FOR INTERIM PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

2. MEMORANDUM IN SUPPORT OF CO-LEAD COUNSEL'S PETITION FOR INTERIM PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES;

3. DECLARATION OF CO-LEAD COUNSEL W. JOSEPH BRUCKNER IN SUPPORT OF CO-LEAD COUNSEL'S PETITION FOR INTERIM PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; EXHIBITS A-0;

4. [PROPOSED] ORDER GRANTING CO-LEAD COUNSEL'S PETITION FOR INTERIM PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; and

5. CERTIFICATE OF SERVICE.

Date: June 12, 2013          **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

                                         By: /s/ W. Joseph Bruckner
                                              W. Joseph Bruckner
                                       100 Washington Avenue South Suite 2200
                                       Minneapolis, MN   55401
                                       Telephone:  (612) 339-6900
                                       Fax: (612) 339-0981
                                       Email:      wjbruckner@locklaw.com

                                       *Interim Co-Lead Counsel for Plaintiffs*

470366.1