

Hogan Lovells US LLP
875 Third Avenue
New York, NY 10022
T +1 212 918 3000
F +1 212 918 3100
www.hoganlovells.com

June 26, 2013

**VIA ELECTRONIC FILING**

Hon. Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

Re:   Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd,. et al.
        No. 08-cv-0042 (JG)(VVP)

Dear Judge Pohorelsky:

We represent SDV Logistique Internationale ("SDV") in the above-referenced action.

As discussed during the Court's motion hearing on June 13, 2013, we provide for the Court's convenience a table cross-referencing paragraph numbers in plaintiffs' Third Amended Class Action Complaint with paragraph numbers in plaintiffs' Corrected Third Amended Class Action Complaint. We also provide to the Court copies of the memoranda in support of SDV's individual motion to dismiss updated to reflect the paragraph numbers in the Corrected Third Amended Class Action Complaint.

Respectfully submitted,

Steven M. Edwards

Partner
steven.edwards@hoganlovells.com
D +1 212 918 3506

Enclosures

cc:   All counsel of record (via ECF)

Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. Hogan Lovells refers to the international legal practice comprising Hogan Lovells US LLP, Hogan Lovells International LLP, Hogan Lovells Worldwide Group (a Swiss Verein), and their affiliated businesses with offices in: Abu Dhabi  Alicante  Amsterdam  Baltimore  Beijing  Berlin  Boulder  Brussels  Caracas  Chicago  Colorado Springs  Denver  Dubai  Dusseldorf  Frankfurt  Hamburg  Hanoi  Ho Chi Minh City  Hong Kong  Houston  London  Los Angeles  Madrid  Miami  Milan  Moscow  Munich  New York  Northern Virginia  Paris  Philadelphia  Prague  Rome  San Francisco  Shanghai  Silicon Valley  Singapore  Tokyo  Warsaw  Washington DC  Associated offices: Budapest  Jeddah  Riyadh  Zagreb
\\NY - 037448/000001 - 2741863 v1