UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.*,<br><br>                      Plaintiffs,<br><br>  -against-<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>                      Defendants. | **Case No.: 08-0042 (JG)(VVP)**<br><br>**NOTICE OF WITHDRAWAL OF PHILIP W. DANZIGER** |

## NOTICE OF WITHDRAWAL OF PHILIP W. DANZIGER

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

      Please take notice that the undersigned, Philip W. Danziger, hereby withdraws as counsel for defendants Dachser GmbH & Co. KG and Dachser Transport of America, Inc. (together, "Dachser") in the above-captioned matter.

      Richard L. Furman currently of Carroll McNulty & Kull LLC remains of record as the attorney representing Dachser in the above-captioned matter.

Dated:  August 27, 2013                      CARROLL McNULTY & KULL LLC

                                                    By:  _/s/ Philip Danziger_____
                                                         Philip W. Danziger (PD8253)
                                                          Richard L. Furman (RF 0250)
                                                          570 Lexington Avenue, 8th Floor
                                                          New York, New York 10022
                                                          (212) 252-0004

                                                          Attorneys for Defendanst Dachser GmbH & Co. KG and Dachser Transport of America, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 27, 2013, the foregoing Notice of Withdrawal was filed and served on all parties of record via the Court's ECF system.

Dated: August 27, 2013

CARROLL McNULTY & KULL LLC

By: /s/ Philip Danziger
Philip W. Danziger (PD8253)
Richard L. Furman (RF 0250)
570 Lexington Avenue, 8th Floor
New York, New York 10022
(212) 252-0004

Attorneys for Defendants Dachser GmbH & Co. KG and Dachser Transport of America, Inc.