UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.*, on behalf of themselves and all others similarly situated, | Case No.: 08-CV-00042 (JG) (VVP) |
| Plaintiffs, | |
| *vs.* | |
| PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*, | |
| Defendants. | |

PLAINTIFFS' MOTION TO
PRELIMINARILY APPROVE SETTLEMENT
WITH DEFENDANT SDV LOGISTIQUE INTERNATIONALE AND
CONDITIONALLY CERTIFY SETTLEMENT CLASS

Plaintiffs hereby move this Court for entry of an order preliminarily approving the settlement reached with Defendant SDV Logistique Internationale and certifying a settlement class. In support of this motion, the Plaintiffs submit their Memorandum In Support Of Motion To Preliminarily Approve Settlement With Defendant SDV Logistique Internationale And Conditionally Certify Settlement Class, together with the Declaration of Daniel C. Hedlund in support of same, with attached exhibit.

Dated:  September 4, 2013

Respectfully submitted,


 s/ Daniel C. Hedlund
| | |
|---|---|
| Daniel E. Gustafson | Christopher Lovell |
| Daniel C. Hedlund | Benjamin M. Jaccarino |
| Michelle J. Looby | LOVELL STEWART HALEBIAN |
| Joshua J. Rissman | JACOBSON LLP |
| GUSTAFSON GLUEK PLLC | 61 Broadway, Suite 501 |
| Canadian Pacific Plaza | New York, NY 10006 |
| 120 South 6th Street, Suite 2600 | T: (212) 608-1900 |
| Minneapolis, MN  55402 | F: (212) 719-4775 |
| T: (612) 333-8844 | E-mail:  clovell@lshllp.com |
| F: (612) 339-6622 | bjaccarino@lshllp.com |
| E-mail:  dgustafson@gustafsongluek.com | |
| dhedlund@gustafsongluek.com | |
| mlooby@gustafsongluek.com | |
| jrissman@gustafsongluek.com | |
| | |
| W. Joseph Bruckner | Steven N. Williams |
| Heidi M. Silton | Adam J. Zapala |
| Craig S. Davis | COTCHETT, PITRE & MCCARTHY, LLP |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | San Francisco Airport Office Center |
| 100 Washington Avenue South, Suite 2200 | 840 Malcolm Road, Suite 200 |
| Minneapolis, MN 55401 | Burlingame, CA 94010 |
| T: (612) 339-6900 | T: (650) 697-6000 |
| F: (612) 339-0981 | F: (650) 697-0577 |
| E-mail:  wjbruckner@locklaw.com | E-mail:  swilliams@cpmlegal.com |
| hsilton@locklaw.com | azapala@cpmlegal.com |
| csdavis@locklaw.com | |

*Interim Co-Lead Counsel for Plaintiffs*

29733