UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.,* on behalf of themselves and all others similarly situated,<br><br>                    Plaintiffs,<br>    *vs*.<br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al*.,<br><br>                    Defendants. | Case No.:  08-CV-00042 (JG) (VVP) |

## CERTIFICATE OF SERVICE

I, Daniel C. Hedlund, hereby affirms that on September 4, 2013, I caused a true and correct copy of the following documents to be served via the Court's ECF system on all parties of record, and if not, via U.S. mail, postage pre-paid.

1. Plaintiffs' Motion to Preliminarily Approve Settlement with Defendant SDV Logistique Internationale and Conditionally Certify Settlement Class;

2. Plaintiffs' Memorandum in Support of Motion to Preliminarily Approve Settlement with Defendant SDV Logistique Internationale and Conditionally Certify Settlement Class;

3. [Proposed] Order Preliminarily Approving Proposed Settlement with Defendant SDV Logistique Internationale and Certifying Settlement Class;

4. Declaration of Daniel C. Hedlund in Support of Plaintiffs' Motion to Preliminarily Approve Settlement with Defendant SDV Logistique Internationale and Conditionally Certify Settlement Class; Exhibit A; and

5. Certificate of Service.

Date:  September 4, 2013            **GUSTAFSON GLUEK PLLC**

                        By: /s/ Daniel C. Hedlund
                        Daniel C. Hedlund
                        Canadian Pacific Plaza
                        120 South 6th Street, Suite 2600
                        Minneapolis, MN  55402
                        T: (612) 333-8844
                        F: (612) 339-6622
                        E-mail: dhedlund@gustafsongluek.com

                        *Interim Co-Lead Counsel for Plaintiffs*

29735