UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*<br><br>Defendants. | CASE NO. 08-CV-00042 (JG)(VVP) |

## CERTIFICATE OF SERVICE

    I, W. Joseph Bruckner, hereby affirm that on September 10, 2013, I caused a true and correct copy of the following documents to be served via the Court's ECF system on all parties of record. Manual recipients will be transmitted copies on September 11, 2013, via U.S. mail, postage pre-paid.

1. PLAINTIFFS' SUPPLEMENTAL FEE APPLICATION AND EXPENSE REQUEST;

2. DECLARATION OF CO-LEAD COUNSEL W. JOSEPH BRUCKNER IN SUPPORT OF CO-LEAD COUNSEL'S REVISED SUPPLEMENTAL PETITION FOR INTERIM PAYMENT OF ATTORNEYS' FEES AND REIMBURSEMENT OF EXPENSES; EXHIBITS A-K; and

3. CERTIFICATE OF SERVICE.

Date: Setpember 10, 2013        LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                                  By: /s/ W. Joseph Bruckner
                                      W. Joseph Bruckner
                              100 Washington Avenue South Suite 2200
                              Minneapolis, MN   55401
                              Telephone:  (612) 339-6900
                              Fax: (612) 339-0981
                              Email:      wjbruckner@locklaw.com

                              *Interim Co-Lead Counsel for Plaintiffs*

473663.1