UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
PRECISION ASSOCIATES, INC., ANYTHING
GOES LLC d/b/a MAIL BOXES ETC., et al.,
on behalf of themselves and all others similarly
situated,

                        Plaintiffs,                    **ORDER**

      - v -

                                                      CV-08-42 (JG)(VVP)

PANALPINA WORLD TRANSPORT (HOLDING)
LTD., et al.,

                        Defendants.
-------------------------------------------------------------------x

       In view of the court's Report and Recommendation finding, in essence, that virtually all of the plaintiffs' claims in this action should proceed, the motions for a stay of discovery made by Dachser Transport of America, Inc. [DE 739], and by Kintetsu World Express (U.S.A.), Inc. and Kintetsu World Express, Inc. [DE 741] are DENIED.

       The parties are directed to meet and confer pursuant to Rule 26(f) within the next 21 days, and to file a proposed discovery plan by October 25, 2013.  A conference to address the discovery plan and other scheduling issues will be held on **November 7, 2013 at 2:00 p.m.**

                                                  SO ORDERED:

                                        *Viktor V. Pohorelsky*
                                        VIKTOR V. POHORELSKY
                                        United States Magistrate Judge

Dated:    Brooklyn, New York
               September 25, 2013