UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

----------------------------------------------------------------x
PRECISION ASSOCIATES, INC., ANYTHING : Via ECF
GOES LLC d/b/a MAIL BOXES ETC., *et al.*, on :
behalf of themselves and all others similarly situated, :
: Case No.: CV-08-0042 (JG) (VVP)
Plaintiffs, :
:
-against- : **NOTICE OF APPEARANCE**
:
PANALPINA WORLD TRANSPORT (HOLDING) :
LTD., *et al.*, :
:
Defendants. :
----------------------------------------------------------------x

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

    PLEASE TAKE NOTICE that Whytne J.V. Brooks, of the law firm of Simpson Thacher & Bartlett LLP, hereby appears as counsel for defendants Kintetsu World Express, Inc. and Kintetsu World Express (USA) Inc., in this action and also has been designated to accept service of all pleadings, notices, filings, correspondence and other papers relating to this litigation on behalf of the aforementioned defendant.

Dated: New York, New York
        September 26, 2013

                                       SIMPSON THACHER & BARTLETT LLP

                                       By:    /s/ Whytne J.V. Brooks
                                                 Whytne J.V. Brooks

                                            425 Lexington Avenue
                                            New York, New York 10017-3954
                                            Telephone: (212) 455-2000
                                            Facsimile: (212) 455-2502

                                            *Attorney for Kintetsu World Express, Inc.;*
                                            *Kintetsu World Express (USA) Inc.*