# Vinson&Elkins

Ari M Berman  aberman@velaw.com
**Tel** +1.212.237.0228  **Fax** +1.917.849.5368

September 26, 2013

**By ECF**

The Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Precision Associates, Inc. v. Panalpina World Transport (Holding) Ltd., et al.*,
              No. 08-CV-0042

Dear Magistrate Judge Pohorelsky:

      We represent Defendants GeoLogistics Corporation, Agility Logistics Corp., and Geologistics International Management (Bermuda) Ltd. in the above-referenced action and submit this letter on behalf of certain of defendants.[1]  Pursuant to Section 1.H of Your Honor's Individual Rules of Practice, Defendants request an extension of time to file any objections to the Report and Recommendation.  Currently, objections must be filed within 14 days of the Report, or by October 4, 2013.  Defendants are requesting 30 days to file any objections, such that they must be filed by October 21, 2013.

      Defense counsel has conferred with counsel for Plaintiffs, and been advised that Plaintiffs do not oppose this request.  Defendants have not previously requested an adjournment or extension of this deadline.

---

[1] Defendants GeoLogistics Corporation, Agility Logistics Corp., Geologistics International Management (Bermuda) Ltd., United Parcel Service, Inc., UPS Supply Chain Solutions, Inc., Panalpina World Transport (Holding) Ltd., Panalpina, Inc., "K" Line Logistics, Ltd., "K" Line Logistics (U.S.A.), Inc., Hellmann Worldwide Logistics, Inc., Nissin Corporation, Nissin International Transport U.S.A., Inc., DSV A/S, DSV Solutions Holding A/S, Nippon Express Co., Ltd., Nippon Express USA, Inc., Toll Global Forwarding (USA), Inc., Hankyu Hanshin Express Holdings Corporation, Hankyu Hanshin Express Co., Ltd., Hanshin Air Cargo Co., Ltd., Hanshin Air Cargo USA, Inc., Kintetsu World Express, Inc., Kintetsu World Express (U.S.A.), Inc., Yamato Global Logistics Japan Co., Ltd., Yamato Transport U.S.A., Inc., Yusen Air & Sea Service (U.S.A.), Inc., Yusen Air & Sea Service Co., Ltd., MOL Logistics (USA), Inc., MOL Logistics (Japan), Co., Ltd., Dachser Transport of America, Inc., Dachser GmbH, Jet-Speed Logistics, Ltd., Jet-Speed Logistics (USA), LLC, Jet-Speed Air Cargo Forwarders (USA), Inc., Deutsche Post AG, DHL Express (USA), Inc., Exel Global Logistics, Inc., Air Express International (USA), Inc., Danzas Corporation, DHL Japan, Inc., DHL Global Forwarding Japan K.K., Geodis S.A. and Geodis Wilson, USA Inc. join in making this request.

**Vinson & Elkins LLP**  Attorneys at Law
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston  London  Moscow
New York  Palo Alto  Riyadh  San Francisco  Shanghai  Tokyo  Washington

666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
**Tel** +1.212.237.0000  **Fax** +1.212.237.0100  www.velaw.com



 

Respectfully submitted,

/s/ Ari M Berman