AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al., <br> *Plaintiff* <br> v. <br> PANALPINA WORLD TRANSPORT (HOLDING) <br> *Defendant* | ) <br> ) <br> ) Case No.  08-0042 (JG)(VVP) <br> ) <br> ) |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendants Dachser GmbH & Co. KG and Dachser Transport of America, Inc.

Date:  09/27/2013

*Attorney's signature*

Lindsay A. Sakal, LS 1959
*Printed name and bar number*

Carroll McNulty & Kull LLC
570 Lexington Avenue, 8th Floor
New York, NY 10022

*Address*

lsakal@cmk.com
*E-mail address*

(646) 625-3982
*Telephone number*

(646) 625-4045
*FAX number*