UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　　　　- v -<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>　　　　　　Defendants. | Case No. 08-cv-0042 (JG) (VVP)<br><br>NOTICE OF APPEARANCE |

To the Clerk of this Court and all parties of record:

　　Please enter my appearance in this case as co-counsel for Kintetsu World Express, Inc. and Kintetsu World Express (U.S.A.), Inc.  I certify that I am admitted to practice in this District.

Dated: New York, New York
　　　　October 7, 2013

　　　　　　　　　　　　　　　　　　　　　MOUND COTTON WOLLAN & GREENGRASS

　　　　　　　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　　　　　Francis A. Montbach, Esq.
　　　　　　　　　　　　　　　　　　　　　Mound Cotton Wollan & Greengrass
　　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant
　　　　　　　　　　　　　　　　　　　　　Kintetsu World Express, Inc.
　　　　　　　　　　　　　　　　　　　　　Kintetsu World Express (U.S.A.), Inc.
　　　　　　　　　　　　　　　　　　　　　One Battery Park Plaza
　　　　　　　　　　　　　　　　　　　　　New York, NY 10004-1486
　　　　　　　　　　　　　　　　　　　　　(212) 804-420JM19860