UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al., <br><br> Plaintiffs, <br><br> - v - <br><br> PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al., <br><br> Defendants. | Case No. 08-cv-0042 (JG) (VVP) <br><br> **NOTICE OF APPEARANCE** |

To the Clerk of this Court and all parties of record:

Please enter my appearance in this case as co-counsel for Kintetsu World Express, Inc. and Kintetsu World Express (U.S.A.), Inc.  I certify that I am admitted to practice in this District.

Dated: New York, New York
October 7, 2013

                                           MOUND COTTON WOLLAN &
                                           GREENGRASS

                                           By: _____
                                           Michael R. Koblenz, Esq.
                                           Mound Cotton Wollan & Greengrass
                                           Attorneys for Defendants
                                           Kintetsu World Express, Inc.
                                           Kintetsu World Express (U.S.A.), Inc.
                                           One Battery Park Plaza
                                           New York, NY 10004-1486
                                           (212) 804-420JM19860