IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; *et al*, on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br><br>vs.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al*.,<br><br>         Defendants. | No. 08-CV-00042 (JG) (VVP)<br><br>ECF CASE |

## CLASS COUNSEL'S NOTICE OF MOTION FOR RECONSIDERATION OF THE COURT'S OCTOBER 3, 2013 MEMORANDUM AND ORDER

**PLEASE TAKE NOTICE** Plaintiffs' Class Counsel will move this Court before the

Honorable John Gleeson, United States District Judge for the Eastern District of New York, at

the United States District Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201, at a

date and time to be determined by the Court, for an Order pursuant to Rule 6.3 of the Local

Rules of the United States District Courts for the Southern and Eastern Districts of New York for

entry of an order granting Plaintiffs' Motion for Reconsideration of the Court's October 3, 2013

Order relating to attorneys' fees.


Dated:  October 17, 2013
          New York, New York

Respectfully submitted,

/s/ *Christopher Lovell*____
Christopher Lovell
**LOVELL STEWART HALEBIAN JACOBSON LLP**
61 Broadway, Suite 501
New York, New York 10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775

Email: clovell@lshllp.com

/s/ W. Joseph Bruckner
W. Joseph Bruckner
**LOCKRIDGE GRINDAL NAUEN
P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com

/s/ Steven N. Williams
Steven N. Williams
**COTCHETT, PITRE &
McCARTHY, LLP**
840 Malcolm Road
Burlingame, CA 94010
Telephone: (650) 697-6000
Facsimile: (650) 697-0577
Email: swilliams@cpmlegal.com

/s/ Daniel E. Gustafson
Daniel E. Gustafson
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email:dgustafson@gustafsongluek.com

*Interim Co-Lead Counsel for Plaintiffs*

2