## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2013, the foregoing public versions of **Class Counsel's Notice Of Motion For Reconsideration Of The Court's October 3, 2013 Memorandum And Order** and **Class Counsel's Memorandum Of Law In Support Of Their Motion For Reconsideration Of The Court's October 3, 2013 Order** were filed and served via the Eastern District's ECF system.

Dated:  October 17, 2013

                Respectfully,

                */s/ Christopher Lovell*
                Christopher Lovell
                **Lovell Stewart Halebian LLP**
                61 Broadway, Suite 501
                New York, New York 10006
                T: (212) 608-1900
                F: (212) 719-4775

                *Attorney for Plaintiffs*


                /s/ W. Joseph Bruckner
                W. Joseph Bruckner
                **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
                100 Washington Avenue South, Suite 2200
                Minneapolis, MN 55401
                Telephone: (612) 339-6900
                Facsimile: (612) 339-0981
                Email: wjbruckner@locklaw.com

                /s/ Steven N. Williams
                Steven N. Williams
                **COTCHETT, PITRE & McCARTHY, LLP**
                840 Malcolm Road
                Burlingame, CA 94010
                Telephone: (650) 697-6000
                Facsimile: (650) 697-0577
                Email: swilliams@cpmlegal.com

/s/ Daniel E. Gustafson
Daniel E. Gustafson
**GUSTAFSON GLUEK PLLC**
120 South Sixth Street, Suite 2600
Minneapolis, MN 55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email:dgustafson@gustafsongluek.com

*Interim Co-Lead Counsel for Plaintiffs*