UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al., on behalf of themselves and all others similarly situated,<br><br>　　　　　Plaintiffs,<br><br>　　*vs*.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>　　　　　Defendants. | Case No.: 08-CV-00042 (JG) (VVP)<br><br><br>**PLAINTIFFS' NOTICE OF COMPLIANCE WITH COURT ORDER** |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

In accord with this Court's October 18, 2013 Order regarding Plaintiffs' Motion for Reconsideration, Plaintiffs hereby notify the Court that they have complied with the Order. A copy of the motion for reconsideration, the Court's Order, and instructions regarding how and when to file and serve any response or objection has been posted to the website (www.freightforwardcase.com) established for this case.

　　　　　　　　　　　　　　　　　　　　Respectfully Submitted,

Dated:　October 18, 2013　　　　　　　/s/ *Steve N. Williams*

　　　　　　　　　　　　　　　　　　　　Steven N. Williams
　　　　　　　　　　　　　　　　　　　　Adam J. Zapala
　　　　　　　　　　　　　　　　　　　　COTCHETT, PITRE & McCARTHY, LLP.
　　　　　　　　　　　　　　　　　　　　San Francisco Airport Office Center
　　　　　　　　　　　　　　　　　　　　840 Malcolm Road, Ste. 200
　　　　　　　　　　　　　　　　　　　　Burlingame, CA 94010
　　　　　　　　　　　　　　　　　　　　Telephone: (650) 697-6000
　　　　　　　　　　　　　　　　　　　　Facsimile: (650) 697-0577
　　　　　　　　　　　　　　　　　　　　Email: swilliams@cpmlegal.com
　　　　　　　　　　　　　　　　　　　　　　　　azapala@cpmlegal.com

W. Joseph Bruckner
Heidi M. Silton
Craig S. Davis
LOCKRIDGE GRINDAL
NAUEN P.L.L.P.
1000 Washington Avenue South, Suite 2200
Minneapolis MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com
      hmsilton@locklaw.com
      csdavis@locklaw.com


Daniel E. Gustafson
Daniel C. Hedlund
Michelle Looby
Joshua J. Rissman
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis MN  55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
      dhedlund@gustafsongluek.com
      mlooby@gustafsongluek.com
      jrissman@gustafsongluek.com


Christopher Lovell
Benjamin Jaccarino
LOVELL STEWART HALEBIAN LLP
61 Broadway, Suite 501
New York NY  10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775
Email: clovell@lshllp.com
      bjaccarino@lshllp.com