LAW OFFICES
## COTCHETT, PITRE & MCCARTHY, LLP
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577

LOS ANGELES
SACRAMENTO

NEW YORK
WASHINGTON, DC

October 24, 2013

**BY ECF**

Hon. John Gleeson
Hon. Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) LTD, et al. Case No. 08-cv-00042-JG-VVP

Dear Judge Gleeson and Magistrate Judge Pohorelsky:

I write to inform the Court that Plaintiffs have reached an agreement with Panalpina World Transport (Holding) Ltd. and Panalpina Inc. to settle the claims against them in this action. The parties are preparing a final written settlement agreement and expect to file and serve a motion for preliminary approval in the near future.

Respectfully,

/s/ STEVEN N. WILLIAMS
STEVEN N. WILLIAMS

CC: All Counsel of Record (via ECF)