UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.,*  Plaintiffs,  v.  PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*  Defendants. | CASE NO. 08-CV-00042 (JG)(VVP) |

## CERTIFICATE OF SERVICE

I, W. Joseph Bruckner, hereby affirm that on October 29, 2013, I caused a true and correct copy of the following documents to be served via the Court's ECF system on all parties of record. Manual recipients will be transmitted copies on October 30, 2013, via U.S. mail, postage pre-paid.

1. NOTICE OF MOTION FOR EXTENSION OF THE CLAIM DEADLINE;

2. CLASS COUNSELS' MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTION FOR EXTENSION OF THE CLAIM DEADLINE;

3. [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF THE CLAIM DEADLINE; and

4. CERTIFICATE OF SERVICE.

Date: October 29, 2013            LOCKRIDGE GRINDAL NAUEN P.L.L.P.

By: /s/ W. Joseph Bruckner
W. Joseph Bruckner
100 Washington Avenue South Suite 2200
Minneapolis, MN   55401
Telephone:  (612) 339-6900
Fax: (612) 339-0981
Email:    wjbruckner@locklaw.com

*Interim Co-Lead Counsel for Plaintiffs*

473663.1