UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRECISION ASSOCIATES, INC., *et al.*,

        Plaintiffs,

- vs -

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*,

        Defendants.
-----------------------------------------------------------------X

No. 08-CV-00042 (JG) (VVP)

    PLEASE TAKE NOTICE THAT, Amelia K. Brankov of Frankfurt Kurnit Klein & Selz, PC, hereby appears for defendants DSV A/S and DSV Solutions Holding A/S in the above-captioned proceeding, and demands that all notices and papers herein be served upon her at the office and address stated below.

Dated: New York, New York
       November 8, 2013

                                      FRANKFURT KURNIT KLEIN & SELZ, P.C.

                                      By: /s/ Amelia B.
                                          Amelia K. Brankov
                                          488 Madison Avenue, 10th Floor
                                          New York, New York 10022
                                          Tel.: (212) 980-0120
                                          Fax: (347) 438-2084
                                          Email: abrankov@fkks.com
                                          *Attorney for Defendants DSV A/S and*
                                          *DSV Solutions Holding A/S*