| | | | | |
|---|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | | DATE: | 11/7/13 |
| | U.S. MAGISTRATE JUDGE | | START TIME: | 2:00 p.m. |
| | | | END TIME: | 3:30 p.m. |

DOCKET NO.   CV-08-42                                                                   JUDGE:   JG

CASE NAME:   Precision Associates, et al. v. Panalpina World Transport, et al.

<u>CIVIL CONFERENCE</u>

PURPOSE OF CONFERENCE:   Status Conference

APPEARANCES:   Plaintiffs   See Ann exed List
                            Defendants   See Annexed List

SCHEDULING AND RULINGS:

1. The following schedule is set for the Hellman parties' motion to dismiss:

    a. Opposition papers to be filed by November 12, 2013;
    b. Reply papers to be filed by December 6, 2013.

2. The following schedule is set for the motion to stay discovery:

    a. Opposition papers are to be filed by November 12, 2013;
    b. Reply papers are to be filed by November 26, 2013.

3. The application by the defendants on the severed "Japanese" claims for an order requiring the plaintiffs to file a separate complaint against them is Denied for reasons stated on the record.

4. Discussion held and rulings made on the record concerning a Joint Discovery Plan that will apply to all claims, including the severed claims.

5. Skadden Arps has agreed to serve as liaison counsel for the defendants on the severed "Japanese" claims; they will prepare an order for signature by the court which provides for the same duties that have been assigned by prior order to Morrison Foerster as liaison on the other claims.

6. The next conference will be held on **February 19, 2014 at 2:00 p.m.**

## PRECISION ASSOCIATES V. PANALPINA: APPEARANCE LIST*

Plaintiffs:
- Steve Williams, Esq.
- W. Joseph Bruckner, Esq.
- Gary S. Jacobson, Esq.
- Ben Jaccarino, Esq.
- Dan Gustafson, Esq.
- Michelle Looby, Esq.

Defendants:
- Paul Friedman, Esq. (UPS)
- Dan Culley, Esq. (DHL)
- Brian Maas, Amelia Brankov, Esqs. (DSV)
- Richard A. Walker, Esq. (Hellman)
- Susan H. Booker, Esq. (Jet Speed)
- Ari Berman, Armita Cohen, Esqs. (Geologistics)
- Lindsay Sakal, Esq. (Dachser)
- Zaharah R. Markoe, Esq. (Toll Global)
- Jeannine M. Kenney, Esq. (Geodis)
- Joel Cohen, Jason Spitalnick, Esqs. (Nippon Express)
- Erica Weisgerber, Esq. (Nippon Express USA)
- Francis A. Montbach, Esq. (Kintetsu)
- Robert M. Disch, Esq. (Yusen)
- Randy Seybold, April Williams, Esqs. (Nissin)
- Gordon Lang, Esq. (MOL)
- Rachel S. Brass, Esq. (K Line)
- Krisha A. Cerilli, Esq. (Hanshin)

*Not all attorneys in attendance may have signed in.