**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  *vs*.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>        Defendants. | Case No.: 08-CV-00042 (JG) (VVP)<br><br><br><br>**PLAINTIFFS' NOTICE OF NO OBJECTIONS TO MOTION FOR RECONSIDERATION** |

**TO THE COURT AND TO ALL COUNSEL OF RECORD:**

On October 18, 2013, the Court deferred ruling on [897] Plaintiffs' Motion for Reconsideration pending additional notice to be provided on the settlement website www.freightforwardcase.com with a deadline of November 8, 2013 for any objections to the Motion for Reconsideration.  Notice was placed on the settlement website [900] on October 18, 2013 and, as of November 14, 2013, Plaintiffs' Counsel have not received any objections and no objections have been filed by ECF.

                                                    Respectfully Submitted,

Dated:   November 14, 2013          /s/ *Steve N. Williams*

                                                    Steven N. Williams
                                                    Adam J. Zapala
                                                    COTCHETT, PITRE & McCARTHY, LLP.
                                                    San Francisco Airport Office Center
                                                    840 Malcolm Road, Ste. 200
                                                    Burlingame, CA 94010
                                                    Telephone: (650) 697-6000
                                                    Facsimile: (650) 697-0577

Email: swilliams@cpmlegal.com
azapala@cpmlegal.com

W. Joseph Bruckner
Heidi M. Silton
Craig S. Davis
LOCKRIDGE GRINDAL
NAUEN P.L.L.P.
1000 Washington Avenue South, Suite 2200
Minneapolis MN 55401
Telephone: (612) 339-6900
Facsimile: (612) 339-0981
Email: wjbruckner@locklaw.com
hmsilton@locklaw.com
csdavis@locklaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle Looby
Joshua J. Rissman
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis MN  55402
Telephone: (612) 333-8844
Facsimile: (612) 339-6622
Email: dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

Christopher Lovell
Benjamin Jaccarino
LOVELL STEWART HALEBIAN LLP
61 Broadway, Suite 501
New York NY  10006
Telephone: (212) 608-1900
Facsimile: (212) 719-4775
Email: clovell@lshllp.com
bjaccarino@lshllp.com