# BakerHostetler

Baker&Hostetler LLP

November 20, 2013

Washington Square, Suite 1100
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5304

**BY ECF**

T 202.861.1500
F 202.861.1783
www.bakerlaw.com

Honorable Viktor V. Pohorelsky,
United States Magistrate Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 11201-1818

Robert M. Disch
direct dial: 202.861.1630
rdisch@bakerlaw.com

> Re: *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd., et al,*
> No. 08-cv-0042 (JG) (VVP)

Dear Magistrate Judge Pohorelsky:

We represent Defendants Yusen Air & Sea Service Co., Ltd. and Yusen Air & Sea Service (U.S.A.), Inc. in the above-captioned matter.

At the November 7th status conference, we discussed the appointment of a Liaison Counsel for the Japanese Claims (Claims 2, 4, 7 and 11 in the Corrected Third Amended Complaint), and Skadden Arps agreed to serve in that role. Counsel for the Defendants in Japanese Claims have conferred and hereby propose that we serve as Liaison Counsel for the Japanese Claims. As with the Court's earlier appointment of Morrison & Foerster as Liaison Counsel, we understand that our role as Liaison Counsel will be limited to "administrative" matters, such as scheduling, that are common to all Defendants in the Japanese Claims. We hereby submit a proposed Order for the Japanese Claims providing for the same terms as the Court's Order appointing Morrison & Foerster (ECF No. 548).

The Defendants in the Japanese Claims listed on **Attachment 1** do not object to our appointment to this role.

Respectfully submitted,

*/s/ Robert M. Disch*
Robert M. Disch
BAKER & HOSTETLER LLP
1050 Connecticut Ave., N.W., Ste. 1100
Washington, D.C. 20036-5304
Telephone:   (202) 861-1612
Facsimile:   (202) 861-1783

*On Behalf of Defendants Listed In Attachment 1*

cc:   All counsel of record (by ECF)

Attachments (2)

**Attachment 1**

Air Express International (USA), Inc.
Airborne Express, Inc. (now known as DHL Japan, Inc.)
Danzas Corporation
Deutsche Post AG
DHL Express (USA), Inc.
DHL Global Forwarding Japan K.K.
Exel Global Logistics, Inc.
Hankyu Hanshin Express Holdings Corporation
Hankyu Hanshin Express Co., Ltd.
Hanshin Air Cargo Co., Ltd.
Hanshin Air Cargo USA, Inc.
"K" Line Logistics (USA), Inc.
"K" Line Logistics, Ltd.
Kintetsu World Express, Inc.
Kintetsu World Express (U.S.A.), Inc.
MOL Logistics (Japan) Co., Ltd.
MOL Logistics (USA), Inc.
Nippon Express Co. Ltd.
Nippon Express USA, Inc.
Nissin Corporation
Nissin International Transport U.S.A., Inc.
Yamato Global Logistics Japan Co., Ltd.
Yamato Transport USA, Inc.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

PRECISION ASSOCIATES, INC., *et al.*,

                              Plaintiffs,

        - against -

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*,

                              Defendants.

Case No. 08-cv-0042 (JG)(VVP)

**[PROPOSED] ORDER**
**APPOINTING LIAISON COUNSEL**
**FOR THE JAPANESE CLAIMS**

        In accordance with the Court's Minute Entry of November 12, 2013, certain
Defendants submitted a letter dated November 20, 2013, stating that BakerHostetler LLP,
would be willing to serve in the capacity of Liaison Counsel for the Defendants in the
Japanese Claims (Claims 2, 4, 7 and 11 of the Corrected Third Amended Complaint),
provided that the role of Liaison Counsel would be limited to administrative matters with
respect to those claims.  No objections to the above proposal have been submitted to the
Court.

        Accordingly, the Court hereby endorses the designation of BakerHostetler LLP as
Liaison Counsel for the Defendants in the Japanese Claims with respect to those claims.
Specifically, the responsibilities of the Liaison Counsel shall be:

        To serve as the contact on behalf of Defendants in the Japanese Claims to

        receive telephone calls and other communications from the Court, the

        Clerk of the Court, and Plaintiffs' counsel to assist in the scheduling of

conferences, hearings, and such other proceedings as may be required for matters that are common to all Defendants in the Japanese Claims.

Written communications from Plaintiffs relating to matters concerning all of the Defendants in the Japanese Claims shall continue to be sent to all of those Defendants.

Dated:  _____

_____
Viktor V. Pohorelsky
United States Magistrate Judge

602730999.1