UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
PRECISION ASSOCIATES, INC., *et al.*,

                Plaintiffs,

   - vs -

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*,

                Defendants.
-----------------------------------------------------------------X

No. 08-CV-00042 (JG) (VVP)

**STIPULATION**

    IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel that: (i) defendant DSV Air & Sea Ltd. (HK) is deemed to have joined in the Motions to Dismiss the Corrected Third Amended Class Action Complaint (the "CTAC") filed by Defendants DSV A/S and DSV Solutions Holdings A/S ("the DSV Defendants") and those Motions to Dismiss the CTAC filed by the Defendants jointly in which the DSV Defendants joined; and (ii) defendant DSV Air & Sea Ltd. (HK) is deemed to have joined in the objections dated October 21, 2013 (Dkt. 905) filed by the DSV Defendants as well as in the objections filed jointly by the defendants on October 21, 2013 in which the DSV Defendants joined (Dkts. 904, 906, 913) to the Report and Recommendation of the Honorable Victor Pohorelsky recommending that the motions of the DSV Defendants and of the defendants jointly be denied; and (iii) the time for defendant DSV Air & Sea Ltd. (HK) to answer the CTAC is hereby adjourned until such time as the District Court rules on the objections and there is an obligation for any DSV Defendant to answer the CTAC.

Dated: New York, New York
November 20, 2013

| | |
|---|---|
| FRANKFURT KURNIT KLEIN & SELZ, P.C.<br><br>By: _____<br>Brian E. Maas<br><br>488 Madison Ave., 10th Fl.<br>New York, New York 10022<br>Tel.: (212) 980-0120<br>Fax: (347) 438-2084<br>bmaas@fkks.com<br><br>*Attorneys for Defendant DSV Air & Sea Ltd.* | GUSTAFSON GLUEK PLLC<br><br>By: _____<br>Daniel C. Hedlund<br><br>120 S. 6th St., Ste. 2600<br>Minneapolis, MN 55402<br>Tel.: (612) 333-8844<br>Fax: (612) 339-6622<br>dgustafson@gustafsongluek.com<br><br>*Attorneys for Plaintiffs* |

SO ORDERED:

_____