UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

PRECISION ASSOCIATES, INC., *et al.*,

                              Plaintiffs,

    - against -

PANALPINA WORLD TRANSPORT
(HOLDING) LTD., *et al.*,

                              Defendants.

Case No. 08-cv-0042 (JG)(VVP)

[~~PROPOSED~~] ORDER
APPOINTING LIAISON COUNSEL
FOR THE JAPANESE CLAIMS

---

In accordance with the Court's Minute Entry of November 12, 2013, certain Defendants submitted a letter dated November 20, 2013, stating that BakerHostetler LLP, would be willing to serve in the capacity of Liaison Counsel for the Defendants in the Japanese Claims (Claims 2, 4, 7 and 11 of the Corrected Third Amended Complaint), provided that the role of Liaison Counsel would be limited to administrative matters with respect to those claims. No objections to the above proposal have been submitted to the Court.

Accordingly, the Court hereby endorses the designation of BakerHostetler LLP as Liaison Counsel for the Defendants in the Japanese Claims with respect to those claims. Specifically, the responsibilities of the Liaison Counsel shall be:

> To serve as the contact on behalf of Defendants in the Japanese Claims to receive telephone calls and other communications from the Court, the Clerk of the Court, and Plaintiffs' counsel to assist in the scheduling of

conferences, hearings, and such other proceedings as may be required for matters that are common to all Defendants in the Japanese Claims.

Written communications from Plaintiffs relating to matters concerning all of the Defendants in the Japanese Claims shall continue to be sent to all of those Defendants.

Dated: November 21, 2013

s/vvp
Viktor V. Pohorelsky
United States Magistrate Judge