UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　　　　*vs*.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD.; et al.,<br><br>　　　　　　Defendants. | Case No.: 08-CV-00042 (JG) (VVP)<br><br>NOTICE OF APPEARANCE |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

　　　　PLEASE TAKE NOTICE that the following counsel appears on behalf of Plaintiffs Precision Associates, Inc., James Barnes, and Anything Goes LLP d/b/a Mail Boxes, Etc., in the above-entitled action:

　　　　　　Nancy L. Fineman
　　　　　　Cotchett Pitre & McCarthy, LLP
　　　　　　840 Malcolm Road
　　　　　　Burlingame, CA 94010
　　　　　　(650) 697-6000
　　　　　　nfineman@cpmlegal.com

Dated: December 4, 2013　　　　　　**COTCHETT, PITRE & McCARTHY, LLP**

　　　　　　　　　　　　　　　　　　　*/s/ Nancy L. Fineman*
　　　　　　　　　　　　　　　　　　Nancy L. Fineman
　　　　　　　　　　　　　　　　　　840 Malcolm Road
　　　　　　　　　　　　　　　　　　Burlingame, CA 94010
　　　　　　　　　　　　　　　　　　(650) 697-6000
　　　　　　　　　　　　　　　　　　nfineman@cpmlegal.com