

**LOCKRIDGE GRINDAL NAUEN**
P.L.L.P.
Attorneys at Law
www.locklaw.com

| MINNEAPOLIS | WASHINGTON, D.C. |
|---|---|
| Suite 2200 | Suite 210 |
| 100 Washington Avenue South | 415 Second Street, N.E. |
| Minneapolis, MN 55401-2179 | Washington, D.C. 20002-4900 |
| T  612.339.6900 | T  202.544.9840 |
| F  612.339.0981 | F  202.544.9850 |

December 9, 2013

***VIA ECF***

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

    Re:    Precision Associates, Inc., et al. v. Panalpina World Transport
           (Holding) Ltd. et al.
           No. 08-cv-0042 (JG) (VVP)

Dear Judge Gleeson:

    We are interim co-lead counsel for the Plaintiff class in this litigation, and we write in response to today's Letter Motion for a Hearing and Letter Requesting Oral Argument by Defendant Nippon Express USA, Inc. regarding its Objection to the September 20, 2013 Report and Recommendations of the Magistrate (ECF No. 972).

    We believe Magistrate Judge Pohorelsky's Report and Recommendation (ECF No. 878) was very thorough and well-reasoned.  Every party had an opportunity to be heard in full by the Magistrate, not only in voluminous briefing by all parties, but in a lengthy hearing before the Magistrate on June 13, 2013, a transcript of which is available.

    Therefore we respectfully suggest that a hearing is unnecessary.   However, if Your Honor chooses to hold a hearing on the matter, of course we will participate.

    Thank you.  Please advise us if Your Honor needs more information.

                    Very truly yours,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.          LOVELL STEWART HALEBIAN LLP

/s/ W. Joseph Bruckner                    /s/ Christopher Lovell

W. Joseph Bruckner                        Christopher Lovell

GUSTAFSON GLUEK, PLLC                     COTCHETT, PITRE & MCCARTHY

/s/ Daniel E. Gustafson                   /s/ Steven N. Williams

Daniel E. Gustafson                       Steven N. Williams

*Counsel for Plaintiffs and Interim Co-Lead Counsel*

c:  All counsel of record (via ECF)

476598.1