# Kaplan, Massamillo & Andrews, llc

200 West Madison Street
16th Floor
Chicago, Illinois 60606
Telephone (312) 345-3000
Facsimile (312) 345-3119
www.kmalawfirm.com

RICHARD A. WALKER
rwalker@kmalawfirm.com
(312) 345-3051

NEW YORK OFFICE
70 East 55th Street
25th Floor
New York, New York 10022
Telephone (212) 922-0450
Facsimile (212) 922-0530

December 9, 2013

BY ECF

Honorable Viktor V. Pohorelsky,
United States Magistrate Judge
United States District Court, E.D.N.Y.
225 Cadman Plaza East
Brooklyn, NY 1120 1-1818

RE:  *Precision Assoc., Inc. v. Panalpina World Transport (Holding) Ltd.*
Case No. 08-cv-0042 (JG) (VVP)
Hellmann GmbH and Hellmann HK Request for Extension of Time

Dear Magistrate Judge Pohorelsky:

      We write on behalf of Defendants in the above matter, Hellmann World Wide Logistics GmbH & Co. KG ("Hellmann GmbH") and Hellmann Worldwide Logistics Limited Hong Kong ("Hellmann HK").  On October 21, 2013 Hellmann GmbH and Hellmann HK filed their Motion to Dismiss Plaintiffs' Corrected Third Amended Class Action Complaint.  [DE 914].  At the November 7, 2013 status conference Your Honor set a briefing schedule.  Hellmann GmbH and Hellmann HK's Reply was due on December 6, 2013.  For technical reasons relating to IT the Reply could not be filed by the end of December 6, 2013, but it was filed the next day on December 7, 2013.  Hellmann GmbH and Hellmann HK submit this letter to request a retroactive one day extension of time to file their Reply in Support of the Motion to Dismiss.  [DE 971].

      In support of this request, Hellmann GmbH and Hellmann HK respectfully state as follows.  A request has been made for Plaintiffs' concurrence in the relief sought, but as of 5:30 p.m. EST no response has been received. The requested extension is not interposed for the purpose of delay.  There has been no prior request for an extension of time.  The one day delay in filing could not have resulted in any prejudice to Plaintiffs.

      Respectfully submitted,

By: /s/  Richard A. Walker
Richard A. Walker – Bar No. 4399
Kaplan, Massamillo & Andrews, LLC
200 W. Madison Street, 16th Floor

# Kaplan, Massamillo & Andrews, llc

Honorable Viktor V. Pohorelsky,
United States Magistrate Judge
United States District Court, E.D.N.Y.
December 9, 2013
Page 2

                                               Chicago, Illinois  60606
                                               Tel:  (312) 345-3000
                                               Fax:  (312) 345-3119
                                               rwalker@kmalawfirm.com

                                             *Attorney for Defendants,*
                                             *Hellmann Worldwide Logistics GmbH Co. KG, and*
                                             *Hellmann Worldwide Logistics Limited Hong Kong*

cc:  All Counsel of Record (Via ECF)