UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.*,<br><br>Plaintiffs,<br><br>-against-<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>Defendants. | Case No. CV 08 0042-JG-VVP |

**DEFENDANT HELLMANN WORLDWIDE LOGISTICS GMBH & CO. KG'S JOINDER IN DEFENDANT DACHSER GMBH & CO. KG I/S/H/A DACHSER INTELLIGENT LOGISTICS' OBJECTION TO THE DISCLOSURES OF DOCUMENTS RELATING TO FOREIGN INVESTIGATIONS**

Richard A. Walker
KAPLAN, MASSAMILLO & ANDREWS, LLC
200 W. Madison Street, 16th Floor
Chicago, Illinois  60606
Tel:  (312) 345-3000
Fax:  (312) 345-3119
rwalker@kmalawfirm.com

*Attorneys for Defendants,*
*Hellmann Worldwide Logistics GmbH & Co. KG*

**JOINDER IN OBJECTIONS**

Defendant Hellmann Worldwide Logistics GmbH & Co. KG ("Hellmann GmbH") is organized and exists under the laws of Germany, and is located in Germany.  Hellmann GmbH was investigated by the European Commission ("EC").  Responses to the EC are subject to local laws which deem all submissions confidential and preclude disclosure of personal data, including employee names.

Hellmann GmbH joins in Defendant Dachser GmbH  & Co. KG I/S/H/A Dachser Intelligent Logistics' Objection to the Disclosures of Documents Relating to Foreign Investigations (D.E. 975) together with the supporting Memorandum (D.E. 975-1) and adopt, for the purposes of this Motion all arguments and law, affirmations and exhibits contained therein relating to Arguments 1 and 3 relating to European Commission confidentiality and the German Federal Data Protection Act; and incorporate these by reference as though fully set forth herein.

**WHEREFORE**, Defendant Hellmann Worldwide Logistics GmbH & Co KG respectfully requests an Order that such documents and information are deemed confidential and protected from disclosure and shall not be produced in this action.

December 20, 2013                     KAPLAN, MASSAMILLO & ANDREWS, LLC

                                      By: /s/  Richard A. Walker
                                          Richard A. Walker
                                          200 W. Madison Street, 16th Floor
                                          Chicago, Illinois  60606
                                          Tel:  (312) 345-3000
                                          Fax:  (312) 345-3119
                                          rwalker@kmalawfirm.com

                                          *Attorneys for Defendants,*
                                          *Hellmann Worldwide Logistics GmbH & Co. KG*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 20, 2013, a true and correct copy of Defendant

HELLMANN WORLDWIDE LOGISTICS GMBH & CO. KG' JOINDER IN DEFENDANT

DACHSER GMBH & CO. KG I/S/H/A DACHSER INTELLIGENT LOGISTICS' OBJECTION

TO THE DISCLOSURES OF DOCUMENTS RELATING TO FOREIGN INVESTIGATIONS

was filed and served on all parties of record via the Court's ECF system.


By: /s/  Richard A. Walker
      200 W. Madison Street, 16th Floor
      Chicago, Illinois  60606
      Tel:  (312) 345-3000
      Fax:  (312) 345-3119
      rwalker@kmalawfirm.com

*Attorney for Defendant*
*Hellmann Worldwide Logistics GmbH & Co. KG*