UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
PRECISION ASSOCIATES, INC., *et al.*,  :
:
    Plaintiffs,  :
:
  - against -  :   Case No. CV 08-00042-JG-VVP
:
PANALPINA WORLD TRANSPORT  :   <u>NOTICE OF APPEARANCE</u>
(HOLDING) LTD., *et al.*,  :
:
    Defendants.  :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

  PLEASE TAKE NOTICE that the undersigned, as an attorney admitted to practice before this Court, hereby respectfully enters his appearance as counsel for Nippon Express USA, Inc. in the above-captioned proceedings and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
   December 27, 2013

             DAVIS POLK & WARDWELL LLP

             By: <u>/s/ Joel M. Cohen</u>
               Joel M. Cohen (JC-3030)

             450 Lexington Avenue
             New York, New York 10017
             Telephone: (212) 450-4000
             joel.cohen@davispolk.com