UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
PRECISION ASSOCIATES, INC., *et al.*,     :
:
            Plaintiffs,     :
:
     - against -     :   Case No. CV 08-00042-JG-VVP
:
PANALPINA WORLD TRANSPORT     :   <u>NOTICE OF APPEARANCE</u>
(HOLDING) LTD., *et al.*,     :
:
            Defendants.     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

     PLEASE TAKE NOTICE that the undersigned, as an attorney admitted to practice before this Court, hereby respectfully enters his appearance as counsel for Nippon Express USA, Inc. in the above-captioned proceedings and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
       December 27, 2013

                                                  DAVIS POLK & WARDWELL LLP

                                                  By: <u>/s/ Ronan P. Harty</u>
                                                      Ronan P. Harty (RH-0993)

                                                  450 Lexington Avenue
                                                  New York, New York 10017
                                                  Telephone: (212) 450-4000
                                                  ronan.harty@davispolk.com