UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
PRECISION ASSOCIATES, INC., *et al.*, :
:
                Plaintiffs, :
:
      - against - :    Case No. CV 08-00042-JG-VVP
:
PANALPINA WORLD TRANSPORT :    NOTICE OF APPEARANCE
(HOLDING) LTD., *et al.*, :
:
                Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that the undersigned, as an attorney admitted to practice before this Court, hereby respectfully enters his appearance as counsel for Nippon Express USA, Inc. in the above-captioned proceedings and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
       December 27, 2013

                                    DAVIS POLK & WARDWELL LLP

                                    By: /s/ Jason M. Spitalnick
                                        Jason M. Spitalnick (JS-8321)

                                  450 Lexington Avenue
                                  New York, New York 10017
                                  Telephone: (212) 450-4000
                                  jason.spitalnick@davispolk.com