UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>  *vs*.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>        Defendants. | Case No.: 08-CV-00042 (JG) (VVP) |

ORDER

UPON Plaintiffs' Motion For Interim Payment Of Attorneys' Fees And Reimbursement Of Expenses (ECF No. 835) in respect of the $112,356,911.58 in settlement proceeds recovered by Class Counsel for the Class herein;

UPON the absence of any objections by any Class member to Class Counsel's fee application;

UPON this Court's August 27, 2013 Memorandum and Order (ECF No. 866) directing Class Counsel to resubmit and limit their fee application;

UPON Class Counsel's Supplemental Fee Application And Expense Request (ECF No.874);

UPON this Court's order awarding fees and costs dated October 3, 2013 ("Order");

UPON Class Counsel's Memorandum Of Law In Support Of Their Motion For Reconsideration Of The Court's October 3, 2013 Order ("Motion for Reconsideration"), dated October 17, 2013 (ECF No. 898), which sought reconsideration of and only of the amount of attorneys' fees awarded by the Order;

UPON this Court's ruling dated October 18, 2013 which stated that such Motion For Reconsideration "appears to have merit", and directed that Class Counsel post specified papers on the class action settlement website affording Class members a further opportunity through November 8, 2013 to object;

UPON Class Counsel's posting of such papers on such website, and the resulting absence of any objections to Class Counsel's Motion For Reconsideration (see ECF No. 939, reporting the timely posting and the absence of objections); and

UPON all prior proceedings herein;

It is hereby ORDERED that Class Counsel's Motion For Reconsideration is granted and, upon reconsideration, Class Counsel are awarded attorney fees of fifteen percent of the $112,356,911.58 in settlement proceeds that were the subject of Class Counsel's fee application.

So ordered.

John Gleeson, U.S.D.J.

Dated: December 27, 2013
       Brooklyn, New York