UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
PRECISION ASSOCIATES, INC., *et al.*, :
:
                Plaintiffs, :
:
      - against - :    Case No. CV 08-00042-JG-VVP
:
PANALPINA WORLD TRANSPORT :    NOTICE OF APPEARANCE
(HOLDING) LTD., *et al.*, :
:
                Defendants. :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

      PLEASE TAKE NOTICE that the undersigned, as an attorney admitted to practice before this Court, hereby respectfully enters his appearance as counsel for Nippon Express USA, Inc. in the above-captioned proceedings and requests that all subsequent papers be served upon him at the address below.

Dated: New York, New York
       December 27, 2013

                                            DAVIS POLK & WARDWELL LLP

                                            By: /s/ Joshua Dugan
                                                 Joshua Dugan (JD-1125)

                                           450 Lexington Avenue
                                           New York, New York 10017
                                           Telephone: (212) 450-4000
                                           joshua.dugan@davispolk.com