# EXHIBIT C

# U.S. District Court
# Eastern District of New York (Brooklyn)
# CIVIL DOCKET FOR CASE #: 1:08-cv-00042-JG-VVP

Precision Associates, Inc et al v. Panalpina World Transport (Holding) LTD. et al
Assigned to: Judge John Gleeson
Referred to: Magistrate Judge Viktor V. Pohorelsky
Lead case: 1:06-md-01775-JG-VVP
Member case: (View Member Case)
Cause: 15:1 Antitrust Litigation

Date Filed: 01/03/2008
Jury Demand: Plaintiff
Nature of Suit: 410 Anti-Trust
Jurisdiction: Federal Question

**Plaintiff**

**Precision Associates, Inc**     represented by     **Christopher Lovell**
Lovell Stewart Halebian LLP
61 Broadway
Suite 501
New York, NY 10006
212-608-1900
Fax: 212-719-4677
Email: clovell@lshllp.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Craig C. Corbitt**
Zelle Hofmann Voelbel & Mason, LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
415-693-0700
Fax: 415-693-0770
Email: ccorbitt@zelle.com
*TERMINATED: 03/30/2009*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Heidi M. Silton**
Lockridge Grindal Nauen P.L.L.P.
100 Washington Ave S, Suite 2200
Minneapolis, MN 55401
612-339-6900
Fax: 612-339-0981
Email: hmsilton@locklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Imtiaz A. Siddiqui**
Cotchett, Pitre & McCarthy, LLP
One Liberty Plaza

| 12/19/2013 |  | SET DEADLINE: Any response to the defendants Dachser GmbH & Co. KG, Dachser Intelligent Logistics' 975 MOTION for Protective Order is due by 12/23/13. Ordered by Magistrate Judge Viktor V. Pohorelsky on 12/19/2013. (Toritto, Jim) (Entered: 12/19/2013) |
| --- | --- | --- |
| 12/20/2013 | 978 | MOTION for Joinder in [975 - 975-1] DACHSER GMBH & CO. KG I/S/H/A DACHSER INTELLIGENT LOGISTICS OBJECTION TO THE DISCLOSURES OF DOCUMENTS RELATING TO FOREIGN INVESTIGATIONS by Hellmann Worldwide Logistics GmbH & Co. KG. (Walker, Richard) (Entered: 12/20/2013) |
| 12/23/2013 |  | ORDER deferring ruling on 972 Motion for Hearing. At present, it does not appear that argument will be necessary on the objections to the R&R. However, if that situation changes, the Court will provide notice to the parties. Ordered by Judge John Gleeson on 12/23/2013. (Aronoff, Peter) (Entered: 12/23/2013) |
| 12/23/2013 | 979 | Letter by Anything Goes LLC, David Howell Product Design Inc., d/b/a David Howell & Company, Innovation 714, Inc., Inter-Global, Inc., JCK Industries Inc., Kraft Chemical Company, Mary Elle Fashions, d/b/a Meridian Electric, Mika Overseas Corporation, NORMA Pennsylvania, Inc., Precision Associates, Inc, Printing Technology, Inc., RBX Industries, Inc., Zeta Pharmaceuticals LLC (Attachments: # 1 Proposed Order) (Lovell, Christopher) (Entered: 12/23/2013) |
| 12/23/2013 | 980 | MEMORANDUM in Opposition re 978 MOTION for Joinder in [975 - 975-1] DACHSER GMBH & CO. KG I/S/H/A DACHSER INTELLIGENT LOGISTICS OBJECTION TO THE DISCLOSURES OF DOCUMENTS RELATING TO FOREIGN INVESTIGATIONS, 975 MOTION for Protective Order filed by Anything Goes LLC, David Howell Product Design Inc., d/b/a David Howell & Company, Innovation 714, Inc., Inter-Global, Inc., JCK Industries Inc., Kraft Chemical Company, Mary Elle Fashions, d/b/a Meridian Electric, Mika Overseas Corporation, NORMA Pennsylvania, Inc., Precision Associates, Inc, Printing Technology, Inc., RBX Industries, Inc., Zeta Pharmaceuticals LLC. (Hedlund, Daniel) (Entered: 12/23/2013) |
| 12/27/2013 | 981 | NOTICE of Appearance by Joel M. Cohen on behalf of Nippon Express USA, Inc. (aty to be noticed) (Cohen, Joel) (Entered: 12/27/2013) |
| 12/27/2013 | 982 | NOTICE of Appearance by Ronan P. Harty on behalf of Nippon Express USA, Inc. (aty to be noticed) (Harty, Ronan) (Entered: 12/27/2013) |
| 12/27/2013 | 983 | NOTICE of Appearance by Jason Maxwell Spitalnick on behalf of Nippon Express USA, Inc. (aty to be noticed) (Spitalnick, Jason) (Entered: 12/27/2013) |
| 12/27/2013 | 984 | ORDER granting 897 Motion for Reconsideration. Per the attached order, attorneys' fees are awarded in the amount of 15% of $112,356,911.58, as requested in the reconsideration motion. Ordered by Judge John Gleeson on 12/27/2013. (Aronoff, Peter) (Entered: 12/27/2013) |
| 12/27/2013 | 985 | NOTICE of Appearance by Joshua Buchanan Dugan on behalf of Nippon Express USA, Inc. (aty to be noticed) (Dugan, Joshua) (Entered: 12/27/2013) |