

202.540.7200 ph
202.540.7201 fax

1700 K Street, NW
Suite 650
Washington, DC 20006

Brian A. Ratner
202.540.7155
bratner@hausfeldllp.com

January 21, 2014

VIA ECF

The Honorable John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

The Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

RE: *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd. et al.*, No. 08-cv-0042 (JG) (VVP)

Dear Judge Gleeson and Magistrate Judge Pohorelsky:

My firm represents Defendants Geodis S.A. and Geodis Wilson USA, Inc. ("Geodis Defendants") in the above-referenced matter. Per Plaintiffs' letter dated today (ECF No. 988), Plaintiffs and Geodis Defendants (including all their subsidiaries and affiliates) have reached an agreement in principle to settle all claims in this litigation, signed a Memorandum of Understanding, and are in the process of finalizing a settlement agreement. Accordingly, Geodis Defendants conditionally withdraw their objections (ECF No. 910) to the September 20, 2012 Report and Recommendation, pending final approval of the settlement agreement.

Please don't hesitate to contact me if the Court requires further information.

Very truly yours,

/s/ Brian A. Ratner

Brian A. Ratner

cc: All Counsel of Record, via ECF