UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
:
PRECISION ASSOCIATES, INC., *et al.*,                         :
:
Plaintiffs,                                :
v.                                                            :  Case No. 08-CV-00042 (JG) (VVP)
:
PANALPINA WORLD TRANSPORT                                     :
(HOLDING) LTD., *et al.*,                                     :
:
Defendants.                                :
:
-------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF COUNSEL

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned, Krisha A. Cerilli, hereby withdraws as counsel for Defendants Hankyu Hanshin Express Holdings Corporation, Hanshin Air Cargo Co., Ltd., and Hanshin Air Cargo USA, Inc. in the above-captioned matter.

Steven C. Sunshine and Tara L. Reinhart, of Skadden, Arps, Slate, Meagher & Flom LLP, continue to serve as counsel of record for Defendants Hankyu Hanshin Express Holdings Corporation, Hanshin Air Cargo Co., Ltd., and Hanshin Air Cargo USA, Inc.

DATED:  January 27, 2014          Respectfully submitted,

/s/ Krisha A. Cerilli
Krisha A. Cerilli
SKADDEN, ARPS, SLATE, MEAGHER &
  FLOM LLP
1440 New York Avenue, N.W.
Washington, DC  20005
Telephone:  (202) 371-7839
Facsimile:  (202) 661-8294
krisha.cerilli@skadden.com

*Attorneys for Defendants Hankyu Hanshin Express
  Holdings Corporation, Hanshin Air Cargo Co.,
  Ltd., and Hanshin Air Cargo USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2014, I caused a true and correct copy of the foregoing Notice of Withdrawal of Counsel to be filed and served via the Court's ECF system upon all counsel registered for ECF in this case.

Dated: January 27, 2014

/s/ Krisha A. Cerilli