AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  08-cv-00042-JG-VVP

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*    Agility Holdings, Inc.

was received by me on *(date)*    1/31/2014    .

◻ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

◻ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*    Armita Cohen    , who is

designated by law to accept service of process on behalf of *(name of organization)*  Agility Holdings, Inc.

_____ on *(date)*  2/4/2014    ; or

◻ I returned the summons unexecuted because _____ ; or

◻ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.


Date:   2/4/2014

*Benjamin Jaccarino*
*Server's signature*

Benjamin M. Jaccarino
*Printed name and title*
Lovell Stewart Halebian Jacobson, LLP
61 Broadway, Suite 501
New York, NY 10006
*Server's address*

Additional information regarding attempted service, etc: