# GUSTAFSON GLUEK PLLC
### ATTORNEYS AT LAW

CANADIAN PACIFIC PLAZA
120 SOUTH SIXTH STREET, SUITE 2600
MINNEAPOLIS, MINNESOTA 55402
TEL (612) 333-8844 • FAX (612) 339-6622

DANIEL E. GUSTAFSON
DGUSTAFSON@GUSTAFSONGLUEK.COM

February 4, 2014

**VIA ECF**

| | |
|---|---|
| Hon. John Gleeson | Hon. Viktor V. Pohorelsky |
| United States District Court | United States District Court |
| Eastern District of New York | Eastern District of New York |
| 225 Cadman Plaza East | 225 Cadman Plaza East |
| Brooklyn, NY 11201 | Brooklyn, NY 11201 |

Re: *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd., et al.*, Case No. 08-cv-00042-JG-VVP (E.D.N.Y.)

Dear Judge Gleeson and Magistrate Judge Pohorelsky:

Plaintiffs write to inform the Court that they have reached an agreement in principle with Defendant Toll Global Forwarding (USA), Inc. (that also would include Defendant Baltrans Logistics, Inc.) to settle the claims against them in this action. The parties are preparing a final written settlement agreement and will file and serve a motion for preliminary approval in due course.

Please advise us if the Court needs further information.

Respectfully,

| | |
|---|---|
| GUSTAFSON GLUEK, PLLC | LOVELL STEWART HALEBIAN LLP |
| /s/ Daniel E. Gustafson | /s/ Christopher Lovell |
| Daniel E. Gustafson | Christopher Lovell |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | COTCHETT, PITRE & MCCARTHY |
| /s/ W. Joseph Bruckner | /s/ Steven N. Williams |
| W. Joseph Bruckner | Steven N. Williams |

*Counsel for Plaintiffs and Interim Co-Lead Counsel*

cc: All counsel of record (via ECF)