

```
                                              MINNEAPOLIS                      WASHINGTON, D.C.
                                              Suite 2200                       Suite 210
                                              100 Washington Avenue South      415 Second Street, N.E.
                                              Minneapolis, MN 55401-2179       Washington, D.C. 20002-4900
                                              T 612.339.6900                   T 202.544.9840
                                              F 612.339.0981                   F 202.544.9850
```

February 5, 2014

<u>VIA ECF</u>

Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    Precision Associates, Inc., et al. v. Panalpina World Transport
               (Holding) Ltd. et al.
               No. 08-cv-0042 (JG) (VVP)

Dear Magistrate Judge Pohorelsky:

      We represent Plaintiffs in this matter.  Plaintiffs and Defendants jointly request a 30-day adjournment of the status conference currently scheduled for February 19, 2014.  *See* ECF No. 936.

      The Parties are currently in the early stages of meeting and conferring regarding their discovery productions, and are aware of no issues at this time that would require involvement by the Court.  The parties anticipate that, unless the Court orders otherwise, the Court will resolve on the papers the two motions currently pending before the Court: Dachser's motion for a protective order (ECF No. 975, joined by Hellman at ECF No. 978) and Hellman's motion to dismiss Plaintiffs' Corrected Third Amended Class Action Complaint (ECF No. 914). Therefore, the Parties respectfully suggest adjourning the previously scheduled status conference until March 21, 2014, as the Court's schedule permits.

      If the Court wishes to proceed with the status conference on February 19 in any event, please let us know.  Thank you.

                                  Very truly yours,

| | |
|---|---|
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | LOVELL STEWART HALEBIAN LLP |
| /s/ W. Joseph Bruckner | /s/ Christopher Lovell |
| W. Joseph Bruckner | Christopher Lovell |
| GUSTAFSON GLUEK, PLLC | COTCHETT, PITRE & MCCARTHY |
| /s/ Daniel E. Gustafson | /s/ Steven N. Williams |
| Daniel E. Gustafson | Steven N. Williams |

                    *Counsel for Plaintiffs and Interim Co-Lead Counsel*

c:  All counsel of record (via ECF)

478310.1