# MOUND COTTON WOLLAN & GREENGRASS

COUNSELLORS AT LAW

ONE BATTERY PARK PLAZA
NEW YORK, NY 10004-1486

(212) 804-4200

FAX (212) 344-8066

WWW.MOUNDCOTTON.COM

NEW YORK, NY
NEWARK, NJ
GARDEN CITY, NY
SAN FRANCISCO, CA
FORT LAUDERDALE, FL

WRITER'S DIRECT DIAL
212-804-4229
fmontbach@moundcotton.com

February 7, 2014

**VIA ECF**
The Honorable Victor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY   11201

Re:  *Precision Associates v. Panalpina World Transport (Holdings), Ltd., et. al.,*
No. 08-CV-0042

Dear Magistrate Pohorelsky:

We represent defendants Kintetsu World Express, Inc. and Kintetsu World Express (U.S.A.) Inc. in the captioned action and submit this letter on behalf of the defendants named in Claims #2, 4, 7 and 11 of the Corrected Third Amended Complaint ("The Japanese Defendants)". These defendants respectfully request an extension of time to file their Answers to the Corrected Third Amended Complaint until March 28, 2014. The current due date for filing answers in February 11, 2014. Plaintiffs have consented to the requested extension. The Japanese defendants have not previously requested an extension of this deadline.

We thank the Court for its cooperation.

Faithfully yours,

MOUND, COTTON, WOLLAN & GREENGRASS

By _____
Francis A. Montbach

FAM:mk
Cc:    All Counsel of Record
       (VIA ECF)