# Vinson&Elkins

Ari M Berman  aberman@velaw.com
**Tel** +1.212.237.0228  **Fax** +1.917.849.5368

February 7, 2014

**By ECF**

The Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:   *Precision Associates, Inc. v. Panalpina World Transport (Holding) Ltd., et al.*,
              No. 08-CV-0042

Dear Magistrate Judge Pohorelsky:

    We represent Defendants GeoLogistics Corporation, Agility Holdings, Inc., and Geologistics International Management (Bermuda) Ltd. in the above-referenced action and submit this letter on behalf of the defendants listed in footnote 1 below ("Defendants").[1] Pursuant to Section 1.H of Your Honor's Individual Rules of Practice, Defendants request an extension of time to file their answers to the Corrected Third Amended Complaint ("CTAC"). The current deadline for filing answers is February 11, 2014.[2] Defendants are requesting a 45 day extension of the deadline to March 28, 2014. Plaintiffs have advised us that they consent to the extension.

    Defendants have not previously requested an adjournment or extension of this deadline.

---

[1] The defendants making this request are: GeoLogistics Corporation, Agility Holdings, Inc., Geologistics International Management (Bermuda) Ltd., United Parcel Service, Inc., UPS Supply Chain Solutions, Inc., Hellmann Worldwide Logistics, Inc., Dachser Transport of America, Inc., Dachser GmbH, Deutsche Post AG, DHL Express (USA), Inc., Exel Global Logistics, Inc., Air Express International (USA), Inc., Danzas Corporation, DHL Japan, Inc., DHL Global Forwarding Japan K.K.., Yusen Air & Sea Service (U.S.A.), Inc., Yusen Air & Sea Service Co., Ltd., Kintetsu World Express, Inc., Kintetsu World Express (U.S.A.), Inc., DSV A/S, DSV Solutions Holding A/S, Nippon Express Co., Ltd., and Nippon Express USA, Inc.

[2] February 28, 2014 is Agility Holding Inc.'s current deadline to file an answer. It is also requesting an extension of its deadline to answer the CTAC.

**Vinson & Elkins LLP  Attorneys at Law**
Abu Dhabi  Austin  Beijing  Dallas  Dubai  Hong Kong  Houston  London  Moscow
New York  Palo Alto  Riyadh  San Francisco  Shanghai  Tokyo  Washington

666 Fifth Avenue, 26th Floor
New York, NY 10103-0040
**Tel** +1.212.237.0000  **Fax** +1.212.237.0100  www.velaw.com



February 7, 2014   Page 2

 

Respectfully submitted,

*/s/ Ari M. Berman*

Ari M. Berman

cc: All counsel of record (via ECF)