

| MINNEAPOLIS | WASHINGTON, D.C. |
|---|---|
| Suite 2200 | Suite 210 |
| 100 Washington Avenue South | 415 Second Street, N.E. |
| Minneapolis, MN 55401-2179 | Washington, D.C. 20002-4900 |
| T 612.339.6900 | T 202.544.9840 |
| F 612.339.0981 | F 202.544.9850 |

February 11, 2014

*VIA ECF*

Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    Precision Associates, Inc., et al. v. Panalpina World Transport
            (Holding) Ltd. et al.
            No. 08-cv-0042 (JG) (VVP)

Dear Magistrate Judge Pohorelsky:

    We represent Plaintiffs in this matter, and are writing to request that the Court reschedule the next status conference in this matter due to conflicts in counsel's schedules.

    On February 6, at the parties' request the Court rescheduled the next status conference for March 26, 2014 at 2:00 p.m. However, March 26 is the first day of the ABA Antitrust Section Spring Meeting in Washington, DC, which many counsel in this case have made commitments to attend.

    Both Plaintiffs' and Defendants' counsel are available on March 18 and March 19, and on March 25 in the morning or early afternoon. If the Court is available on any of those dates, we respectfully request that the status conference be rescheduled accordingly.

    Thank you. Please advise us if the Court needs more information.

                               Very truly yours,

| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | LOVELL STEWART HALEBIAN LLP |
|---|---|
| /s/ W. Joseph Bruckner | /s/ Christopher Lovell |
| W. Joseph Bruckner | Christopher Lovell |
| GUSTAFSON GLUEK, PLLC | COTCHETT, PITRE & MCCARTHY |
| /s/ Daniel E. Gustafson | /s/ Steven N. Williams |
| Daniel E. Gustafson | Steven N. Williams |

*Counsel for Plaintiffs and Interim Co-Lead Counsel*

c: All counsel of record (via ECF)

478762.1