## Kaplan, Massamillo & Andrews, llc

200 West Madison Street
16ᵀᴴ Floor
Chicago, Illinois 60606
Telephone (312) 345-3000
Facsimile (312) 345-3119
www.kmalawfirm.com

RICHARD A. WALKER
rwalker@kmalawfirm.com
(312) 345-3051

NEW YORK OFFICE
70 East 55ᵀᴴ Street
25ᵀᴴ Floor
New York, New York 10022
Telephone (212) 922-0450
Facsimile (212) 922-0530

March 21, 2014

**By ECF**

Hon. Viktor V. Pohorelsky
United States Magistrate Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:   *Precision Associates, Inc. et al. v. Panalpina World Transport (Holding) Ltd. et al.*,
       E.D.N.Y. Case No. 08-CV-0042 (VVP)

Dear Magistrate Judge Pohorelsky:

As the current counsel for Hellmann Worldwide Logistics, Inc., Hellmann Worldwide Logistics GmbH & Co. KG, and Hellmann Worldwide Logistics Limited Hong Kong ("Hellmann"), we write in connection with the Motion for Substitution of Counsel Counsel Pursuant to Stipulation and Request for In Camera Hearing [Dkt. 1002] filed on behalf of the Hellmann defendants in the captioned matter.

The Declaration of Richard A. Walker [Dkt. 1003] was filed under seal in connection with the Motion for Substitution of Counsel Pursuant to Stipulation and Request for In Camera Hearing. We write to request that the Declaration and Request for an In Camera Hearing be held in abeyance while a resolution of issues identified in paragraphs 5 and 8 of the Declaration is discussed with Hellmann.

The Hellmann defendants, however, do wish to proceed with the substitution of counsel with the Court retaining jurisdiction to hear the matter further, if necessary.

Respectfully submitted,

/s/ Richard A. Walker

Richard A. Walker
Kaplan, Massamillo & Andrews, LLC

RAW:

KAPLAN, MASSAMILLO & ANDREWS, LLC

Hon. Viktor V. Pohorelsky
United States Magistrate Judge
March 21, 2014
Page 2


cc:    ECF – All counsel of Record

       Via email to:

       Andrew Spector (ARS-3887)
       Troy Geisser (TG-9012)
       Spector Rubin, P.A.
       Continental Plaza
       3250 Mary Street, Suite 304
       Miami, Florida 33133
       andrew.spector@spectorrubin.com
       troy.geisser@spectorrubin.com

       As proposed successor counsel for
       *Hellmann Worldwide Logistics, Inc.,*
       *Hellmann Worldwide Logistics GmbH Co.KG, and*
       *Hellmann Worldwide Logistics Limited Hong Kong*