| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY | DATE: | 3/25/14 |
| | U.S. MAGISTRATE JUDGE | START TIME: | 11:00 a.m. |
| | | END TIME: | 12:00 noon |

DOCKET NO.   CV-08-42                                              JUDGE:   JG

CASE NAME:   Precision Associates, et al. v. Panalpina World Transport, et al.

### CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status Conference

APPEARANCES:   Plaintiffs   See Annexed List
               Defendants   See Annexed List
           Court Reporter   Holly Driscoll

SCHEDULING AND RULINGS:

1. The motions for a protective order by Dachser [Dkt. Ent. 975] and Hellman [Dkt. Ent. 978] are denied for reasons stated on the record.

2. Discussion held concerning the status of discovery and the final parameters were set:

    a. The plaintiffs shall produce the discovery requested of them by May 1, 2014;
    b. The defendants shall produce the discovery requested of them by May 12, 2014;
    c. As for cost and transaction data, the defendants are required to produce for the period through January 31, 2013;
    d. To the extent that some parties are unable to meet the above production deadlines they are required to meet and confer with their adversaries in effort to agree on reasonable adjustments to the deadlines to meet specific difficulties.

3. Motions to compel discovery are anticipated. Once any such motions are made, opposition is to be filed within 14 days thereafter. No replies.

4. The next conference will be held on **May 21, 2014 at 2:00 p.m.**

**PRECISION ASSOCIATES V. PANALPINA: APPEARANCE LIST**\*

Plaintiffs:   Adam Zapala, Esq.
Christopher Lovell, Esq.
Dan Hedlund, Esq.

Defendants:   Paul Friedman, Esq. (UPS)
Steven Kaiser, Daniel Culley, Esqs. (DHL)
Troy Geisser, Esq. (Hellman) (incoming counsel)
Nicholas Pantelopoulos, Esq. (Hellman) (outgoing counsel)
Ari Berman, Armita Cohen, Esqs. (Agility/Geologistics)
Joel Cohen, Jason Spitalnick, Esqs. (Nippon Express)
Francis A. Montbach, Esq. (Kintetsu)
Robert M. Disch, Esq. (Yusen)
Randy Seybold, Esq. (Nissin)
Gordon Lang, Esq. (MOL)
Joel Sanders, Esq. (K Line)
Tara Reinhart, Esq. (Hankyu Hanshin)
Chris Gordon, Esq. (Yamato)
No Appearance (Dachser)

\*Not all attorneys in attendance may have signed in.