LAW OFFICES
COTCHETT, PITRE & MCCARTHY, LLP
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577

LOS ANGELES
SACRAMENTO

NEW YORK
WASHINGTON, DC

April 7, 2014

<u>*VIA ECF*</u>

Hon. Judge Victor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza, East
Brooklyn, NY 11201

    Re:   *Precision Associates Inc. et al. v. Panalpina World Transport (Holding) Ltd. et al.*, No 08-cv-0042 (VVP)

Dear Magistrate Judge Pohorelsky,

    On Friday, April 4, 2014, Plaintiffs filed a number of discovery motions. *See* ECF Nos. 1034-1040. Plaintiffs write the Court to inform it that the motion to compel further responses to Interrogatory No. 1 is respectfully withdrawn as to the Yamato entities. ECF No. 1038. Plaintiffs also respectfully withdraw the motion to compel further responses to Interrogatory No. 4 as to the UPS and Nissin entities. ECF No. 1040. The motions remain pending against the other Defendants named in the respective motions.

    If you have any questions regarding the foregoing, please do not hesitate to contact me. Thank you for your attention to this matter.

Sincerely,

Adam J. Zapala