

MINNEAPOLIS
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

WASHINGTON, D.C.
Suite 210
415 Second Street, N.E.
Washington, D.C. 20002-4900
T 202.544.9840
F 202.544.9850

W. Joseph Bruckner
Phone: 612-339-6900
wjbruckner@locklaw.com
REPLY TO MINNEAPOLIS

April 28, 2014

<u>*VIA ECF*</u>

Magistrate Judge Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    Precision Associates, Inc., et al. v. Panalpina World Transport
               (Holding) Ltd. et al.
               No. 08-cv-0042 (JG) (VVP)

Dear Magistrate Judge Pohorelsky:

     On April 4, 2014, Plaintiffs filed a number of discovery motions. *See* ECF Nos. 1034-1040. Plaintiffs have met and conferred with Defendant Geologistics and now report that the motions may be withdrawn as to Geologistics.  Specifically, with respect to Plaintiffs' motion to compel further responses to Interrogatory No 1 (ECF No. 1038), and Plaintiffs' motion to compel further responses to Interrogatory No. 4 (ECF No. 1040), the motion is respectfully withdrawn as to Geologistics.

     If you have any questions, please do not hesitate to contact us. Thank you for your attention to this matter.

                               Very truly yours,

                               LOCKRIDGE GRINDAL NAUEN P.L.L.P.

                               /s/ W. Joseph Bruckner

                               W. Joseph Bruckner

WJB/ctj
c:      All counsel of record

481522.1