

MINNEAPOLIS
Suite 2200
100 Washington Avenue South
Minneapolis, MN 55401-2179
T 612.339.6900
F 612.339.0981

WASHINGTON, D.C.
Suite 210
415 Second Street, N.E.
Washington, D.C. 20002-4900
T 202.544.9840
F 202.544.9850

May 2, 2014

**VIA ECF**

Hon. John Gleeson
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Honorable Viktor V. Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd. et al.
No. 08-cv-0042 (JG) (VVP)

Dear Judge Gleeson and Magistrate Judge Pohorelsky:

Plaintiffs write to inform the Court that they have reached an agreement in principle with Agility Holdings, Inc., Agility Logistics Corporation, Geologistics Corp., and Geologistics International Management (Bermuda) Limited (including their subsidiaries and affiliates) to settle all claims in this litigation. The parties are in the process of finalizing a settlement agreement. We intend to move for preliminary approval of this settlement in the near future.

Thank you. Please advise us if the Court needs more information.

Very truly yours,

LOCKRIDGE GRINDAL NAUEN P.L.L.P.

/s/ W. Joseph Bruckner

W. Joseph Bruckner

GUSTAFSON GLUEK, PLLC

/s/ Daniel E. Gustafson

Daniel E. Gustafson

LOVELL STEWART HALEBIAN LLP

/s/ Christopher Lovell

Christopher Lovell

COTCHETT, PITRE & MCCARTHY

/s/ Steven N. Williams

Steven N. Williams

*Counsel for Plaintiffs and Interim Co-Lead Counsel*

c: All counsel of record (via ECF)

481753.1