UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **PRECISION ASSOCIATES, INC., et al.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,**<br><br>**Defendants.** | CV 08-0042 (JG)(VVP) |

## STIPULATION AND [PROPOSED] ORDER

WHEREAS Defendants Geodis S.A. and Geodis Wilson USA, Inc. (collectively "Geodis Defendants") and Plaintiffs Precision Associates, Inc., Anything Goes LLC d/b/a Mailboxes Etc., JCK Industries, Inc., RBX Industries, Inc., Mary Elle Fashions, Inc., Inter-Global, Inc., Zeta Pharmaceuticals, LLC, Kraft Chemical Company, Printing Technology, Inc., David Howell Product Design Inc., Innovation 714 Inc., Mika Overseas Corporation, and NORMA Pennsylvania Inc. (collectively "Plaintiffs") have reached an agreement to settle Plaintiffs' claims against the Geodis Defendants in this Action; and

WHEREAS Plaintiffs will move the Court for preliminary and final approval of the settlement;

IT IS HEREBY STPULATED AND AGREED by the undersigned counsel, AND ORDERED by the Court, that:

Pending the Court's final approval of the Settlement Agreement between the Parties, and the corresponding dismissal and release of all claims by Plaintiffs against the Geodis Defendants,

481993.1

all proceedings between Plaintiffs and the Geodis Defendants shall be suspended, including all applicable deadlines and discovery obligations.

Dated : May 9, 2014                                                       Dated : May 9, 2014


s/ Brian A. Ratner                                                        s/ W. Joseph Bruckner
Michael D. Hausfeld                                                       W. Joseph Bruckner
Brian A. Ratner                                                           Heidi M. Silton
HAUSFELD LLP                                                              LOCKRIDGE GRINDAL NAUEN P.L.L.P.
1700 K Street NW, Suite 650                                               100 Washington Avenue South, Suite 2200
Washington D.C.  20006                                                    Minneapolis, MN 55401
Telephone:  (202) 540-7200                                                Telephone:  (612) 339-6900
Facsimile:  (202) 540-7201                                                Facsimile:  (612) 339-0981

*Counsel for Geodis S.A. and
Geodis Wilson USA, Inc.*

                                                                          Dated : May 9, 2014


                                                                          s/Daniel E. Gustafson
                                                                          Daniel E. Gustafson
                                                                          Daniel C. Hedlund
                                                                          Michelle J. Looby
                                                                          Joshua J. Rissman
                                                                          GUSTAFSON GLUEK PLLC
                                                                          Canadian Pacific Plaza
                                                                          120 South Sixth Street, Suite 2600
                                                                          Minneapolis, MN 55402
                                                                          Telephone:  (612) 333-8844
                                                                          Facsimile:  (612) 339-6622

                                                                          Dated : May 9, 2014


                                                                          s/ Steven N. Williams
                                                                          Steven N. Williams
                                                                          Adam J. Zapala
                                                                          COTCHETT, PITRE & MCCARTHY, LLP
                                                                          San Francisco Airport Office Center
                                                                          840 Malcolm Road, Suite 200
                                                                          Burlingame, CA 94010
                                                                          Telephone:  (650) 697-6000
                                                                          Facsimile:  (650) 697-0577

Dated : May 9, 2014

<u>s/ Christopher Lovell</u>
Christopher Lovell (CL-2595)
Benjamin M. Jaccarino (BJ-1273)
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY  10006
Telephone:  (212) 608-1900
Facsimile: (212) 719-4775

*Plaintiffs' Interim Co-Lead Counsel and Settlement Class Counsel*

IT IS SO ORDERED:

This ____ day of _____, 2014.

_____
HONORABLE VIKTOR V. POHORELSKY
UNITED STATES MAGISTRATE JUDGE