LAW OFFICES
## Cotchett, Pitre & McCarthy, LLP
SAN FRANCISCO AIRPORT OFFICE CENTER
840 MALCOLM ROAD
BURLINGAME, CALIFORNIA 94010
TELEPHONE (650) 697-6000
FAX (650) 697-0577

LOS ANGELES
SACRAMENTO

NEW YORK
WASHINGTON, DC

May 13, 2014

*VIA ECF*

Magistrate Judge Pohorelsky
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd. et al.*
            No. 08-cv-0042 (JG) (VVP)

Dear Magistrate Judge Pohorelsky:

    Plaintiffs write to inform the Court that Plaintiffs and Hellmann have further met and conferred regarding the motions to compel more complete responses to Interrogatory No. 1 (ECF No. 1038) and Interrogatory No. 4 (ECF No. 1040) filed on April 4, 2014 and have resolved their dispute. Accordingly, those motions are respectfully withdrawn as to Hellmann. This last withdrawal notice fully resolves the motions to compel more complete responses to Interrogatory Nos. 1 and 4 as against all Defendants.

    Please contact me if the Court has further questions or needs additional information.

            Very truly yours,

            COTCHETT, PITRE & MCCARTHY LLP

            /s/ *Adam J. Zapala*

            Adam J. Zapala

            *Counsel for Plaintiffs and Interim Co-Lead Counsel*

cc:    All counsel of record (via ECF)