| | | | |
|---|---|---|---|
| BEFORE: | VIKTOR V. POHORELSKY<br>U.S. MAGISTRATE JUDGE | DATE:<br>START TIME:<br>END TIME: | 5/21/14<br>2:00 p.m.<br>2:40 p.m. |

DOCKET NO.   CV-08-42                                                      JUDGE:   JG

CASE NAME:   Precision Associates, et al. v. Panalpina World Transport, et al.

### CIVIL CONFERENCE

PURPOSE OF CONFERENCE:   Status Conference

APPEARANCES:   Plaintiffs   See Annexed List
                              Defendants   See Annexed List
                        Court Reporter   Gene Rudolph

SCHEDULING AND RULINGS:

1. The plaintiffs' motions to compel [Dkt. Ents. 1008, 1034, 1035, 1036] are dismissed without prejudice to renewal.

2. Argument heard concerning the plaintiffs' motion to compel [Dkt. Ent. 1064] as to JAFA. For reasons stated on the record, the motion is granted such that the defendant JAFA is ordered complete the following on or before June 10, 2014:

    a. produce all documents produced to, or seized by, governmental authorities in connection with investigations of anticompetitive conduct in the freight forwarding industry;
    b. provide complete written responses to the plaintiffs' interrogatories and document requests; and
    c. produce all documents requested by the plaintiffs' document requests.

    No information or documents may be withheld from disclosure on the basis of any objection, all objections having been waived by the failure timely to respond to the above discovery requests.  <u>The defendant JAFA is cautioned that a failure to comply with the above order will serve as grounds for a finding of civil contempt and the imposition of a daily fine until compliance is achieved</u>.

3. The next conference will be held on **July 30, 2014 at 2:00 p.m.**

### PRECISION ASSOCIATES V. PANALPINA: APPEARANCE LIST*

Plaintiffs:  Joseph Bruckner, Esq.
Daniel Gustafsonl, Esq.

Defendants:  Paul Friedman, Esq. (UPS)
No Appearance (DHL)
Troy Geisser, Esq. (Hellman)
No Appearance (Agility/Geologistics)
Joel Cohen, Esq. (Nippon Express)
Francis A. Montbach, Michael R. Koblenz, Esqs. (Kintetsu)
No Appearance (Yusen)
No Appearance (Nissin)
Nicole Mastropieri, Esq. (MOL)
No Appearance Esq. (K Line)
Tara Reinhart, Esq. (Hankyu Hanshin)
No Appearance (Yamato)
No Appearance (Dachser)

*Not all attorneys in attendance may have signed in.