UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al., on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>*vs.*<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>Defendants. | Case No.: 08-CV-00042 (JG) (VVP) |

**PLAINTIFFS' SUPPLEMENT TO PLAINTIFFS' MOTION TO EXTEND THE CLAIMS-FILING DEADLINE**

Plaintiffs respectfully submit this supplement in support of their previous memorandum in support of their motion to extend the claims-filing deadline. ECF No. 1081.

On June 27, 2014, Plaintiffs filed a motion seeking, among other things,[1] an extension of the claims-filing deadline for one year—from August 22, 2014 to August 24, 2015. ECF No. 1081. Plaintiffs requested this extension to assist in the claims administration process, preserve the resources of the Class, and to ensure that Class Members' distributions are greater. *See* ECF No. 1082 at 29. Shortly after filing their motion, Plaintiffs posted notice of the motion to extend the deadline on the claims administration website (https://www.freightforwardcase.com/en) where it could be easily accessed by the Class.

---

[1] Plaintiffs' motion also sought preliminary approval of settlements with Defendants Panalpina World Transport (Holding) Ltd., Panalpina, Inc., Geodis S.A., Geodis Wilson USA, Inc., DSV A/S, DSV Solutions Holding A/S, DSV Air & Sea Ltd. F/N/A DFDS Transport (HK) Ltd., Jet-Speed Logistics, Ltd., Jet-Speed Air Cargo Forwarders (USA) Inc., and Jet-Speed Logistics (USA), LLC.

On July 14, 2014, the Court issued an Order directing any party with an objection to Plaintiffs' extension request to file an objection by July 21, 2014. That same date, Plaintiffs posted notice of the objection deadline on the claims administration website and directed any parties objecting to Plaintiffs' request to submit to the Court and Plaintiffs' Class Counsel a letter setting forth: (1) the objectors' name, address, and telephone number; (2) a statement saying that the objector objected to the extension of the claims filing deadline in *Precision Associates, Inc. v. Panalpina World Transport*, No. 08-cv-00042 (E.D.N.Y.) (JG) (VVP); (3) the reasons for objecting to the extension; and (4) the objector's signature. *See* https://www.freightforwardcase.com/en. The website further instructed any objectors that all letters were to be hand-delivered or mailed no later than July 21, 2014. *Id.*

The objection deadline has passed. As of the date of this filing, Plaintiffs' Class Counsel has not received any objections to the request to extend the claims filing deadline to August 24, 2015.

Given the absence of objections to Plaintiffs' request for an extension of the claims filing deadline and the reasons for the extension set forth in Class Counsel's June 27, 2014 Memorandum in Support of Motion, Plaintiffs believe it is in the best interests of the Class to extend the claims-filing deadline. Therefore, Plaintiffs respectfully request that the Court grant their motion to extend the claims-filing deadline to August 24, 2015.

Dated: July 24, 2014

s/ W. Joseph Bruckner

| | |
|---|---|
| W. Joseph Bruckner | Christopher Lovell |
| Heidi M. Silton | Benjamin M. Jaccarino |
| Craig S. Davis | LOVELL STEWART HALEBIAN |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | JACOBSON LLP |
| 100 Washington Avenue South, Suite 2200 | 61 Broadway, Suite 501 |
| Minneapolis, MN 55401 | New York, NY 10006 |
| T: (612) 339-6900 | T: (212) 608-1900 |
| F: (612) 339-0981 | F: (212) 719-4775 |
| E-mail: wjbruckner@locklaw.com | E-mail: clovell@lshllp.com |
| hsilton@locklaw.com | bjaccarino@lshllp.com |
| csdavis@locklaw.com | |
| | |
| Daniel E. Gustafson | Steven N. Williams |
| Daniel C. Hedlund | Adam J. Zapala |
| Michelle J. Looby | COTCHETT, PITRE & MCCARTHY, LLP |
| Joshua J. Rissman | San Francisco Airport Office Center |
| GUSTAFSON GLUEK PLLC | 840 Malcolm Road, Suite 200 |
| Canadian Pacific Plaza | Burlingame, CA 94010 |
| 120 South 6th Street, Suite 2600 | T: (650) 697-6000 |
| Minneapolis, MN 55402 | F: (650) 697-0577 |
| T: (612) 333-8844 | E-mail: swilliams@cpmlegal.com |
| F: (612) 339-6622 | azapala@cpmlegal.com |
| E-mail: dgustafson@gustafsongluek.com | |
| dhedlund@gustafsongluek.com | |
| mlooby@gustafsongluek.com | |
| jrissman@gustafsongluek.com | |

*Interim Co-Lead Counsel for Plaintiffs*

484443.2                          3