**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRECISION ASSOCIATES, INC., *et al.,*<br><br>Plaintiffs,<br><br>v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*<br><br>Defendants. | CASE NO. 08-CV-00042 (BMC)(PK) |

**NOTICE OF MOTION AND MOTION FOR (1) PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH THE HELLMANN DEFENDANTS; AND (2) CONDITIONAL CERTIFICATION OF SETTLEMENT CLASS**

**PLEASE TAKE NOTICE THAT** a hearing on Plaintiffs' Motion For (1) Preliminary Approval of Proposed Settlement With the Hellmann Defendants[1]; and (2) Conditional Certification Of Settlement Class will be heard before the Honorable Brian M. Cogan, United States District Judge, at the United States District Courthouse, 225 Cadman Plaza East, Brooklyn, New York, on a date and time to be designated by the Court.

This motion is based upon this Motion, the Memorandum in Support, the Declaration of Daniel E. Gustafson, and the exhibits thereto, and upon all files, and proceedings herein.

---

[1] The Hellmann Defendants are Hellmann Worldwide Logistics GmbH & Co. KG, Hellmann Worldwide Logistics Ltd. Hong Kong, and Hellmann Worldwide Logistics, Inc.  An executed copy of the Settlement Agreement is attached to the Declaration of Daniel E. Gustafson In Support of Motion For (1) Preliminary Approval of Settlement With The Hellmann Defendants; and (2) Conditional Certification Of Settlement Class ("Gustafson Decl."), as Exhibit A.

Dated: February 29, 2016                                    Respectfully submitted,

/s/ Daniel E. Gustafson

| | |
|---|---|
| Daniel E. Gustafson | Christopher Lovell |
| Daniel C. Hedlund | Gary S. Jacobson |
| Michelle J. Looby | Ian T. Stoll |
| Joshua J. Rissman | Merrick S. Rayle |
| GUSTAFSON GLUEK PLLC | Benjamin M. Jaccarino |
| Canadian Pacific Plaza | LOVELL STEWART HALEBIAN |
| 120 South 6th Street, Suite 2600 | JACOBSON LLP |
| Minneapolis, MN  55402 | 61 Broadway, Suite 501 |
| T: (612) 333-8844 | New York, NY 10006 |
| F: (612) 339-6622 | T: (212) 608-1900 |
| E-mail: dgustafson@gustafsongluek.com | F: (212) 719-4775 |
| dhedlund@gustafsongluek.com | E-mail: clovell@lshllp.com |
| mlooby@gustafsongluek.com | gsjacobson@lshllp.com |
| jrissman@gustafsongluek.com | istoll@lshllp.com |
| | msrayle@sbcglobal.net |
| | bjaccarino@lshllp.com |
| | |
| W. Joseph Bruckner | Steven N. Williams |
| Heidi M. Silton | Adam J. Zapala |
| Anna M. Horning Nygren | COTCHETT, PITRE & MCCARTHY, LLP |
| Craig S. Davis | San Francisco Airport Office Center |
| Kristen G. Marttila | 840 Malcolm Road, Suite 200 |
| LOCKRIDGE GRINDAL NAUEN P.L.L.P. | Burlingame, CA 94010 |
| 100 Washington Avenue South, Suite 2200 | T: (650) 697-6000 |
| Minneapolis, MN 55401 | F: (650) 697-0577 |
| T: (612) 339-6900 | E-mail: swilliams@cpmlegal.com |
| F: (612) 339-0981 | azapala@cpmlegal.com |
| E-mail: wjbruckner@locklaw.com | |
| hmsilton@locklaw.com | |
| amhorningnygren@locklaw.com | |
| csdavis@locklaw.com | |
| kgmartilla@locklaw.com | |

*Interim Co-Lead Counsel for Plaintiffs*

41050