UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC., et al., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>    v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>      Defendants. | Case No.: 08-CV-00042 (BMC) (PK)<br><br>**SETTLEMENT CLAIMS ADMINISTRATION STATUS REPORT** |

  Plaintiffs write to update the Court regarding the progress of settlement claims administration. Since Class Counsel's August 14 Status Report, the Claims Administrator completed its high-level review to certain categories of claimants identified in prior status reports and mailed claim determination letters to all claimants.

  The Claims Administrator mailed claims determination letters to all claimants on September 28, and on the same day posted notice on the claims administration website that these letters were mailed. The Claims Administrator also updated the Frequently Asked Questions portion of the website to provide claimants with additional information about the internal objection process and to provide further background on the surcharges referenced in the claims determination letters.

  The claims determination letters informed claimants of their eligible claimed purchase amounts for each question of the claim form and outlined the internal objection process. Both the claims determination letter and the claims administration website inform claimants: (1) that they may object to the Claims Administrator if they disagree with their determination; (2) that all

531804.2

objections must be postmarked by October 29, 2018; and (3) what information must be included in an objection.

The eligible claimed purchase amount identified in the claim determination letter reflects the total number of dollars, pounds, and/or shipments that the Claims Administrator has determined is eligible for a pro rata distribution from the various settlement pots after its review of claims.  Because the ultimate award to any claimant is based on a *pro rata* distribution to all approved claimants (as then approved by the Court), the claim determination letters did not tell the claimant the estimated dollar award amount that it will receive.  Class Counsel will file estimated dollar award amounts in conjunction with their motion to distribute settlement funds.

Once the Claims Administrator reviews all timely objections, it will determine the merits of the objections and mail final determination letters to all objecting claimants.  The Claims Administrator will endeavor to complete its review and finalize determinations as quickly as possible, with the goal of completing its review and mailing of all final determination letters within 45 days of the objection deadline.  Once final determinations are made, Class Counsel will move the Court for authority to distribute funds in accordance with the Claims Administrator's recommendations.  To the extent any claimants object to the Claims Administrator's final determination, the final determination letters will provide instructions on how to file objections with the Court.

Concurrent with the filing of this status report, the Claims Administrator will post this Status Report on the claims administration website.  Class Counsel expects to file their motion for distribution of settlement funds within 90 days of the objection deadline.  If intervening events cause our expectation to change, Class Counsel will file a status report on the progress of claims administration 90 days after the objection deadline.

Dated: October 12, 2018 Respectfully submitted,

s/ Anna M. Horning Nygren
W. Joseph Bruckner
Heidi M. Silton
Anna M. Horning Nygren
Craig S. Davis
LOCKRIDGE GRINDAL NAUEN P.L.L.P.
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
E-mail: wjbruckner@locklaw.com
          hsilton@locklaw.com
          amhorningnygren@locklaw.com
          csdavis@locklaw.com

Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
GUSTAFSON GLUEK PLLC
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
F: (612) 339-6622
E-mail: dgustafson@gustafsongluek.com
          dhedlund@gustafsongluek.com
          mlooby@gustafsongluek.com
          jrissman@gustafsongluek.com

        Christopher Lovell
Gary S. Jacobson
Ian T. Stoll
Merrick S. Rayle
Benjamin M. Jaccarino
LOVELL STEWART HALEBIAN
JACOBSON LLP
61 Broadway, Suite 501
New York, NY 10006
T: (212) 608-1900
F: (212) 719-4775
E-mail: clovell@lshllp.com
      GSJacobson@lshllp.com
      istoll@lshllp.com
      msrayle@sbcglobal.net
      bjaccarino@lshllp.com

Adam J. Zapala
COTCHETT, PITRE & MCCARTHY, LLP
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577
E-mail: azapala@cpmlegal.com

*Interim Co-Lead Counsel for Plaintiffs*

531804.2        4