# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>   *vs*.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., et al.,<br><br>      Defendants. | Case No.: 08-CV-00042 (BMC) (PK) |

## ORDER ON A BRIEFING SCHEDULE FOR OBJECTIONS TO CLAIM DETERMINATIONS

THIS CAUSE came before the Court on Plaintiffs' Motion to Distribute Funds, Amend the Plan of Allocation, Distribute Funds to Late-Filed claims, and to Set a Briefing Schedule for Objections to Claim Determinations. The Court, having reviewed the Motion, hereby:

**ORDERS AND ADJUDGES:**

1. Any Authorized Claimant may object to their determination by March 1, if that claimant first objected to the claims administrator Epiq in a timely fashion, consistent with the instructions provided to claimants in their determination letters.

2. Class Counsel shall have until March 15 after the filing of any objection to respond.

3. Any Authorized Claimant who did not object first to the claims administrator Epiq in a timely fashion consistent with the instructions provided to claimant in their determination letters, shall have waived their right to object to this Court.

**IT IS SO ORDERED.**

DATED: February 1, 2019

_____
HON. BRIAN M. COGAN
United States District Judge