## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>　　　　　　　　　　Defendants. | Case No.: 08-CV-00042 (BMC) (PK)<br><br>**NOTICE OF MOTION AND JOINT MOTION FOR INDICATIVE RULING APPROVING SETTLEMENT WITH CLAIMANT CHINESE CHAMBER OF INTERNATIONAL COMMERCE** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Co-Lead Counsel for the Class of purchasers of Freight Forwarding Services ("Class Counsel") and claimant Chinese Chamber of International Commerce ("CCOIC"), will move this court before the Honorable Brian M. Cogan, United States District Court Judge, in Courtroom 8D in the United States Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201 with a return date of February 24, 2020 at 9:30am, regarding the Parties' Joint Motion, pursuant to Federal Rules of Civil Procedure 62.1 and 23(E)(5)(b), for an Order granting the request of an indicative ruling approving a settlement between the parties and partial claim award to the CCOIC. The parties do not request oral argument.

Pursuant to Federal Rule of Civil Procedure 62.1, the parties jointly request an indicative ruling that the Court will, upon remand from the Second Circuit, proceed with certain actions necessary to effectuate their settlement and permit distribution of the net settlement fund to the Class.

Class Counsel and the CCOIC have provided a separate proposed order regarding the request above, and respectfully request the Court issue an indicative ruling approving the Settlement between the parties.

Dated: February 20, 2020                    Respectfully submitted,

                                            /s/ Joshua J. Rissman
                                            Daniel E. Gustafson
                                            Daniel C. Hedlund
                                            Michelle J. Looby
                                            Joshua J. Rissman
                                            **GUSTAFSON GLUEK PLLC**
                                            Canadian Pacific Plaza
                                            120 South 6th Street, Suite 2600
                                            Minneapolis, MN 55402
                                            T: (612) 333-8844
                                            F: (612) 339-6622
                                            E-mail: dgustafson@gustafsongluek.com
                                                    dhedlund@gustafsongluek.com
                                                    mlooby@gustafsongluek.com
                                                    jrissman@gustafsongluek.com

                                            W. Joseph Bruckner
                                            Heidi M. Silton
                                            Craig S. Davis
                                            **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
                                            100 Washington Avenue South, Suite 2200
                                            Minneapolis, MN 55401
                                            T: (612) 339-6900
                                            F: (612) 339-0981
                                            E-mail: wjbruckner@locklaw.com
                                                    hsilton@locklaw.com
                                                    csdavis@locklaw.com

                                            Christopher Lovell
                                            Benjamin M. Jaccarino
                                            **LOVELL STEWART HALEBIAN**
                                            **JACOBSON LLP**
                                            500 5th Avenue, Suite 2440
                                            New York, NY 10110
                                            T: (212) 608-1900
                                            F: (212) 719-4775

2

E-mail: clovell@lshllp.com
          bjaccarino@lshllp.com

Adam J. Zapala
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577
E-mail: azapala@cpmlegal.com


*Interim Co-Lead Counsel for Plaintiffs*


/s/ Tejinder Singh
Tejinder Singh
**GOLDSTEIN & RUSSELL, P.C.**
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20814
T: (202) 362-0636
F: (866) 574-2033
E-mail: tsingh@goldsteinrussell.com


*Counsel for the CCOIC*