## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>　　　　　　　　　Defendants. | Case No.: 08-CV-00042 (BMC) (PK)<br><br>**DECLARATION OF JOSHUA J. RISSMAN IN SUPPORT OF MOTION FOR INDICATIVE RULING APPROVING SETTLEMENT WITH CLAIMANT CHINESE CHAMBER OF INTERNATIONAL COMMERCE** |

I, Joshua J. Rissman, hereby declare as follows:

1. I am a member of the law firm of Gustafson Gluek PLLC. I submit this Declaration in support of the Joint Motion for Indicative Ruling Approving Settlement with Claimant Chinese Chamber of International Commerce ("CCOIC").

2. My firm is one of four co-lead counsel appointed by the Court to represent Plaintiffs and the Plaintiff class in this action ("Co-Lead Counsel").

3. Exhibit A hereto is a copy of the executed Settlement Agreement between Co-Lead Counsel and CCOIC.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 20th day of February 2020, at Minneapolis, Minnesota.

　　　　　　　　　　　　　　　　　　　　　　　/s/ Joshua J. Rissman　　　　　
　　　　　　　　　　　　　　　　　　　　　　　Joshua J. Rissman

1