# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>         Plaintiffs,<br>   v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>         Defendants. | Case No.: 08-CV-00042 (BMC) (PK)<br><br>**[PROPOSED] ORDER ON JOINT MOTION FOR INDICATIVE RULING APPROVING SETTLEMENT WITH CLAIMANT CHINESE CHAMBER OF INTERNATIONAL COMMERCE** |

THIS CAUSE came before the Court on Class Counsel's and claimant Chinese Chamber of International Commerce's ("CCOIC") Joint Motion, pursuant to Federal Rules of Civil Procedure 62.1 and 23(E)(5)(b), for an Order making an indicative ruling approving a settlement between the parties and partial claim award to the CCOIC. The Court, having reviewed the Motion, and its accompanying Memorandum of Law in Support hereby:

**ORDERS AND ADJUDGES:**

1. This Court acknowledges that presently it lacks authority to grant the parties' Joint Motion because an appeal has been docketed and is pending.

2. The Court indicatively rules that, if the Court of Appeals remands for that purpose, it would approve the proposed Settlement Agreement attached as Exhibit A to Joint Memorandum of Law in Support of the Motion for an Indicative Ruling Approving the Settlement with Claimant Chinese Chamber of Commerce.

1

**SO ORDERED.**

Dated: March 12, 2020

_____
HON. BRIAN M. COGAN
United States District Judge