# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 30th day of March, two thousand twenty.

Before:    Rosemary S. Pooler,
           *Circuit Judge.*

_____

| | |
|---|---|
| Precision Associates, Inc., James Barnes, Anything Goes LLC, DBA Mail Boxes Etc., JCK Industries Inc., on behalf of themselves and all others similarly situated, Zeta Pharmaceuticals L.L.C., Mika Overseas Corporation, Kraft Chemical Company, Inc., RBX Industries, Inc., Mary Elle Fashions, DBA Meridian Electric, NORMA Pennsylvania, Inc., David Howell Product Design Inc., DBA David Howell & Company, Printing Technology, Inc., Inter-Global Inc., Innovation 714, Inc., | **ORDER**<br><br>Docket No. 19-1312 |

      Plaintiffs-Appellees,

v.

China Chamber of International Commerce,

      Objector-Appellant.

_____

The parties jointly move for limited remand to the district court, pursuant to FRAP 12.1, so the district court can approve the parties' settlement agreement.

IT IS HEREBY ORDERED that the motion is GRANTED. The parties must promptly notify this Court when the district court has approved the settlement.

For the Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit

CERTIFIED COPY ISSUED ON 03/30/2020