**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated, <br><br>                  Plaintiffs, <br><br>    v. <br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*, <br><br>                  Defendants. | Case No.: 08-CV-00042 (BMC) (PK) <br><br> **NOTICE OF MOTION AND JOINT MOTION FOR APPROVAL OF SETTLEMENT WITH CLAIMANT CHINA CHAMBER OF INTERNATIONAL COMMERCE** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Co-Lead Counsel for the Class of purchasers of Freight

Forwarding Services ("Class Counsel") and claimant China Chamber of International Commerce

("CCOIC"), will move this court before the Honorable Brian M. Cogan, United States District

Court Judge, in Courtroom 8D in the United States Courthouse, 225 Cadman Plaza East,

Brooklyn, New York 11201 with a return date of April 7, 2019 at 9:30am, regarding the Parties'

Joint Motion, pursuant to Federal Rules of Civil Procedure 23(E)(5)(b), for an Order approving a

settlement between the parties and partial claim award to the CCOIC.  The parties do not request

oral argument.

Wherefore, on March 16, 2020 this Court issued an indicative ruling approving a

settlement between the parties and partial claim award to the CCOIC.  ECF No. 1545.

Wherefore, on March 30, 2020 the Second Circuit Court of Appeals remanded the case to

the district court.  ECF No. 1546.

1

For the reasons set forth in the accompanying Memorandum of Law, the parties jointly
request this Court now approve the settlement between the parties and approve a partial claim
award to CCOIC, and enter the attached proposed order.

Dated:  April 2, 2020                    Respectfully submitted,

                                         /s/ Joshua J. Rissman
                                         Daniel E. Gustafson
                                         Daniel C. Hedlund
                                         Michelle J. Looby
                                         Joshua J. Rissman
                                         **GUSTAFSON GLUEK PLLC**
                                         Canadian Pacific Plaza
                                         120 South 6th Street, Suite 2600
                                         Minneapolis, MN 55402
                                         T: (612) 333-8844
                                         F: (612) 339-6622
                                         E-mail:  dgustafson@gustafsongluek.com
                                                  dhedlund@gustafsongluek.com
                                                  mlooby@gustafsongluek.com
                                                  jrissman@gustafsongluek.com

                                         W. Joseph Bruckner
                                         Heidi M. Silton
                                         Craig S. Davis
                                         **LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
                                         100 Washington Avenue South, Suite 2200
                                         Minneapolis, MN 55401
                                         T: (612) 339-6900
                                         F: (612) 339-0981
                                         E-mail: wjbruckner@locklaw.com
                                                  hsilton@locklaw.com
                                                  csdavis@locklaw.com

                                         Christopher Lovell
                                         Benjamin M. Jaccarino
                                         **LOVELL STEWART HALEBIAN**
                                         **JACOBSON LLP**
                                         500 5th Avenue, Suite 2440
                                         New York, NY 10110
                                         T: (212) 608-1900
                                         F: (212) 719-4775

                                         2

E-mail: clovell@lshllp.com
        bjaccarino@lshllp.com

Adam J. Zapala
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center
840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577
E-mail: azapala@cpmlegal.com


*Interim Co-Lead Counsel for Plaintiffs*


/s/ Tejinder Singh
Tejinder Singh
**GOLDSTEIN & RUSSELL, P.C.**
7475 Wisconsin Ave., Suite 850
Bethesda, MD 20814
T: (202) 362-0636
F: (866) 574-2033
E-mail: tsingh@goldsteinrussell.com


*Counsel for the CCOIC*

3