**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>     Plaintiffs,<br> v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>     Defendants. | Case No.: 08-CV-00042 (BMC) (PK)<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT WITH CLAIMANT CHINESE CHAMBER OF INTERNATIONAL COMMERCE** |

THIS CAUSE came before the Court on Class Counsel's and claimant China Chamber of International Commerce's ("CCOIC") Joint Motion for an Order approving a settlement between the parties and partial claim award to the CCOIC. The Court, having reviewed the Motion, hereby:

**ORDERS AND ADJUDGES:**

**1.** The Settlement Agreement between Class Counsel and the CCOIC is approved. Class Counsel and the Claims Administrator Epiq Class Action & Claims Solutions, Inc. are authorized and directed to resolve the CCOIC's claim against the settlement funds in this litigation and pay the partial claim award according to the terms of the Settlement Agreement.

1

**SO ORDERED.**

Dated: _____, 2020

_____
HON. BRIAN M. COGAN
United States District Judge