# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>                  Plaintiffs,<br>   v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>                  Defendants. | Case No.: 08-CV-00042 (BMC) (PK)<br><br>**NOTICE OF MOTION AND MOTION FOR SECOND DISTRIBUTION OF SETTLEMENT FUNDS AND REIMBURSEMENT OF EXPENSES** |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Plaintiffs' Co-Lead Counsel will respectfully move this Court, before the Honorable Brian M. Cogan, United States District Court Judge, in Courtroom 8D at the United States District Courthouse, 225 Cadman Plaza East, Brooklyn, New York 11201 on July 20, 2020, at 9:00am, for an order:

a) Approving Plaintiffs' Motion for Second Distribution of Settlement Funds to Qualified Claimants; and

b) Awarding reimbursement of litigation expenses totaling $1,719,298.10.

Co-Lead Counsel for Plaintiffs has provided a separate proposed order regarding the requests above, and rely on the Memorandum of Law, Declarations and Exhibits in support thereof. Co-Lead Counsel respectfully request the Court grant Plaintiffs' motion. Plaintiffs do not request oral argument.

| | |
|---|---|
| Dated: July 15, 2020 | Respectfully submitted, |

/s/ Joshua J. Rissman
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
F: (612) 339-6622
E-mail:  dgustafson@gustafsongluek.com
dhedlund@gustafsongluek.com
mlooby@gustafsongluek.com
jrissman@gustafsongluek.com

W. Joseph Bruckner
Heidi M. Silton
Craig S. Davis
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
E-mail:  wjbruckner@locklaw.com
hsilton@locklaw.com
csdavis@locklaw.com

Christopher Lovell
Benjamin M. Jaccarino
**LOVELL STEWART HALEBIAN JACOBSON LLP**
500 5th Avenue, Suite 2440
New York, NY 10110
T: (212) 608-1900
F: (212) 719-4775
E-mail:  clovell@lshllp.com
bjaccarino@lshllp.com

Adam J. Zapala
**COTCHETT, PITRE & MCCARTHY, LLP**
San Francisco Airport Office Center

840 Malcolm Road, Suite 200
Burlingame, CA 94010
T: (650) 697-6000
F: (650) 697-0577
E-mail:   azapala@cpmlegal.com

*Interim Co-Lead Counsel for Plaintiffs*