UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>　　　　　　　　　Plaintiffs,<br>　　v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>　　　　　　　　　Defendants. | Case No.: 08-CV-00042 (BMC) (PK)<br><br>**DECLARATION OF ADAM J. ZAPALA IN SUPPORT OF PLAINTIFFS' MOTION FOR REIMBURSEMENT OF EXPENSES FILED ON BEHALF OF COTCHETT, PITRE & McCARTHY, LLP** |

I, Adam J. Zapala, declare and state as follows:

1.　　I am a partner at the law firm of Cotchett, Pitre & McCarthy, LLP. I submit this Declaration in support of Plaintiffs' motion for reimbursement of certain costs and expenses in connection with services rendered with this litigation since the last petition for reimbursement of cost and expenses made in July 2016.

2.　　My firm is one of four Co-Lead Counsel appointed by this Court to represent Plaintiffs and the Plaintiff class in this class action. As detailed in Exhibit 1, my firm has incurred a total of $23,081.13 in unreimbursed expenses during the period August 1, 2016 through the Present.

3.　　The expenses incurred in this action are reflected on the books and records of my firm. These books and records are prepared from expense vouchers, check records and other source materials and represent an accurate recordation of the expenses incurred.

4. During the period August 1, 2016 through present, my firm has been involved in the following activities on behalf of the Plaintiffs, and incurred expenses as a result of these and other activities:

- Engaged in substantial work regarding settlement administration, including working with the court-appointed claims administer to appropriately administer and distribute the settlement funds;
- Update class members on the status of the settlements, their claims, and the distribution process;
- Work with the claims administrator to address and resolve class member questions regarding the settlement administration process;
- Work with the claims administrator to audit class member claims and to ensure that each claim is supported by correspondence evidence of the claimed purchased;
- Work with the claims administrator to address and review evidence submitted by certain class member in support of their claims;
- Review, edit, and comment on proposed correspondence from the claims administrator to class members concerning their submitted claims;
- Meet and confer with class members and their representatives concerning disputes that have arisen during the claims administrator process concerning the appropriate quantum of evidence required to support claims, the appropriate pro rata award to certain class members, and other issues;
- Assisted the claims administrator in its fraud prevention and auditing processes;

- Engaged in appellate briefing, settlement discussions with the Chinese Chamber of Commerce concerning its claim including participating in mediation through the United States Court of Appeals for the Second Circuit mandatory mediation program;
- Regularly corresponded with the claims administrator to oversee and evaluate the claims and payment process, including drafting and reviewing correspondence sent to class members who have failed to cash settlement checks;

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 15th day of July 2020, at San Mateo, California.

*/s/ Adam J. Zapala*
ADAM J. ZAPALA

# **EXHIBIT 1**

**Precision Associates, Inc., et al., v. Panalpina World Transport (Holding) Ltd., et al.**
**Eastern District of New York Case No. 1:08-cv-00042-JG-VVP**
**Exhibit 1 - Summary of Expenses**
**Firm Name: Cotchett, Pitre & McCarthy, LLP**

**Time Period: August 1, 2016 through April 16, 2020**
**(does not include expenses submitted in**
**the previously filed interim fee petitions)**

| Type of Expense | Cumulative Total |
| --- | ---: |
| Assessments to Common Cost Litigation Fund | $13,700.00 |
| Commercial Copies | |
| Internal Reproduction / Copies | $101.80 |
| Court Costs & Filing Fees | |
| Court Reporters & Transcripts | |
| Computer Research | $938.39 |
| Telephone & Fax | |
| Postage / Express Delivery / Messenger | $293.41 |
| Professional Fees (expert, investigator, accountant, etc.)(describe) | |
| Witness / Service Fees | |
| Travel: Air Transportation, Ground Travel, Meals, Lodging, etc. | $8,047.53 |
| Clerical Overtime | |
| Miscellaneous (Describe) | |
| Credit | |
| **TOTAL EXPENSES** | **$23,081.13** |