**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>  v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>                Defendants. | Case No.: 08-CV-00042 (BMC) (PK)<br><br>**[PROPOSED] ORDER APPROVING MOTION FOR SECOND DISTRIBUTION OF SETTLEMENT FUNDS AND REIMBURSEMENT OF EXPENSES** |

THIS CAUSE came before the Court on Plaintiffs' Co-Lead Class Counsel's Motion for an Order approving a second distribution of settlement funds to qualified claimants, and awarding reimbursement of litigation expenses. The Court, having reviewed the Motion, hereby:

**ORDERS AND ADJUDGES:**

1. The request set forth in Co-Lead Counsel's memorandum for a second distribution of settlement funds to qualified claimants is GRANTED; and

2. Co-Lead Counsel's request for reimbursement of litigation expenses totaling $1,719,298.10 is GRANTED.

**SO ORDERED.**

Dated: _____, 2020

_____
HON. BRIAN M. COGAN
United States District Judge

1