# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| PRECISION ASSOCIATES, INC.; ANYTHING GOES LLC d/b/a MAIL BOXES ETC., and JCK INDUSTRIES, INC., on behalf of themselves and all others similarly situated,<br><br>                Plaintiffs,<br>   v.<br><br>PANALPINA WORLD TRANSPORT (HOLDING) LTD., *et al.*,<br><br>                Defendants. | Case No.: 08-CV-00042 (BMC) (PK)<br><br>**[PROPOSED] ORDER ON PLAINTIFFS' MOTION FOR DISTRIBUTION OF RESIDUAL SETTLEMENT FUNDS** |

THIS CAUSE came before the Court on Plaintiffs' Motion for Distribution of Residual Settlement Funds, filed July 13, 2022. The Court, having reviewed the Motion, its accompanying Memorandum of Law, Declaration of Michael O'Connor, and the file, hereby:

**ORDERS AND ADJUDGES:**

1. Plaintiffs' Motion for Distribution of Residual Settlement Funds to claims administrator Epiq Class Action and Claims Solutions, Inc., ("Epiq") as compensation for work performed administering the settlement is Granted.

**IT IS SO ORDERED.**

DATED: _____, 2022

_____
HON. BRIAN M. COGAN
United States District Judge