

**MINNESOTA OFFICE**
CANADIAN PACIFIC PLAZA
120 S. 6TH ST., STE 2600
MINNEAPOLIS, MN 55402

**CALIFORNIA OFFICE**
600 W. BROADWAY
SUITE 3300
SAN DIEGO, CA 92101

**JOSHUA J. RISSMAN**
jrissman@gustafsongluek.com
TEL (612) 333-8844 • FAX (612) 339-6622
MINNESOTA OFFICE

October 19, 2022

**VIA ECF**
Honorable Brian M. Cogan
United States District Judge
U.S. District Court
Eastern District of New York
225 Cadman Plaza E.
Brooklyn, NY 11201

> RE: *Precision Associates, Inc., et al. v. Panalpina World Transport (Holding) Ltd., et al.*, Case No. 08-cv-00042-BMC-PK
> Response to Court re: Claimant John von Terzian Request (ECF. 1556)

Dear Judge Cogan:

Pursuant to this Court's Order dated October 6, 2022, Plaintiffs write to apprise the Court of the claimant's submission (hereinafter "Claimant") referenced in ECF No. 1556.

After receiving Claimant's submission to the Court, Interim Co-Lead Class Counsel conferred with claims administrator Epiq Class Actions & Claims Solutions, Inc. ("Epiq"), and determined that the Claimant's claim was properly denied. As recounted in the attached declaration of Michael O'Connor, formerly Epiq's vice-president, the Claimant submitted his claim on August 9, 2022, over six years after the final claim submission deadline of April 3, 2017. Declaration of Michael O'Connor, dated October 18, 2022, ¶¶ 5-6, 10. The Claimant has been kept apprised of the final claim deadline and the fact his claim was denied. *Id.* ¶¶ 5, 9. The Claimant has been treated identically to other claimants who had their late claims denied. *Id.* ¶ 13. Furthermore, following this Court's August 3, 2022, Order, the remaining settlement funds

Hon. Brian M. Cogan
Page 2
October 19, 2022

were distributed, the qualified settlement fund was terminated and the bank account for the distributions in this matter was closed. *Id.* ¶ 14. Moreover, Epiq analyzed the late claim form submitted by Claimant, and had the claim been timely filed, it would have been approved for the minimum payout, which was $100. *Id.* ¶ 12. Accordingly, it is not only administratively infeasible, but there is also no basis to pay this Claimant.

Please let us know if we can provide further information to the Court.

Sincerely,

*/s/ Joshua J. Rissman*
Daniel E. Gustafson
Daniel C. Hedlund
Michelle J. Looby
Joshua J. Rissman
**GUSTAFSON GLUEK PLLC**
Canadian Pacific Plaza
120 South 6th Street, Suite 2600
Minneapolis, MN 55402
T: (612) 333-8844
F: (612) 339-6622
E-mail:  dgustafson@gustafsongluek.com
  dhedlund@gustafsongluek.com
  mlooby@gustafsongluek.com
  jrissman@gustafsongluek.com

W. Joseph Bruckner
Heidi M. Silton
Craig S. Davis
**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
T: (612) 339-6900
F: (612) 339-0981
E-mail:  wjbruckner@locklaw.com
  hsilton@locklaw.com
  csdavis@locklaw.com

Hon. Brian M. Cogan
Page 3
October 19, 2022

                        Christopher Lovell
                        Benjamin M. Jaccarino
                        **LOVELL STEWART HALEBIAN JACOBSON LLP**
                        500 5th Avenue, Suite 2440
                        New York, NY 10110
                        T: (212) 608-1900
                        F: (212) 719-4775
                        E-mail:   clovell@lshllp.com
                                         bjaccarino@lshllp.com

                        Adam J. Zapala
                        **COTCHETT, PITRE & MCCARTHY, LLP**
                        San Francisco Airport Office Center
                        840 Malcolm Road, Suite 200
                        Burlingame, CA 94010
                        T: (650) 697-6000
                        F: (650) 697-0577
                        E-mail:   azapala@cpmlegal.com

                        ***Interim Co-Lead Counsel for Plaintiffs***